NAME *William M. Dennison*

PRISON NUMBER *# 45105*

CURRENT ADDRESS OR PLACE OF CONFINEMENT
*P. BOX 686 Highway 101*

CITY, STATE, ZIP CODE
*Soledad CA 93960-0686*



2254 / 1983

**FILING FEE PAID**
Yes ___  No ✓

**IFP MOTION FILED**
Yes ✓  No ___

**COPIES SENT TO**
Court ✓  Pro Se ___

**FILED**

NOV - 8 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

*William Michael Dennison*

(FULL NAME OF PETITIONER)

**PETITIONER**

v.

*Ben Curry*

(NAME OF WARDEN, SUPERINTENDENT, JAILOR, OR AUTHORIZED
PERSON HAVING CUSTODY OF PETITIONER [E.G., DIRECTOR OF THE
CALIFORNIA DEPARTMENT OF CORRECTIONS])

**RESPONDENT**

and

*Edmund G Brown*

The Attorney General of the State of
California, Additional Respondent.

'07 **CV** 2153 **LAB JMA**

Civil No. _____

(TO BE FILLED IN BY CLERK OF U.S. DISTRICT COURT)

**PETITION FOR WRIT OF HABEAS CORPUS**

UNDER 28 U.S.C. § 2254
BY A PERSON IN STATE CUSTODY

1. Name and location of the court that entered the judgment of conviction under attack:
   *Superior Ct. 220 West Broadway Sandiego CA, 92101*

2. Date of judgment of conviction: *11-19-01*

3. Trial court case number of the judgment of conviction being challenged: *0039664*

4. Length of sentence: *16 Years to Life*

CIV 68 (Rev. Dec. 1998)                    ::ODMA\PCDOCS\WORDPERFECT\22833\1

5. Sentence start date and projected release date: *STARTING DATE 2-27-02 RELEASE DATE 2016*

6. Offense(s) for which you were convicted or pleaded guilty (all counts): *2nd DEGREE MURDER*

7. What was your plea? (CHECK ONE)
   - (a) Not guilty    ☑
   - (b) Guilty    ☐
   - (c) Nolo contendere    ☐

8. If you pleaded not guilty, what kind of trial did you have? (CHECK ONE)
   - (a) Jury    ☑
   - (b) Judge only    ☐

9. Did you testify at the trial?
   ☐ Yes    ☑ No

## DIRECT APPEAL

10. Did you appeal from the judgment of conviction in the **California Court of Appeal**?
    ☑ Yes    ☐ No

11. If you appealed in the **California Court of Appeal**, answer the following:
    - (a) Result: *THE SENTENCE IS MODIFIED TO STRIKE/Enhancement Judgement is AFFIRMED AS MODIFIED* Section 12022a
    - (b) Date of result, case number and citation, if known: *10-3-03 — SUP-Ct. no SCD156350*
    - (c) Grounds raised on direct appeal: *Insufficient Evidence to support verdict 2nd Degree implied malice Murder - Erroneous Admission of Hearsay Evidence By Julia Dennison was not Harmless Beyond Reasonable Doubt. the Repeated violations of the Courts orders excluding Evidence, Exclusion of Expert witness testimony.*

12. If you sought further direct review of the decision on appeal by the **California Supreme Court** (e.g., a Petition for Review), please answer the following:
    - (a) Result: *Review turned petition Down For Review*
    - (b) Date of result, case number and citation, if known: _____
    - (c) Grounds raised: *important issues relating to the Evidence necessary to Establish implied malice, and the proper evaluation of Prejudice from the erroneous Admission of Hearsay statements of the Deceedent relating to Alleged Domestic Violence. the Evidence was insufficient to support the jurys verdict of Second Degree murder, because it failed to Establish the knowledge and conscious disregard required to find implied malice. the error in admitting hearsay Evidence of Julia Dennisons statements was not harmless beyond a reasonable Doubt.*

CIV 68 (Rev. Dec. 1998)                              -2-                              00CV2224

COPIED AT 9... THE EXPENSE
COPIER #004

13. If you filed a petition for certiorari in the **United States Supreme Court**, please answer the following with respect to that petition:

   (a) Result: _____

   (b) Date of result, case number and citation, if known: _____
_____

   (c) Grounds raised: _____
_____
_____
_____

## COLLATERAL REVIEW IN STATE COURT

14. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Superior Court**?
  ☑ Yes  ☐ No

15. If your answer to #14 was "Yes," give the following information:

   (a) **California Superior Court** Case Number: *HC 17973 - SCD156350*

   (b) Nature of proceeding: *INEFFECTIVE ASSISTANCE OF COUNSEL NEW EVIDENCE*

   (c) Grounds raised: *COUNSEL WAS INEFFECTIVE FOR FAILING TO SHOW AT TRIAL A VIDEOTAPE INTERVIEW WITH POLICE. TAPE DEMONSTRATES PETITIONER WAS TOTALLY INCOMPETENT AT TIME OF DEATH. COULD NOT FORM INTENT FOR IMPLIED MALICE. EXCULPATORY EVIDENCE.*

   (d) Did you receive an evidentiary hearing on your petition, application or motion?
  ☑ Yes  ☐ No

   (e) Result: *PETITION IS DENIED*

   (f) Date of result: *3-2-05*

16. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Court of Appeal**?
  ☑ Yes  ☐ No

COPIED AT ... TE EXPENSE<br>COPIER #00

17. If your answer to #16 was "Yes," give the following information:

    (a) **California Court of Appeal** Case Number: D047425- SuperCt. No. SCD156350

    (b) Nature of proceeding: INEFFECTIVE ASISTANCE OF COUNSIL

    (c) Grounds raised: DIDN'T HAVE A COMPETENCY HEARING BEFORE THE PRELIMINARY HEARING (CHARGES MAY HAVE BEEN DIFFERENT) COUNCIL DID NOT SHOW JURY VIDIO TAPED INTERVIEW WITH POLICE AFTER ARRECT to SHOW HE WAS PSYCHOTIC AT THE TIME THE DEATH ACURED

    (d) Did you receive an evidentiary hearing on your petition, application or motion?
    ☑Yes ☐ No

    (e) Result: It's SAY's Dennison has not SHOWn HE WOULD OF HAD A BETTER RESULT ABSENT COUNSELS PURPORTED FAILURES.

    (f) Date of result: 1-5-06

18. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Supreme Court**?
☑Yes ☐ No

19. If your answer to #18 was "Yes," give the following information:

    (a) **California Supreme Court** Case Number: S143785

    (b) Nature of proceeding: INEFFECTIVE ASISTANCE OF COUNSEL

    (c) Grounds raised: ATTORNEY DID NOT AND WOULD NOT PUT VIDEO TAPE OF ARREST MADE BY POLICE SHOWING TOTAL INCOMPETENCY WHICH PSYCHIATRIST TRIED TO TESTIFY TO BUT HER TESTIMONY WAS THROWN OUT AS HEARSAY (NOT TAPE) TOTAL PREJUDICE BY THE JUDGE. FAILED TO HAVE A COMPETENCY HEARING BEFORE PRELIMINARY HEARING. WOULD HAVE CHANGED THE CHARGE MANSLAUGH

    (d) Did you receive an evidentiary hearing on your petition, application or motion?
    ☐ Yes ☑No

    (e) Result: REVIEW DENIED RE-MILLER (1941) 17 Cal-20 734

    (f) Date of result: PPa DEC-13-06

COPIED AT 5 THE EXPENSE
COPIER #004

20. If you did **not** file a petition, application or motion (e.g., a Petition for Review or a Petition for Writ of Habeas Corpus) with the **California Supreme Court**, containing the grounds raised in this federal Petition, explain briefly why you did not:

_____

_____

_____

_____

## COLLATERAL REVIEW IN FEDERAL COURT

21. Is this your **first** federal petition for writ of habeas corpus challenging this conviction? ☑ Yes ☐ No    (IF "YES" SKIP TO #22)

   (a)  If no, in what federal court was the prior action filed? _____

    (i) What was the prior case number? _____

    (ii)  Was the prior action (CHECK ONE):
        ☐ Denied on the merits?
        ☐ Dismissed for procedural reasons?

    (iii) Date of decision: _____

   (b)  Were any of the issues in this current petition also raised in the prior federal petition?
      ☐ Yes ☐ No

   (c)  If the prior case was denied on the merits, has the Ninth Circuit Court of Appeals given you permission to file this second or successive petition?
      ☐ Yes ☐ No

**CAUTION:**

- **Exhaustion of State Court Remedies:**  In order to proceed in federal court you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court.  This means that even if you have exhausted some grounds by raising them before the California Supreme Court, you must first present **all** other grounds to the California Supreme Court before raising them in your federal Petition.

- **Single Petition:**  If you fail to set forth all grounds in this Petition challenging a specific judgment, you may be barred from presenting additional grounds challenging the same judgment at a later date.

- **Factual Specificity:**  You must state facts, not conclusions, in support of your grounds.  For example, if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do.  A rule of thumb to follow is — state who did exactly what to violate your federal constitutional rights at what time or place.

COPIED AT STATE EXPENSE COPIER #004

## GROUNDS FOR RELIEF

22. State *concisely* every ground on which you claim that you are being held in violation of the constitution, law or treaties of the United States. Summarize *briefly* the facts supporting each ground. If necessary, you may attach pages stating additional grounds and/or facts supporting each ground.

(a) **GROUND ONE**: INAFFECTIVE ASISTANCE OF COUNSEL, HE HELD my Attorney BACK important EVIDENCE FROM trial, that WAS petrimental to the case. MORE on it in EXHIBIT A

Supporting FACTS (state *briefly* without citing cases or law) MY Attorney, MR ARAGON HELD BACK VERY important EVIDENCE FROM the trial AFTER I ASKED HIM REPEATEDLY to USE IT, A VIDEO tape POLICE MADE AT MY ARREST FOR MURDER, THE EXPERT WITTNESS, A BOARD CERTIFIED PSYCHIATRIST - NANCY MATIQUES BASED HER OPINIONS ON IT AS WELL AS interviewing ME AT THE JAIL, AND SHE DETERMINED WITHOUT A DOUBT THAT I WAS totally PSYCHOTIC AT THE time the victim DIED OF A HEART ATTACKE AND SUPERFICIAL WOUNDS. SHE WAS COMPLETELY SHOCKED THAT MY LAWYER DIDN'T PRODUCE THE TAPE AT trial to CALABORATE WITH HER testimony AFTER HE KEPT SAYING WEEKS BEFORE the trial STARTED THAT THE VIDIO TAPE ALONG WITH THE PSYCHIATRISTS testimony WAS COMPLETELY DETRIMENTAL to MY CASE. SO JUST BEFORE WE WERE GOING to trial HE TOLD ME HE DECIDED HE WASN'T USING IT AND THAT HE ALSO DIDN'T HAVE IT PUT INTO EVIDENCE, AND HE WOULDN'T GIVE ME A REASON WHY. ANYWAY AS A RESULT, THE PSYCHIATRIST'S testimony WAS THROWN OUT OF COURT BY THE JUDGE AND PROSICUTOR BASED ON HEARSAY. COMPLETELY PREJUDICIAL to MY CASE - (NO VIDIO TAPE) EXCULPATORY EVIDENCE. HERE'S A CUPY OF THE LETTER I WROTE to THE JUDGE BEFORE trial ABOUT THE VIDIO TAPE AND MY LAWYER NOT USING IT his whole CASE WAS BASED ON MY mental state.

Did you raise **GROUND ONE** in the California Supreme Court?

☑ Yes ☐ No. I SENT A WRIT ABOUT IT to SUPREME ct, BUT IT WASN'T ADDRESSED ON THE ORIGINAL APPEAL FROM trial THAT WAS SENT to SUPREME Ct FOR REVIEW.

(left margin, handwritten vertically) PSYCHOTIC - MEANING A HAD LOST THE ABILITY to PERCEIVE REALITY AT THE TIME OF DEATH!

(right margin, handwritten vertically) COPIED AT A LATE EXPENSE COPIER #004

SEE Exhibit B

**(b) GROUND TWO:** THE EVIDENCE WAS INSUFFICIENT to SUPPORT THE JURY'S VERDICT OF SECOND DEGREE MURDER, BECAUSE IT FAILED to ESTABLISH the KNOWLEDGE AND CONSCIOUS DISREGARD REQUIRED to FIND IMPLIED MALICE

**Supporting FACTS** (state *briefly* without citing cases or law): the first fact is that I the appellant subjectively knew the non-fatal injuries inflicted on Mrs Dennison endangered her life and acted with conscious disregard for the her life, I was not aware at any time that my actions were dangerous to her life, a psychiatrist the Nancy Matthews testified that he was completely psychotic at the time of the crime based on a video tape she reviewed of the initial police arrest of me, the appellant, before the judge told the jury to disregard her testimony about the videotape and her opinion's even though she was a professional psychiatrist and her job and livelyhood headress to give her opinion's to courts and patients everyday for over 25 years of her life, the court said it was hearsay with no tape to caliberate it. I don't know what the judge was thinking, but evidentely he didn't know the law consorning of a professional psychiatrists opinion in court (totally prejudical) psychotic meaning - unable to perceive reality which she clearly stated to me, my attorney and the court before her testimony was stricken and to be ignored by the jury as grave error mistake by the court I am only pray and put my trust in you that this error be rectified. My daughter Liza Dennison testified that she had known knowledge of my wife being on high blood pressure medicine before her death. Medical examener said she had severe heart disease there is no known medical record of her taking high blood pressure medicine

**Did you raise GROUND TWO in the California Supreme Court?**
☒ Yes ☐ No.

COPIED AT 9 ... TE EXPENSE
COPIER #004

[bottom right continuation:] Jessica moreno and Liza Dennison made false statements saying they new sh was taking Medication for high blood pressure Mrs Dennison never told us that at anytime I don't think that they never even made at this.

(c) **GROUND THREE:** SEE EXHiBiT C. the prosecutor failed to fulfill her obligation to guard against testimony by prosecution witnesses about Matters the court had Ruled inadmissable

Supporting **FACTS** (state *briefly* without citing cases or law): Exhibit C to MUCH to WRITE HERE

**Did you raise GROUND THREE in the California Supreme Court?**

☑ Yes ☐ No.

COPIED AT ... TE EXPENSE
COPIER #0004

**(d) GROUND FOUR:** _____

_____

_____

_____

**Supporting FACTS** (state *briefly* without citing cases or law): _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**Did you raise GROUND FOUR in the California Supreme Court?**

☐ Yes ☐ No.

COPIED AT STATE EXPENSE
COPIER #004

CIV 68 (Rev. Dec. 1998)

00CV2224

23. Do you have any petition or appeal **now pending** in any court, either state or federal, pertaining to the judgment under attack?
☐ Yes  ☑ No

24. If your answer to #23 is "Yes," give the following information:

(a) Name of Court: _____

(b) Case Number: _____

(c) Date action filed: _____

(d) Nature of proceeding: _____

_____

(e) Grounds raised: _____

_____

_____

_____

_____

(f) Did you receive an evidentiary hearing on your petition, application or motion?
☐ Yes  ☐ No

25. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(a) At preliminary hearing: _____

_____

(b) At arraignment and plea: _____

_____

(c) At trial: _____

_____

(d) At sentencing: _____

_____

(e) On appeal: _____

(f) In any post-conviction proceeding: _____

(g) On appeal from any adverse ruling in a post-conviction proceeding: _____

_____

COPIED AT S IE EXPENSE
COPIER #00/

CIV 68 (Rev. Dec. 1998)

00CV2224

26. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
☐ Yes  ☐ No

27. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
☐ Yes  ☑ No

   (a) If so, give name and location of court that imposed sentence to be served in the future:

   _____

   (b) Give date and length of the future sentence: _____

   _____

   (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
☐ Yes  ☐ No

28. Date you are mailing (or handing to a correctional officer) this Petition to this court: _____

_____

Wherefore, Petitioner prays that the Court grant Petitioner relief to which he may be entitled in this proceeding.

_____

SIGNATURE OF ATTORNEY (IF ANY)

I declare under penalty of perjury that the foregoing is true and correct.  Executed on

_11-5-07_
(DATE)

_William Michael Dennison_
SIGNATURE OF PETITIONER

S143785

# IN THE SUPREME COURT OF CALIFORNIA

## En Banc

---

In re WILLIAM DENNISON on Habeas Corpus

---

Petition for writ of habeas corpus is DENIED.  (See *In re Miller* (1941) 17 Cal.2d 734.)

SUPREME COURT
F I L E D

DEC 1 3 2006

Frederick K. Ohlrich Clerk

---
DEPUTY

---
GEORGE,
Chief Justice

# Exhibit



Dear Honorable Judge Linn 0489

I william Dennison am Writting
this letter because I am greatly concerned
about my attorney, Mr. argon.
all threw the trial I kept asking
him to play the tape of the police
interview that was taken the
morning of my arest. the interview
collaborated with what the psycologist
said about my mental state. I would
like for you to see it before I am
sentenced 1-24-02. I would like
this letter put on the record,
please, it is so important, it was
the point he was tring to make
the whole trial. I beg you to pleas
consider what im saying. it's got
to be seen by you. thank you
for your understanding. I don't
feel I was represented properly.
                    Sincerly William Dennison
                         1-4-02

GROUNDS FOR RELIEF

GROUNDS #(1)

## THE COURT IMPROPERLY RESTRICTED THE TESTIMONY OF APPELLANT'S EXPERT WITNESS BY PRECLUDING HER FROM TESTIFYING TO THE BASIS OF HER OPINIONS

On several occasions during the testimony of appellant's expert witness, Dr. McTique, the prosecutor objected to, or moved to strike, portions

of her testimony on the ground it was inadmissible hearsay, and the court sustained the objections and granted the motion to strike. (8 RT 720, 721, 742). The court later admonished the witness, in the presence of the jury, to limit her testimony to matters in evidence at the trial. (8 RT 748). However, the evidence in question was admissible to show the basis of Dr. McTique's opinions and, in one instance, was not hearsay. For these reasons, the court erred when it precluded Dr. McTique from testifying about the basis of her opinions. This improper limitation on her testimony was prejudicial, impairing appellant's ability to present a defense.

An expert witness may base his or her opinion on materials not admitted into evidence, provided they are the type of materials on which experts in the field reasonably rely in forming their opinions. (Evid.Code, § 801, subd. (b); *People v. Gardeley* (1996) 14 Cal.4th 605, 618; *People v. Monteil* (1993) 5 Cal.4th 877, 918). Pursuant to Evidence Code section 802, an expert witness may, on direct examination, state the reasons for his opinion and describe the matters, including inadmissible material, on which it is based. (Evid.Code, § 802; *People v. Gardeley, supra,* 14 Cal.4th at 618). Thus, a psychiatrist testifying as an expert witness is permitted to testify about statements made to him by the patient, on which he relied in forming his opinions. (*People v. Ainsworth* (1988) 45 Cal.3d 984, 1012; *People v. Brown*

-53-

(1958) 49 Cal.2d 577, 585; *People v. Campos* (1995) 32 Cal.App.4th 304, 307-308). Where such evidence is admitted to show the basis of the expert's opinions, any hearsay problems arising from the admission of the evidence can, in most cases, be addressed by instructing the jury the evidence was admitted solely to show the basis of the expert's opinion and not as independent proof of any fact. (*People v. Monteil, supra,* 5 Cal.4th at 919; CALJIC 2.10).

Here the prosecutor first objected, on hearsay grounds, when Dr. McTique described her observations of behavior and statements by appellant during the videotaped police interviews. (8 RT 720). This testimony came in response to a question asking her to state the reasons for her opinion appellant was experiencing delusions and hallucinations. (8 RT 719-720). The second objection occurred when Dr. McTique was answering a question about the onset of appellant's psychosis and attempting to explain her reasoning and the basis of her opinion. (8 RT 721). Finally, the prosecutor moved to strike, as hearsay, Dr. McTique's response to one of her own questions, in which the witness was attempting to explain her opinion that appellant was psychotic on November 2, 2000. (8 RT 741-742). Even assuming *arguendo* Dr.

McTique's testimony referred to inadmissible hearsay,[6] it was proper for her to rely on statements made to her by appellant during her evaluation, and to refer to those statements when explaining the basis for her opinions. (Evid.Code, §§ 801, subd. (b), 802; *People v. Ainsworth, supra,* 45 Cal.3d at 1012; *People v. Brown, supra,* 49 Cal.2d at 585; *People v. Campos, supra,* 32 Cal.App.4th at 307-308). For these reasons, Dr. McTique's references to statements made to her by appellant should not have been excluded on hearsay grounds. Rather, the court should have permitted her to state the basis of her opinions and instructed the jury, pursuant to CALJIC 2.10, that these matters were admitted only to show the basis of her opinions.

Appellant recognizes that hearsay or other inadmissible matters on which an expert relies may be admitted only where the court concludes the material is reliable and not subject to exclusion under Evidence Code section 352. (*People v. Gardeley, supra,* 14 Cal.4th at 619; *People v. Monteil, supra,* 5 Cal.4th at 919). In this case, however, the trial court did not address these issues, ruling the testimony about the basis of the expert's opinion was inadmissible solely because it was hearsay. (8 RT 720, 721, 742). Moreover, as case law has recognized, psychiatrists and other mental health professionals

---

[6]    As discussed below, Dr. McTique's observations of appellant's behavior on the videotaped interview were not hearsay.

customarily rely, and are entitled to rely on, statements from the patient in forming their opinions, and should be permitted to disclose that information when explaining the basis of their opinions. (*People v. Ainsworth, supra,* 45 Cal.3d at 1012; *People v. Brown, supra,* 49 Cal.2d at 585; *People v. Campos, supra,* 32 Cal.App.4th at 307-308). For these reasons, Dr. McTique should not have been precluded from explaining the basis of her opinions, solely because they were based in part on statements made to her by appellant.

One of the prosecutor's hearsay objections was to testimony by Dr. McTique describing behavior and statements by appellant during a videotaped police interview. (8 RT 719-720). However, this testimony was not hearsay, because it described behavior she observed on the videotape and did not involve statements by appellant which were being offered for the truth of the matter stated. (Evid.Code, § 1200). Dr. McTique attempted to testify that appellant was not answering the questions put to him; at one point he appeared to engage in conversation with his daughter, who was not present; and he was talking about a delusion that his house was haunted. (8 RT 720). This testimony was offered for the purpose of showing that appellant had engaged in the behavior described and made statements of the type described, not for the truth of anything said by appellant on the tape. It cannot be seriously contended, for example, that the testimony that appellant said his

-56-

house was haunted was offered to show the house was in fact haunted. Because this testimony was not offered for a hearsay purpose, but rather for the purpose of showing that appellant had engaged in certain behavior and made certain statements, as recorded on the videotape, it was not hearsay and should not have been excluded on this ground.

The erroneous limitation of Dr. McTique's testimony was prejudicial to appellant, because it prevented the full presentation of his defense on the central disputed issue of his mental state. While Dr. McTique was permitted to express her opinions, she was precluded from fully explaining the reasons and facts on which her opinions were based. Yet the jury was instructed, pursuant to CALJIC 2.80, that an expert's opinion is only as good as the facts and reasons on which it is based. (1 CT 138). Because the jury was not permitted to hear the full basis of Dr. McTique's opinions, it did not have an adequate basis to evaluate her opinions pursuant to the instruction. Indeed, the jury may well have concluded her opinions were not well-founded, simply because they had not been permitted to hear the matters on which they were based.

Compounding the error, the trial court admonished Dr. McTique, in the presence of the jury, as follows:

> You have been here before. You know how this
> works. Just answer the questions. Don't be

-57-

dealing with evidence that wasn't put into this trial, also. Keep that in mind. (8 RT 748).

This admonition effectively told the jury appellant's expert witness had knowingly attempted to testify to improper or inadmissible matters. Because, as discussed above, Dr. McTique's testimony was proper to show the basis of her opinions, the admonition should not have been given at all, much less in front of the jury. The giving of the admonition unjustifiably undermined Dr. McTique's credibility as an expert witness and ensured the jury would give little weight to her testimony. For these reasons, it is reasonably probable the jury would not have returned a verdict of second degree murder, in the absence of the improper limitations on Dr. McTique's testimony.

In Dr. McTique's opinion, the police missed the symptoms of psychosis when they came to the Dennison residence on November 2. (8 RT 732). In her opinion, appellant knew what to say and said "no" when asked if he had been hearing voices. (8 RT 732-733). This does not mean he was not psychotic; Dr. McTique has seen many psychotic people deny their psychosis, because they do not want to go to the hospital or do not want to be taken in by the police. (8 RT 734. 741-742).

Dr. McTique diagnosed appellant as having a psychotic disorder, not otherwise specified; his illness could be schizophrenia or schizoaffective disorder. (8 RT 723-724). He was also suffering from depression during much of the time he was experiencing psychotic symptoms. (8 RT 723-724). Dr. McTique also diagnosed appellant as having a personality disorder; he had some characteristics consistent with an antisocial personality disorder, but she did not diagnose him as having such a disorder. (8 RT 725-726). There is no question that appellant was psychotic at the time of the crime. (8 RT 761).

A detective testified that the blood sample taken

*[handwritten: GROUNDS FOR RELIEF]*
*[handwritten: GROUNDS①]*

from Dennison at the time of his arrest was negative for drugs and alcohol.

In his defense, Dennison called Nancy McTique, M.D., a board-certified forensic psychiatrist who had interviewed him in July 2001. For her evaluation of Dennison, she had also reviewed police reports and had seen Dennison's videotaped interview with police after his arrest. Based on her interview and review of the tape and reports, McTique diagnosed Dennison as having a psychotic disorder, not otherwise specified. She also opined he was suffering from depression during much of the time he experienced psychotic symptoms such as hearing voices, seeing visions, paranoia, delusions and often disjointed or disorganized thought processes. She defined psychotic as losing the ability to perceive reality.

McTique thought Dennison appeared to be responding to some sort of internal stimuli during the November 4, 2000 police interview because he was mumbling to himself, was not specifically answering questions and was talking to God and his daughter who were not in the room. At one point he appeared to be hearing voices and talking to them. McTique opined Dennison had had paranoid delusions that his wife was having affairs. Based on the tape and reports, McTique believed Dennison had

disorganized thought processes in November 2000, but that he was better in July 2001 because he was able to interact with her and answer her questions appropriately even though he continued to have fixed delusions.

Specifically asked about Dennison's behavior before Julia was killed, McTique believed that taking apart a toaster in search of an electronic bugging device and talking about a devil in the toilet were consistent behaviors with having a psychotic illness. Although she thought Dennison's drug use likely played some role in the psychotic process, McTique opined he would still have fixed delusions without the drugs. McTique also believed the police missed the symptoms of psychosis when they came to the Dennison home the night before Julia died. In her opinion the fact that Dennison knew what to say to keep him from going to the hospital or being arrested by the police was not inconsistent with being psychotic. In sum, McTique was certain Dennison was psychotic at the time Julia was killed.

In closing arguments, the defense relied on McTique's testimony and Julia's statements to others about Dennison's mental instability to posit Dennison had mental problems that prevented him from forming the intent to kill. Defense counsel thus argued Dennison was guilty at most of involuntary manslaughter.

# Exhibit

*B*

GROUND #2

## ARGUMENT

●

### THE EVIDENCE WAS INSUFFICIENT TO SUPPORT THE JURY'S VERDICT OF SECOND DEGREE MURDER, BECAUSE IT FAILED TO ESTABLISH THE KNOWLEDGE AND CONSCIOUS DISREGARD REQUIRED TO FIND IMPLIED MALICE

The jury was instructed on both first and second degree murder, as well as voluntary and involuntary manslaughter. (1 CT 148-169). The jury found appellant not guilty of first degree murder and guilty of second degree murder. (1 CT 275-276). However, the evidence was not sufficient to support the jury's finding appellant guilty of second degree implied malice murder, because the evidence did not support a finding appellant subjectively knew the non-fatal injuries inflicted on Mrs. Dennison endangered her life and acted with a conscious disregard for life.

"Murder is the unlawful killing of a human being, or a fetus, with malice aforethought." (Pen.Code, § 187, subd. (a)). Malice may be express implied. (Pen.Code, § 188). Malice is implied when the defendant does not intend to kill, but knows that his conduct endangers the life of another and acts deliberately with conscious disregard for life. (*People v. Watson* (1981) 30 Cal.3d 290, 296; *People v. Klvana* (1992) 11 Cal.App.4th 1679, 1704;

*People v. Brito* (1991) 232 Cal.App.3d 316, 213, fn. 4). Put another way, implied malice requires an act carrying "a high probability that it will result in death," committed with "a base antisocial motive" and a "wanton disregard" for life. (*Id.* at 300). Second degree implied malice murder is primarily distinguished from involuntary manslaughter by the defendant's subjective knowledge of the risks involved in his conduct. (*Id.* at 296-297).

> If a defendant commits an act endangering human life, without realizing the risk involved, the defendant has acted with criminal negligence. By contrast where the defendant realizes and then acts in total disregard of the danger, the defendant is guilty of murder based on implied malice. (*People v. Evers* (1992) 10 Cal.App.4th 588, 596).

A finding of implied malice thus requires the jury to find the defendant *actually appreciated* the risk, a *subjective* standard. (*People v. Watson, supra,* 30 Cal. 3d at 296-297; emphasis in original). Consistent with these principles, the jury was instructed, pursuant to CALJIC 8.11, that:

> Malice is implied when:
>
> 1. The killing resulted from an intentional act,
>
> 2. The natural consequences of the act are dangerous to human life, and
>
> 3. The act was deliberately performed with knowledge of the danger to, and with conscious disregard for, human life. (CT 149).

-23-

Here the necessary evidence that appellant subjectively knew his actions were dangerous to life is lacking. Mrs. Dennison's injuries themselves were not fatal. (4 RT 221-222, 226). Indeed, the medical examiner described a number of them as "superficial." (4 RT 195, 199, 200-202, 205-206, 209-210, 211-213). Mrs. Dennison's death was the result of a heart attack, brought on by her injuries and her pre-existing heart disease. (4 RT 221-222). The mechanism of her death was the heart attack. (4 RT 226). Mrs. Dennison had an enlarged heart, which is an indicator of heart disease, and "fairly severe" arteriosclerosis of the coronary arteries. (4 RT 218-219, 225). Her heart disease played a significant role in bringing about her death. (4 RT 227). The injuries she sustained may not have resulted in death in a person who did not have heart disease. (4 RT 229). The prosecution did not present evidence that appellant knew of his wife's heart disease, or that he knew inflicting non-fatal injuries on her was likely to cause her to have a fatal heart attack.[3] In the absence of such knowledge, appellant cannot be deemed to have committed an act dangerous to life, or one with a high probability of causing death, with the

---

[3]  *BOTH FALSELY TESTIFIED ABOUT BLOOD PRESSURE - NO SUCH RECORD OF MEDICATION. DEFENDENT HAD NO KNOWLEDGE OF it.*

Jessica Amores and Liza Dennison testified Mrs. Dennison had high blood pressure, for which she was taking medication. (6 RT 518, 7 RT 566). Neither testified Mrs. Dennison had heart disease, or that appellant knew of it. Liza Dennison denied her mother was in poor health before her death. (7 RT 566).

requisite knowledge of its danger to life. (Compare, e.g., *People v. Protopappas* (1988) 201 Cal.App.3d 152, 168 [evidence of implied malice sufficient, where dentist administered general anesthesia to medically fragile patient with knowledge of her condition and despite instructions from patient's physician to administer only local anesthetic and muscle relaxant]; *People v. Spring* (1984) 153 Cal.App.3d 1199, 1204-1207 [evidence of implied malice insufficient where death resulted from a single blow unlikely to cause death or serious bodily injury]).  For these reasons, the evidence was insufficient to permit the jury to find, beyond a reasonable doubt, that appellant acted with implied malice. (*Jackson v. Virginia* (1979) 443 U.S. 307, 318-318, 99 S.Ct. 2781, 2789, 61 L.Ed.2d 560, 573; *People v. Barnes* (1986) 42 Cal.3d 284, 303-304; *People v. Johnson* (1980) 26 Cal.3d 557, 576-578; *People v. Watson, supra,* 30 Cal.3d at 296-297; *People v. Spring, supra,* 153 Cal.App.3d at 1204-1207).

-25-

Exhibit

C

*GROUNDS FOR RELIEF*
*GROUND ~~X~~ (3)*

## THE PROSECUTOR FAILED TO FULFILL HER OBLIGATION TO GUARD AGAINST TESTIMONY BY PROSECUTION WITNESSES ABOUT MATTERS THE COURT HAD RULED INADMISSIBLE

At the commencement of trial, the court granted appellant's motion *in limine* to exclude hearsay testimony about drug use by appellant or drug addiction on appellant's part. (3 RT 4-6). The court also ruled inadmissible references to past arrests of appellant or his probation status, or "anything of that sort." (3 RT 4). The court directed counsel to make sure the witnesses were informed of his ruling and admonished counsel, "No blurting out. Take care of that problem." (3 RT 4). Despite this admonition to counsel, prosecution witnesses violated the court's ruling on multiple occasions, exposing the jury to highly prejudicial matters which the court had ruled

-45-

inadmissible. The prosecutor's failure to fulfill her obligation to guard against statements by her witnesses concerning inadmissible matters deprived appellant of a fair trial.

The first witness who testified to matters ruled inadmissible by the court was the prosecution's first witness, Deputy O'Brien.  On direct examination, he testified he checked appellant for drugs because appellant said he was a chronic drug user. (3 RT 30).  He further testified Mrs. Dennison told him appellant had not used drugs in a couple of weeks (the inescapable inference from this testimony being that he had used drugs at other times). (3 RT 32).  Appellant moved for a mistrial based on this testimony, but the court denied the motion, finding the testimony did not violate the court's order. (4 RT 53-55).

The next violations of the court's order occurred during the direct examination of the Dennisons' neighbor, Vicki Garcia. She first testified Mrs. Dennison told her she had had her daughter's Social Security check issued in her name, so that appellant could not take the money and waste it on drugs. (6 RT 406).  The court granted appellant's motion to strike "the last answer" and instructed the jury not to consider it. (6 RT 406).  Later in her testimony, Ms. Garcia referred to appellant's having been arrested. (6 RT 412). Appellant moved for a mistrial, based on O'Brien's and Ms. Garcia's

-46-

testimony. (6 RT 412-413). The court denied the motion but stated it would strike the testimony. (6 RT 413-414).[4] The court also ordered the prosecutor to tell each of her witnesses "in the strongest terms possible" not to mention drugs, addiction or arrests. (6 RT 414). The court expressed the opinion that the witnesses were "messing with the process" and might be found in contempt. (6 RT 415). Despite the court's admonitions to the prosecutor, the same witness, during redirect examination, testified appellant's paranoia was like that of someone on drugs (6 RT 432) and on recross examination, in answer to a question whether she thought appellant was insane, volunteered she felt he was a "paranoid druggie." (6 RT 434-435). The court denied appellant's renewed motion for a mistrial, apparently under the mistaken impression that the witness's reference to drugs had occurred only during recross-examination. (6 RT 449-450). The court again admonished the prosecutor to talk to her witnesses and tell them not to mention "arrests, conviction, drugs and drug addiction" (6 RT 450) and suggested she "get a different game face" when talking to the witnesses (6 RT 451). Appellant's attorney suggested the court directly admonish the witnesses, but the court did not do so at that time. (6 RT 451-452).

---

[4]    When the jury returned and Ms. Garcia's testimony resumed, the court omitted to strike her testimony about appellant's arrest. (6 RT 415).

The final violation of the court's order occurred during the testimony of Jessica Amores, who volunteered in response to a question about whether appellant had ever been institutionalized for mental illness, that he was hospitalized for some kind of evaluation while in prison. (6 RT 520).[5] Following this testimony, the court denied appellant's motion for a mistrial. (6 RT 523-525). However, before testimony resumed, the court directly admonished both Jessica Amores and Liza Dennison, out of the presence of the jury, not to mention drug abuse or addiction by appellant, or that appellant had been in jail or prison or was on probation. (6 RT 524-525). No further violations of the court's order occurred after this admonition by the court.

A prosecutor has a duty to guard against his or her witnesses' testifying about inadmissible matters. (*People v. Warren* (1988) 45 Cal.3d 471, 481-482; *People v. Glass* (1975) 44 Cal.App.3d 772, 781-782; *People v. Schiers* (1971) 19 Cal.App.3d 102, 112-113; *People v. Baker* (1956) 147 Cal.App.2d 319, 324-325; *People v. Bentley* (1955) 131 Cal.App.2d 687, 690, disapproved on other grounds in *People v. White* (1958) 50 Cal.2d 428, 431). When the prosecutor knows, or has reason to know, a witness may give an

---

[5]   It makes no difference that this testimony occurred during cross-examination by appellant's counsel; the information that appellant had been in prison was patently non-responsive to the question and was volunteered by the witness in violation of the court's ruling.

inadmissible answer, the prosecutor is required to instruct the witness not to mention inadmissible matters. (*Ibid*). A breach of this duty occurs not only where the prosecutor intentionally elicits the inadmissible information, but also where he or she fails to take steps to prevent the witness from volunteering it. (*People v. Glass, supra,* 44 Cal.App.3d at 781-782; *People v. Schiers, supra,* 19 Cal.App.3d at112-113; *People v. Baker, supra,* 147 Cal.App.2d at 324-325; *People v. Bentley, supra,* 131 Cal.App.2d at 690; cf. *People v. Smithey* (1999) 20 Cal.4th 936, 961 [bad faith or intentional eliciting of inadmissible testimony not required]; *People v. Hill* (1998) 17 Cal.4th 800, 822-823, 823, fn. 1 [bad faith or intentional misconduct not required to establish "prosecutorial error"]; *People v. Bolton* (1979) 23 Cal.3d 208, 213-214). As the court succinctly explained in *People v. Bentley, supra,* 131 Cal.App.2d 687:

> The district attorney knew, or should have known, the testimony the officer was going to give and should have warned him not to make the statement. Every prosecutor who offers a witness to testify to conversations with an accused should know what the witness will relate if given a free hand. The prosecutor has the duty to see that the witness volunteers no statement that would be inadmissible and especially careful to guard against statements that would also be prejudicial. (*Id.* at 690).

Here the prosecutor surely knew, or should have known, there was a

significant danger her witnesses would testify to matters such as appellant's prior arrest and probation status, and his alleged drug use and addiction, which the could had ruled inadmissible. Appellant's pretrial motion to exclude these matters had placed her on notice of the issue. Moreover, when granting the motion, the court specifically directed counsel to ensure that the witnesses did not volunteer inadmissible matters. (3 RT 4). In addition, the prosecutor was aware of the family members' desire to talk about drug use, because she specifically told the court about it. (6 RT 473).

The repeated violations of the court's order by prosecution witnesses demonstrate the prosecutor either failed to comply with the court's admonition, and her duty to guard against the introduction of inadmissible matters, or only did so half-heartedly. Even after the court directed her to "rein in" her witnesses and speak to them in "the strongest terms possible" (6 RT 413-414), prosecution witnesses continued to place inadmissible matters before the jury. Indeed, the references to inadmissible matters did not stop until the court directly admonished witnesses not to mention them. (6 RT 524-525). Moreover, during the discussions of this issue, the prosecutor appeared to defend the witnesses' references to inadmissible matters, stating at one point:

> I don't think they have gone into it. I think these are statements being made to her by Julia

-50-

Dennison for Julia's concerns about the defendant's behavior. This is not just hearsay that this witness has heard from somebody else. I am asking her not to go into it. The same thing with the drug issue and it was concerns that our victim in this case had and reasons for her concerns. (6 RT 413).

Later, before the testimony of ~~Julia~~ Jessica Amores and Liza Dennison, the prosecutor

relayed to the court the witnesses' desire to speak about matters which the

court had ruled were inadmissible, and the court was required to reiterate that

those matters were not to be brought up. (6 RT 473). These comments by the

prosecutor suggest she sympathized with the witnesses' desire to testify about

subjects which the court had ruled inadmissible. Despite her representations

to the court that she had told the witnesses not to mention these matters (6 RT

412-413, 473), the repeated violations of the court's ruling by multiple

witnesses demonstrate the ineffectiveness of any instructions given to the

witnesses and suggest they were lukewarm, at best.    Under these

circumstances, the prosecutor failed to perform her obligation to guard against

testimony by her witnesses about inadmissible matters and failed to comply

with the court's repeated directions to admonish her witnesses strongly not to

refer to inadmissible matters.

The failure to prevent the jury from being exposed to matters the court

had ruled inadmissible was prejudicial, particularly in combination with the

-51-

inadmissible hearsay evidence admitted by the court. Because the prosecutor failed effectively to admonish prosecution witnesses not to refer to inadmissible matters, the jury heard testimony that appellant was a chronic drug abuser who spent his daughter's disability check on drugs, and he had been in prison. When it excluded this evidence, the court impliedly found that its prejudicial effect exceeded its probative value, but the prosecutor nevertheless failed to prevent this highly prejudicial information from being placed before the jury. The cumulative effect of this evidence and the improperly-admitted hearsay evidence could only have served to inflame the jury against appellant personally and view him as a bad person with a propensity to commit criminal and violent acts. Under these circumstances, the prosecutor's failure to prevent her witnesses from volunteering testimony about inadmissible matters was prejudicial and deprived appellant of a fair trial.

STATE OF CALIFORNIA                                        DEPARTMENT OF CORRECTIONS AND REHABILITATION

**MENTAL HEALTH PLACEMENT CHRONO**

CDCR 128-MH3 (Rev. 06/06)

Inmate Name: De _____ CDC Number: F457 ___ Institution: CTF ___ Housing: O 136
(Last, First, MI)

**THIS INMATE HAS RECEIVED A MENTAL HEALTH EVALUATION WITH THE FOLLOWING RESULTS** (check box(s) below):

a) ☐ **Does not** meet criteria for inclusion in the Mental Health Services Delivery System (MHSDS).

b) ☑ **Meets** inclusion criteria for the MHSDS. Check Level of Care (LOC) below.
   ☐ Qualifying mental disorder **or**
   ☐ Inclusion is for Medical Necessity (obtain Chief of Mental Health signature below.)

c) ☐ **Currently** included in the MHSDS. Check new or continuing LOC below.

**LOC:** ☑ Clinical Case Management (CCCMS) ☑ Enhanced Outpatient Program (EOP) ☐ Crisis Bed (MHCB)

Referral to DMH: ☐ DTP ☐ ICF ☐ APP

Level of Functioning Assessment (GAF Score): _45-50_     Psychotropic Medication Prescribed: Yes ☑ No ☐

Behavioral Alerts:

_R Greene PhD_     _R Greene PhD_                          _MD_____ (signature)_
     CLINICAIN NAME (Print)          CLINICIAN SIGNATURE          CHIEF OF MENTAL HEALTH or DESIGNEE SIGNATURE

_____
     IDTT LEADER SIGNATURE                                          DATE

DISTRIBUTION: Pink - Central File; Blue - Unit Health Record; White - MH File; Inmate     _10-4-07_

State of California, Department of Corrections – TSC/HCSD          Prior Page Number: 2

## CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES:    INITIAL PSYCH EVAL

| Date: 10/14/04 | TELEMEDICINE Mental Health Clinic with HCSD |
|---|---|
| **A: Dx** | Axis I  Dep NOS, ΨNOS, Rlo psychotic dep          Subst Dso: ∅ (PSA)(PSD) EtOH/Coke |
| | Axis II: (Def) |
| | Axis III: Ika HTN, Le DJD |
| | Axis IV: (incare)(impending parole)(family prob)(marital prob)(homeless)(abuse hx)(Board hearing)_____ |
| | Axis V: 60-65 |

| **P:** X Rx renew for 90d () parole script () No Rx () Rx thru:_____ | C3MS: ((Cont)(Refer EOP d/t _____ ) (Refer Crisis eval _____ ) Referral to IDDT: (none) (remove C3MS*) (monitor off meds x1yr*) (single-cell R/Q) (Dx/Tx Clarification) RTC:  1 wk (2wks) 4wks  6wks  8wks  10wks  12wks  _____, earlier prn  ( if not paroled ) (if still C3MS) |
|---|---|
| | 1. Resume WB 150mg BID - dep - monitor P/pulse, HTN.                 IC renew due: today |
| | 2. Resume Perseudal 7mg PM↑ - AH - Rp & chest sore on PRP -         IC renew due: today |
| | 3.      unidentified - ✓ production                                   IC renew due: ✓ |
| | 4. _____                IC renew due:_____ |
| | 5. _____                IC renew due:_____ |
| | 6. _____                IC renew due:_____ |
| | 7. _____                IC renew due:_____ |
| | 8. Labs today:  (NONE)(CBC)(CMP)(TSH)(RPR)(prolactin)(HgA1C)(VPA) (lith) (LFTs) (BUN/Cr) (EKG)(slit lamp evak eyes) |
| | 9. Items to be faxed by instit: (NONE)(CBC) (CMP) (TSH) (RPR) (MH2) (MH4) (MH3) (Script Profile) (IC's for_____) |
| | 10. Next AIMS:  (NA) (today) |
| | 11. Referral to Int Med re (none)(Sz dso)(Hep Tx)(IM c/o _____ )(Other:_____) |

() IM refuses ψ meds at this time**

*SE discussed today w/IM: (sedation)(dry mouth)(blurry vision)(constip)(urination)(EPS)(NMS)(tremors)(rash)(anxiety)(CTD)(akathisia) (liver dysfunx – need to monitor LFT's)(renal dysfunx-need to monitor Cr/BUN) (cardiac)(cataract/lens dx)(sexual dysfunx)(insomnia) (diplopia) (T glu/ diabetes/legal concerns)(T appt/wt gain)(hair-loss)(T sz potential)(dizziness)(ataxia)(orthostasis)(fatigue)(nausea/vomit) (headache) (nystag) (W/D effects) (priapism) (thyroid dysfunx)(addictive potential/misuse of meds by IM)(heat restrictions) (drug-drug interactions)(inc prolactin-breast devel)(potential fatality from NMS/dystonia/other mechanism)(unknown rxns not yet reported)(inc HTN)(psychosis)(impact on CBC)

WB  &  wSB

IM appears to understand indications/risks/benefits/alternatives to ψmeds: (Yes) No
IM appears to have capacity to give IC for ψmeds/refuse ψmeds: (Yes) No
IM feels treatment plan appropriate and agrees to treatment plan: (Yes) No
IM feels all of his/her questions re:psychiatric care have been addressed today: (Yes) No
**If refusing ψ meds, does IM meet criteria for Keyhea? Yes  No

PAGE 3 OF 3                                           Louis Kraft, MD (staff psychiatrist)

| MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTES MH 3 [3/21/96]-modified 10/5/04 Initial Eval by Louis Kraft, MD Confidential Client/Patient Information See W & I code, Section S328 | LEVEL OF CARE  Outpatient | Last Name:  Dennison, W  T45105 | First Name: W | MI: |
|---|---|---|---|---|

| State of | Department of Corrections - High Desert State Prison | | Prior Page Number: |
|---|---|---|---|
| **CHRON** | **L INTERDISCIPLINARY PROGRESS NOTES:** | | **All Staff, Clinicians, Treatment Teams** |

Date/Tir.        , 9:30

Reason f

[X] Quar        t  [ ] I/M Request  [ ] Staff Referral  [ ] Psychological Evaluation
[ ] Other
[ ] HDS:        ase manager contact held this date:

**SUBJEC**

| Level of | [X] Person | [X] Place | [X] Time | |
|---|---|---|---|---|
| Eye Con: | [X] Good | [ ] Fair | [ ] Poor | |
| General . | [ ] Disheveled | [X] Groomed | [ ] Poor Hygiene | |
| Sleep: | [X] WNL | Appetite | | [X] WNL |
| Facial E. | [ ] Angry | [ ] Blunted | [ ] Frightened | [X] WNL |
| | [ ] Flat | [ ] Happy | [ ] Withdrawn | |
| Body B. | [ ] Withdrawn | [ ] Overactive | [ ] Restless | [X] WNL |
| | [ ] Stiff | [ ] Tremor | | |
| Speech: | [ ] Clear | [ ] Excessive | [ ] Incoherent | [ ] Mute | [ ] Rapid |
| | [ ] Slow | [ ] Stammer | [ ] | [ ] Understandable | [X] WNL |
| | | | Slurred/Mumbled | | |
| Mood: | [ ] Anxious | [ ] Cheerful | [ ] Congruent | [ ] Depressed | [X] WNL |
| | [ ] Euphoric | [ ] Silly | [ ] Unconcerned | [ ] Dysphoric | |
| Presenting . | [ ] Argumentative | [ ] Cooperative | [ ] Demanding | [ ] Evasive | [ ] Guarded |
| | [ ] Helpless | [ ] Hostile | [ ] Intimidating | [ ] Manipulative | [X] WNL |
| | [ ] Passive | [ ] Resistant | [ ] Suspicious | [ ] Threatening | |

**OBJEC**

| Percep: | ces | [X] None | |
|---|---|---|---|
| Though: | lusions) | [X] None | |
| Current | | [X] None noted or stated. | |
| Current | k | [X] None noted or stated. | |
| Psychol | tions? | [X] Yes | [ ] No |

**ASSES:**

[ ] No :        s  [X] Stable  [ ] Deteriorating  [ ] Partial Remission  [ ] Full Remission

**PLAN**

[ ] Cont:        [X] Continue Treatment Plan  [ ] Refer to Psychiatry  [ ] D/C MHDS

Additio:        s

_Inmate reports doing well on current medication and does not want it increased. No other current mental health concern. Was given permission to review copies of M_d records_

GAF: 6 5

[ ] I/M's        ent plan to be developed in conjunction with IDTT.
[ ] Next        contact to be on or before:

Clinician        _____ PhD  _____
Signatur:        _____

| [ ] | | **LEVEL OF CARE:** | |
|---|---|---|---|
| | | [ ] GP | **DENNISON, WILLIAM** |
| | | [X] CCCMS | **T45105** |
| | | [ ] EOP | **FAB2T1000000123** |
| | | [ ] Med Nec | |
| | | [ ] Inpatient | |
| See \ | 328 | [ ] Outpatient | |

State of California, Department of Corrections – TSC/HCSD Chronological Interdisciplinary Progress Note:

| Date/Time: | TELEMEDICINE Mental Health Clinic with HCSD | ERD: ?LIFE ; AII: NKDA |
|---|---|---|

**11/8/04 1225**

Institution: (SATF)(PVSP)(HDSP)(CCC) ; Hx of: (depr)(sleep)(appet)(SI)(anx)(racing this)(PA)(MS)(manic)(anger)(HI)(impulsivity) (hyperactivity)(AH)command AH)(VH)(del)(paranoia)

Pharmacy refused CB order dt nonform Spstatus @ HDSP. Referred in Pt Med 10/20/04 for PLFTs.

**S:** "I'm getting the Risperdal – no voices, visions or paranoia. Op with – I don't need the wb. Only the filed day & I had a tustle on my arm but now, I feel..."

Sleep: (OK)(↓)(↑) _____ hrs (Napping: Y N) Appetite: (OK)(good meal/d)(↓)(↑)- IM claims wt Δ _____ # in _____ wks Energy: (OK)(↓)(↑)
IM C/o (↑)(depressed)(MS)(AH)(VH)(paranoia)(↓sleep)(↑appetite)(anx)(SI)(HI)(anger) _____
SE per IM (Ø) (scd)(constip)(dry mouth)(blurry vision)(dizziness/orthostat)(EPS)(wt gain) _____ () (tolerable/intolerable) to IM
Compliance: to IM claims denies) comp w/ψmeds () staff reports noncomp w/ψmeds (single/mult _____)
Rx effect: NA (good effect)(moderate effect)(mild effect)(no/minimal effect)(worsens ψsx)

**O: LABS**
10/19/04:
CMP WNL x̄
↑ AST 75
↑ ALT 141
CBC WNL x̄
↑ RBC 5.63
↑ Hgb 18.1
Hg A1C WNL
○ await results
on _____
per order of:
3H Melatin WNL

Behavior: (Calm) Personable Agitated Disinterested Argumentative Belligerent Intimidating Hypervig/Guarded ∅ Yes
Grooming: (approp) dishev bizarre malodorous(per onsite presenter) Co-operativeness: (Co-op)(Unco-op) Demanding EyeContact: (approp) ↓
Psychomotor: (WNL) fidget/tremor Abn Mvts (∅)
Speech: rate/rhythm RRR Pressured Monotone Vol (↑ nl inc dec Amt (approp)inc dec one-word-responses
Mood: "good" Appears:(euthymic) depressed irritable anxious manic hypomanic
Affect ~ range (full)constrict restrict blunted Type smiling tearful anxious angry labile dysphoric neutral Reactivity (reactive) NR
Thought Process – goal-directed/linear LOA FOI tangential circumstantial
Thought Content: Hallucinations: (∅) AH VH TH OH Commands: (∅) Harm Self Harm Others: (∅) Feels able to ignore: Yes No
(during this exam) Delusions: (∅) gen paranoia specific delusion
SI: (∅) passive SI active SI Intent: Yes No Plan: Yes No _____ RIS: (∅) Yes
HI: (∅) passive HI active HI Intent: Yes No Plan: Yes No _____ Contracts NoSelfHarm: (Yes)
Insight: good (limited) poor Judgment: good (limited) poor Cog: (Alert) Sedated Lethargic Orientation: (Oriented) Disoriented

**A:** Dx:
Stable/unΔ'd
Improved
Worsened

Axis I: DepNOS, ψOS r/o MajDep; ?ψfa PSD
Axis II: (def)
Axis III: ?Arthral, hx DJD

**P:**
Rx renew for 90d
() parole script
() No Rx
() Rx thru:

1. RTC 1 wk 2wks 4wks (6wks) 8wks 10wks 12wks, earlier prn. ( if not paroled ) ( if still C3MS)
2. Cont Risperidal 2 mg PM- Att.
3. B/c wb – IM decded ful needs & nonformulary. IC renew: 1/05 NA
4. _____ IC renew: 1/05 NA
5. _____ IC renew: _____ NA
6. Refer to Int Med re: ↑ PLFTs error (LK) IC renew: _____ NA
7. Labs ordered: (∅) (CBC)(CMP)(TSH)(RPR)(prolactin)(HgA1C)(VPA)(lich)(LFTs)(Bun/Cr)(EKG)(slit lamp eval eyes) Next AIMS: 4/05
() IM refuses ψ meds at this time**

*SE discussed today w/IM: (sedation)(dry mouth)(blurry vision)(constip)(↓urination)(EPS)(NMS) (tremors)(rash)(anxiety)(TD)(akathisia) (liver dysfunx – need to monitor LFT's)(renal dysfunx-need to monitor Cr/BUN) (cardiac)(cataract/lens dz)(sexual-dysfunx) (insomnia) (diplopia) (↑glc/ diabetes/legal concerns) (↑appt/wt gain)(hair-loss)(↑sz potential)(dizziness)(ataxia)(orthostasis)(fatigue)(nausea/vomit)(headache) (nystag) (W/D effects) (priapism)(thyroid dysfunx)(addictive potential/misuse by IMs) (heat restrictions) (drug-drug interactions) (CBC impact) (inc prolacun-breast devel)(potential fatality from NMS/dystonia/other mechanism)(unknown rxns not yet reported)(inc HTN)(psychosis)
**IM appears to understand indications/risks/benefits/alternatives to ψmeds: Yes No // IM appears to have capacity to give IC for ψmeds/refuse ψmeds: Yes No // If refusing ψ meds, does IM meet criteria for Keyhea? Yes No

| Mental Health Interdisciplinary Progress Notes MH 3 [3/21/96]-modified progress note 10/8/04 by Louis Kraft, MD Confidential Client/Patient Information See W & I code, Section 5328 | LEVEL OF CARE Outpatient | Last Name: Dennison, First Name: William MI: T 45105 |
|---|---|---|

Louis Kraft, MD staff psychiatrist

State of California, Department of Corrections — Institution: **HDSP**    Prior Page Number :

CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES:    All Staff, Clinicians, Treatment Teams

Use Name & Title Stamp

| Date/Time: | |
|---|---|
| 11/8/04 | Seen on this date for Telemedicine appt. Some Improvement c̄ meds according to inmate, who also stated his depression is less. No difficulty c̄ appetite or sleeping. To be referred to internal medicine, due to liver lab results. Risperdal dose to remain the same. F/U in 6 weeks. J. Barnes PT |

Page # ____ ____

<table>
<tr><td rowspan="4">MENTAL HEALTH<br>INTERDISCIPLINARY PROGRESS NOTES<br><br>MH 3 [3/21/96]<br><br>Confidential Client/Patient Information<br>See W & I Code, Section 5328</td><td>LEVEL OF<br>CARE</td><td colspan="2">Last Name:          First Name:          MI:<br><br>DENNISON, WILLIAM<br><br>T-45105</td></tr>
<tr><td></td><td>A2-123<br>A2-123</td></tr>
<tr><td>Inpatient</td><td>CDC # __-____-____</td></tr>
<tr><td>Outpatient</td><td>DOB _/_/_</td></tr>
</table>

OCT-29-2004  09:53    CDC  HCSD TELEMEDICINE                    916 323 5235    P.05

State of California, Department of Corrections – TSC/HCSD

Prior Page Number: _____

CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES:    All Staff, Clinicians, Treatment Teams

| Date/Time: | Use Name & Title Stamp |
|---|---|
| | ·**TELEMEDICINE** |
| 10/29/ | **Mental Health Clinic with HCSD.** |
| 2004 | Clinic cancelled due to M.D. illness.  Will reschedule next available / |
| | Clinic.  Patients to be seen on site if needed. _ABennett_ |

Page #: ____ of ___

| MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTES | LEVEL OF CARE | Last Name: | First Name: | MI: |
|---|---|---|---|---|
| MH 3 [3/21/96] | Inpatient | **DENNISON,** | **WILLIAM** | |
| Confidential Client/Patient Information See W & I code, Section 5328 | Outpatient | CDC# _T45105_____ | DOB ___/___/___ | |

Prior Page Number: _____

State of California, Department of Corrections – TSC/HCSD

CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES:

All Staff, Clinicians, Treatment Teams
Use Name & Title Stamp

| Date/Time: | |
|---|---|
| *Atlas Orgine* / | **TELEMEDICINE** |
| | **Mental Health Clinic with HCSD.** |
| 10/20/04 | |
| 1320 | Received the following abnormal lab result from specimen collected from below patient on 10/19/04. |
| | ↑ AST (75), ↑ ALT (141) |
| | I will refer to Int Med for evaluation, and I will ask that Int Med please do work-up if indicated to rule out a general medical condition |
| | Louis Kraft, MD (staff psychiatrist) |

| MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTES | LEVEL OF CARE | Last Name: | First Name: | MI: |
|---|---|---|---|---|
| MH 3 [3/21/96] | Inpatient | *Dennison, William* | | |
| Confidential Client/Patient Information See W & I code, Section 5328 | Outpatient | *T45105* | | |

State of California, Department of Corrections -- Institution: ___SVSP_____    Prior Page Number : ___ ___

**CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES: Psychiatric Technician Weekly Summary**

Ψ : Psychology    Administrative Segregation/CCCMS

| | |
|---|---|
| **MONDAY** | CONTACT MADE: YES [✓] NO [ ]  CONTACT BY: K |
| 8/16/04 | PROBLEMS NOTED : O |
| | |
| **TUESDAY** | CONTACT MADE: YES [✓] NO [ ]  CONTACT BY: |
| 8/17/04 | PROBLEMS NOTED : Denies any problems |
| | |
| **WEDNESDAY** | CONTACT MADE: YES [✓] NO [ ]  CONTACT BY: K |
| 8/18/04 | PROBLEMS NOTED : Sleeping |
| | |
| **THURSDAY** | CONTACT MADE: YES [✓] NO [ ]  CONTACT BY: R |
| 8/19/04 | PROBLEMS NOTED : O |
| | |
| **FRIDAY** | CONTACT MADE: YES [✓] NO [ ]  CONTACT BY: R |
| 8/20/04 | PROBLEMS NOTED : O |
| | |
| **SATURDAY** | CONTACT MADE: YES [✓] NO [ ]  CONTACT BY: R |
| 8/21/04 | PROBLEMS NOTED : O |
| | |
| **SUNDAY** | CONTACT MADE: YES [✓] NO [ ]  CONTACT BY: |
| 8/22/04 | PROBLEMS NOTED : O Courtknaher |

| Intl | Name/License | Signature | Intl | Name/License | Signature |
|---|---|---|---|---|---|
| ___ | A. Guyot LPT | _____ | R | K. Robinson LPT | K. Robinson LPT |
| ___ | B. Whitfield LVN | _____ | ___ | C. Turner LVN | _____ |

| MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTES  MH 3 [09/24/01]  Confidential Client/Patient Information See W & I Code, Section 5328 | LEVEL OF CARE  [ ] GP [X] CCCMS [ ] EOP [ ] MHCB | Last, First Name DENNISON, WILLIAM   105  Housing: FDB1T2000000227U  CDC #: T45105  DOB: 1/4/1956 |
|---|---|---|

SEP 10 2004

State of California, Department of Corrections -- Institution: ___SVSP_____    Prior Page Number : ___ ___

CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES: Psychiatric Technician Weekly Summary

Ψ : Psychology     Administrative Segregation/CCCMS

| MONDAY | CONTACT MADE: YES [✓] NO [ ] CONTACT BY: |
|--------|-------------------------------------------|
| 7/26/04 | PROBLEMS NOTED : |
| | |
| TUESDAY | CONTACT MADE: YES [✓] NO [ ] CONTACT BY: |
| 7/27/04 | PROBLEMS NOTED : |
| | |
| WEDNESDAY | CONTACT MADE: YES [✓] NO [ ] CONTACT BY: |
| 7/28/04 | PROBLEMS NOTED : |
| | |
| THURSDAY | CONTACT MADE: YES [✓] NO [ ] CONTACT BY: |
| 7/29/04 | PROBLEMS NOTED : |
| | |
| FRIDAY | CONTACT MADE: YES [✓] NO [ ] CONTACT BY: |
| 7/30/04 | PROBLEMS NOTED : |
| | |
| SATURDAY | CONTACT MADE: YES [✓] NO [ ] CONTACT BY: |
| 7/31/04 | PROBLEMS NOTED : |
| | |
| SUNDAY | CONTACT MADE: YES [✓] NO [ ] CONTACT BY: |
| 8/1/04 | PROBLEMS NOTED : |

Intl    Name/License         Signature              Intl    Name/License    Signature

____ A. Guyot LPT _____        ___ K. Robinson LPT_____

___ B. Whitfield LVN _____        ____C. Turner LVN _____

| MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTES | LEVEL OF CARE | Last, First Name |
|---|---|---|
| MH 3 [09/24/01] | [ ] GP [X] CCCMS [ ] EOP [ ] MHCB | DENNISON, WILLIAM |
| Confidential Client/Patient Information See W & I Code, Section 5328 | | Housing: FDB1T2000000227U CDC #: T45105 DOB: 1/4/1956 |

SEP 0 7 2004

State of California, Department of Corrections -- Institution: ___SVSP_____     Prior Page Number : ___ ___

CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES: Psychiatric Technician Weekly Summary

| Ψ : Psychology     Administrative Segregation/CCCMS | |
|---|---|
| **MONDAY**<br>8/2/04 | CONTACT MADE: YES [ ] NO [ ]  CONTACT BY: _____<br>PROBLEMS NOTED : |
| **TUESDAY**<br>8/3/04 | CONTACT MADE: YES [ ] NO [ ]  CONTACT BY: _____<br>PROBLEMS NOTED : |
| **WEDNESDAY**<br>8/4/04 | CONTACT MADE: YES [ ] NO [ ]  CONTACT BY: _____<br>PROBLEMS NOTED : |
| **THURSDAY**<br>8/5/04 | CONTACT MADE: YES [ ] NO [ ]  CONTACT BY: _____<br>PROBLEMS NOTED : |
| **FRIDAY**<br>8/6/04 | CONTACT MADE: YES [ ] NO [ ]  CONTACT BY: _____<br>PROBLEMS NOTED : |
| **SATURDAY**<br>8/7/04 | CONTACT MADE: YES [ ] NO [ ]  CONTACT BY: _____<br>PROBLEMS NOTED : |
| **SUNDAY**<br>8/8/04 | CONTACT MADE: YES [ ] NO [ ]  CONTACT BY: _____<br>PROBLEMS NOTED : |

Intl   Name/License     Signature          Intl     Name/License     Signature

___ A. Guyot LPT _____     ___ K. Robinson LPT   K. Robinson LPT _____

___ B. Whitfield LVN _____     ____C. Turner LVN _____

| MENTAL HEALTH<br>INTERDISCIPLINARY PROGRESS<br>NOTES<br><br>MH 3  [09/24/01]<br><br>Confidential Client/Patient Information<br>See W & I Code, Section 5328 | LEVEL OF<br>CARE<br><br>[ ] GP<br>[X] CCCMS<br>[ ] EOP<br>[ ] MHCB | Last, First Name<br>DENNISON, WILLIAM<br><br>Housing: FDB1T2000000227U<br><br>CDC #:  T45105<br><br>DOB: 1/4/1956 |

SEP 07 2004

State of California, Department of Corrections – TSC/HCSD                                    Prior Page Number: _____

**CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES:**          All Staff, Clinicians, Treatment Teams

| Date/Time: | Use Name & Title Stamp |
|---|---|
| | ### TELEMEDICINE |
| | **Mental Health Clinic with HCSD.** |
| 10/22/04 1250 | I was informed today that this IM's meds were not dispensed by the pharmacy at HDSP because Wellbutrin has been designated as nonformulary @ HDSP (though telemedicine has not received anything about this from the institution). Apparently, the pharmacy also did not fill the Rx for Risperdal d/t the IVB nonformulary status. I will rewrite order for Risperdal 1mg PO for Yake SE and have IM rescheduled in ↑ wk to my clinic (already scheduled for clinic 10/29/04) and discuss situation c̄ IM at that time. Dr. Swanson (Sr Psychiatrist & clinical supervisor for telemed) and Dr. Fishbuck (Chief Psychiatrist of CDC) have been informed.

Kraft |

Page #: 14 of ____

| MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTES  MH 3 [3/21/96]  Confidential Client/Patient Information See W & I code, Section 5328 | LEVEL OF CARE  Inpatient  Outpatient | Last Name: First Name: MI:  **DENNISON,    WILLIAM**  CDC# _T45105_____  DOB ___/___/___ |
|---|---|---|

State of California, Department of Corrections – TSC/HCSD

Prior Page Number: _____

CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES:

All Staff, Clinicians, Treatment Teams
Use Name & Title Stamp

| Date/Time: | |
|---|---|
| *Also as Original* / | **TELEMEDICINE** |
| | **Mental Health Clinic with HCSD.** |
| 10/20/04 | |
| 1320 | Received the following abnormal lab result from specimen collected from below patient on 10/19/04. |
| | ↑ AST 75 , ↑ ALT 141 |
| | I will refer to Int Med for evaluation, and I will ask that Int Med please do work-up if indicated to rule out a general medical condition. |
| | Louis Kraft, MD (staff psychiatrist) |

| MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTES MH 3 [3/21/96] Confidential Client/Patient Information See W & I code, Section 5328 | LEVEL OF CARE Inpatient Outpatient | Last Name: First Name: MI: Dennison, William T45105 |
|---|---|---|

NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed) |
|---|---|---|---|
| | | | **TELEMEDICINE** |
| | | | **Mental Health Clinic with HCSD.** |
| | | | |
| 10/20/04 | 1320 | | Refer to Internal Medicine for evaluation of abnormal lab value of: |
| | | | ↑ AST (75) , ↑ ALT (141) |
| | | | Please do work-up if indicated to rule out a general medical condition. Thank you. |
| | | | Louis Kraft, MD (staff psychiatrist) |
| | | | Noted 10/21/04 0720 |

| ALLERGIES | | INSTITUTION | ROOM/WING |
|---|---|---|---|
| | | Confidential Client Information See W & I Code, Sections 4514 and 5328 | CDC NUMBER, NAME (LAST, FIRST, MI) Denaison, William T45105 |

**TELEMEDICINE**
**PHYSICIAN'S ORDER**
DEPARTMENT OF CORRECTIONS

CDC 7221 (4/90)
STATE OF CALIFORNIA

State of California, Department of Corrections – Institution:    HDSP        Prior Page Number :

CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES:    All Staff, Clinicians, Treatment Teams.

| Date/Time: | Use Name & Title Stamp. |
|---|---|
| 14 Oct 04 | Seen today by telepsychiatry Dr Kraft Telemed handout provided's discussed Pt verbalizes understanding. On meds stopping. resperidone & buproprion started to f/u in 2 wks.    Jones RN |

Page # _____

| MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTES MH 3 [3/21/96] Confidential Client/Patient Information See W & I Code, Section 5328. | LEVEL OF CARE Inpatient Outpatient | Last Name:        First Name:        MI: Dennison, William CDC # T 45105 DOB 1/4/56 |

State of California, Department of Corrections - High Desert State Prison                    Prior Page Number:

All Staff, Clinicians, Treatment Teams

## INTERDISCIPLINARY TREATMENT TEAM MEETING PROGRESS NOTE

Date: _9/24/04_

**Present:**

Psychiatrist: _____ French, _____ Lee, _____ Kraft, _____ Shaktman, Other: _____

Senior Psychologist: _X_ Dennis ____ Nolan    Other: _____

Clinical Case Manager: _X_ Killion, LCSW    ____ Blanthorn, LCSW    ____ Loyal, PSW
____ Williams, LCSW    ____ Jenesky, PhD    ____ Nevotti, PhD
____ Riddle, PhD    ____ Thomas-Riddle, PhD    ____ Martiny, PhD
____ Crawford, PhD    Other: _____

CCI/CCII: _Battey_

Other: _____

**Reason for IDTT:** ____ New Arrival to CCCMS program from a Reception Center
_X_ New Arrival to CCCMS program from another institution
____ Annual Update
____ 6-month Medical Necessity rejustification
____ Other: _____

**CCM Frequency:** _90 days_

**Group Therapy Status:** _Not indicated at this time._

**Medication Issues:** _On risperdal._

**IDTT Recommendations:** _Non-adverse transfer from Salinas Valley._
_Currently stable._

_Retain CMS._

D. Dennis, Ph.D. _D. Dennis PhD_

| MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTES<br><br>MH 3 (3/21/96)<br>Confidential Client/Patient Information<br>See W&I Code, Section 5328 | LEVEL OF CARE<br><br>Inpatient<br><br>Outpatient | Last Name: _Dennison_    First Name:    MI:<br><br><br>CDC # _T45105_    DOB _/ /_ |

State of California Department of Corrections — Institution: HDSP Prior Page Number:

CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES: All Staff, Clinicians, Treatment Teams

Use Name & Title Stamp.

Date/Time:

9-27-04 1300

just came up [illegible] Salinas Valley [illegible] — [illegible] bipolar
manipulating med — trying for more [illegible]
"Dr just talked 5 min" "took away my meds" Ø SE
took Wellbutrin, [illegible] (sleep)
Depression [illegible] not [illegible] — just down, blue
Wellbutrin [illegible] 2-3 d [illegible]
O: [illegible] speech, [illegible]
no [illegible] no hall [illegible] O x 3 [illegible]
A Bipolar [illegible] R/O
P [illegible]
30 d
Add $Li_2CO_3$ or VPA / Wellbutrin ) Next [illegible] Team [illegible]
[illegible]
3 [illegible]

Bruce A. Baker, M.D.
- Psychiatry -
[illegible] A16501

Page # ________

MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTES

MH-5 (3/21/96)

Confidential Client/Patient Information
See W & I Code, Section 5328

LEVEL OF CARE

Inpatient

Outpatient

Last Name: Dinnison First Name: Wm MI:

CDC # T45105 DOB __/__/__

State of California, Department of Corrections - High Desert State Prison    Prior Page Number: _____

**CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES:**    All Staff, Clinicians, Treatment Teams

Date/Time:  *9/16/04, 10:15*

Reason for Contact:
☐ Quarterly Contact    ☐ I/M Request    ☐ Staff Referral    ☐ Psychological Evaluation
☐ Other _____
☑ HDSP CCCMS case manager contact held this date: _____

**SUBJECTIVE**

| Level of Orientation: | ☑ Person | ☑ Place | ☑ Time | | |
|---|---|---|---|---|---|
| Eye Contact: | ☐ Good | ☑ Fair | ☐ Poor | | |
| General Appearance | ☐ Disheveled | ☑ Groomed | ☐ Poor Hygiene | | |
| Sleep: | ☑ WNL | | Appetite | | ☑ WNL |
| Facial Expression: | ☐ Angry ☐ Flat | ☐ Blunted ☐ Happy | ☐ Frightened ☐ Withdrawn | | ☑ WNL |
| Body Behavior: | ☐ Withdrawn ☐ Stiff | ☐ Overactive ☐ Tremor | ☐ Restless | | ☑ WNL |
| Speech: | ☐ Clear ☐ Slow | ☐ Excessive ☐ Stammer | ☐ Incoherent ☐ Slurred/Mumbled | ☐ Mute ☑ Understandable | ☐ Rapid ☑ WNL |
| Mood: | ☐ Anxious ☐ Euphoric | ☐ Cheerful ☐ Silly | ☐ Congruent ☐ Unconcerned | ☑ Depressed ☐ Dysphoric | ☐ WNL |
| Presenting Attitude: | ☐ Argumentative ☐ Helpless ☐ Passive | ☑ Cooperative ☐ Hostile ☐ Resistant | ☐ Demanding ☐ Intimidating ☐ Suspicious | ☐ Evasive ☐ Manipulative ☐ Threatening | ☐ Guarded ☐ WNL |

**OBJECTIVE**

| Perception Disturbances | ☐ None  *Stated A/H @ 54 yrs - Meds Control* |
|---|---|
| Thought Content (Delusions) | ☑ None |
| Current Suicidality | ☑ None noted or stated. |
| Current Violence Risk | ☑ None noted or stated. |
| Psychotropic Medications? | ☑ Yes    ☐ No    *Desperadone* |

**ASSESSMENT**

☐ No Mental Illness    ☑ Stable    ☐ Deteriorating    ☐ Partial Remission    ☐ Full Remission

*level III*
*16 → life - 5 yrs*

**PLAN**

☐ Continue GP    ☑ Continue Treatment Plan    ☑ Refer to Psychiatry    ☐ D/C MHDS

*Board date 2016*

Additional Comments:

*I'm not depression. No voice (meds control) Just would like to be put back in a Wellbutrin for depression. Got in fight in Cell + Yard E American Indian + was moved to HDSP according to I/M. Current Cellie OK and so far no problems E Custody*

GAF: *60*

☐ I/M's MH2 treatment plan to be developed in conjunction with IDTT.
☑ Next case manager contact to be on or before: *10/1*

Clinician Name/Title: *Killian W. PSW*
Signature: *W. Killian, PSW*

MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTES

MH 3 (4/12/00)
Confidential Client/Patient Information
See W&I Code, Section 5328

**LEVEL OF CARE:**
☐ GP
☑ CCCMS
☐ EOP
☐ Med Nec
☐ Inpatient
☑ Outpatient

**DENNISON, WILLIAM**
**T45105**
**FAB2T10000123U**

State of California, Department of Corrections    Institution: HDSP    Prior Page Number:

CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES:    All Staff, Clinicians, Treatment Teams

## CASE MANAGER ROUNDS

**DATE/TIME** 9/8/04   a_____ 1210   ☐ *Administrative Segregation*

### SUBJECTIVE
☐ No Symptoms   ☐ Decreased Symptoms   ☐ Mania   ☐ Depression   ☐ Mood Swings
☐ Auditory/Visual Hallucinations        ☐ Delusions
SLEEP: ☐ Normal   ☐ Disturbed   EAT: ☐ Normal   ☐ Disturbed
SUICIDAL IDEATIONS: ☐ Yes ☐ No   INTENT: ☐ Yes ☐ No   PLAN: ☐ Yes ☐ No
AGGRESSIVE BEHAVIOR: ☐ Verbal ☐ Physical (Observed by: ☐ C/O   ☐ MTA   ☐ LPT   ☐ Ph.D.

### OBJECTIVE
MENTAL STATUS: ☐ WNL   ☐ Symptoms Present
APPEARANCE: ☐ Appropriate   ☐ Unkempt        CELL: ☐ Appropriate   ☐ Unkempt
MOOD: ☐ Manic   ☐ Hostile   ☐ Depressed   ☐ Anxious   ☐ Withdrawn   ☐ WNL
AFFECT: ☐ Appropriate   ☐ Labile   ☐ Flat   ☐ Blunted   ☐ WNL
THOUGHT: ☐ Loose Associations   ☐ Slow   ☐ Illogical   ☐ Confused   ☐ Preoccupations
              ☐ Ideas of Reference   ☐ Racing Thoughts   ☐ Paranoid Ideations   ☐ WNL
ORIENTATION: ☐ Fully Oriented        Not Oriented to: ☐ Person ☐ Place ☐ Time

### ASSESSMENT
☐ Stable   ☐ Deteriorating   ☐ Partial Remission   ☐ Full Remission        GAF _____

### PLAN
☐ Continue Treatment Plan   ☐ Refer to Psychiatry   ☐ D/C Mental Health Services Delivery System

### COMMENTS:



Inmate gave permission for the clinician to speak to him at cell front        ☐

*Nolan, T., Staff Psychologist:* _____

| MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTES | LEVEL OF CARE | NAME: DENNISON, WILLIAM |
|---|---|---|
| CDC Form MH 3 [4/12/00] | CCCMS | CDC#: T45105 |
|  |  | HOUSING: FDB6T1000000121L |
| Confidential Client/Patient Information See W & I Code, Section 5328 |  | DOB: |
|  |  | AD SEG DATE: |
|  |  | PRIOR YARD: |

State of California                    Department of Corrections                    Salinas Valley State Prison

CCCMS EOP Ad Seg CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES All Staff, Clinicians

| Date: | Location: | Cell Front | Out of Cell | Other: |

**Date:** 8/09/04

**Time:** 0930

## Subjective:
Issues Discussed: Pt. discussed how he deals c̄ day-to-day life of being incarcerated — when was 24 y. was down 4 yrs. in NY — then out for 20 yrs. & came to Calif. in 2000 — was here ± 10 yos. when incarcerated again, this time for murder 2nd. Has now been down another 4 yrs. — however earliest release now is 2016. Discussed how meds. are working — I do & feels they are beneficial. Expressed how much more difficult it

## Objective:
would be trying to get through day-to-day minus the meds.

**Taking Medication:** (Yes) No N/A

**Disciplinary Problems:** Yes (No)

**Suicidal:** Yes (No)

**Mental Status:**

Appearance: Appropriate [✓]

Perceptual Disturbance: Denied [ ] AH's — well-controlled c̄ meds.

Thought Process: Appropriate [✓]

Thought Content: Appropriate [✓]

Mood: Euthymic

Affect: Appropriate [✓]

Behavior: Appropriate [✓]

## Assessment:
Pt. does better when accepts ooc's & attempted to illustrate this to pt. to good advantage.

## Plan/Education:
Discussed role of meds. in Tx (ooc's) Continue to follow, monitor, reinf. as approp.

**Signature:** J. J. Gardi, E.d. D., Clinical Psychologist

MENTAL HEALTH
INTERDISCIPLINARY PROGRESS NOTES
MH 3 (26 March 2001)
Confidential Client/Patient Information
See W & I Code, Section 5328

**LEVEL OF CARE:**
(CCCMS)
EOP
Ad Seg

Last Name: First Name: DENNISON, WILLIAM
Date:
Time: 1/04/56
DOB:
House:
CDC #: T45105

State of California        Department of Corrections        Salinas Valley State Prison        CCCMS/Ad Seg

CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES        All Staff, Clinicians, Treatment Teams

Weekly Clinical Monitoring

| Date: 08-04-2004 Time: 10⁰⁰ | Location: (Cell Front)  Out of Cell  Other: |
|---|---|

**S**

Issues Discussed:

Out of Cell Interview :    (Offered)    (Declined)    Indicated    "NO REASON TO SEE HIM"

Recent Stressors:    (None Reported)    Reported:    "I'M ALRIGHT... EVERYTHING'S

I/M's Perception of Psychological Condition:    (Stable)    Remitting    Deteriorating  FINE"

**O**

**Mental Status Exam:**

Appearance:    (Appropriate)    Other:

Hallucinations:    (None)    Auditory    Visual    Olfactory    Tactile
                        Content:

Thought Processes:  (Organized)  Disorganized  Derailment  Pressured
Thought Content:    (Appropriate)  Obsessions  Delusions  Phobias    Bizarre
                        Content:

Mood:    (Euthymic)    Angry    Anxious    Depressed    Other
Affect:    Animated    Reactive    (Flat)    Agitated
Comment:

**A**

**Suicide Evaluation:**
Ideation:    (Absent)    Present
Impulses:    (Absent)    Present
Intent:    (Absent)    Present
Potential:    (Minimal)    Mild    Moderate    Severe
Comment:

**Medication Review:**
Meds Prescribed:    Yes    (No)    I/M refusing psych meds
I/M's perception of effectiveness:    None    Partial  effect    Fully effective
Adverse Effects:    None
Comment:

**P**

**Summary and Plan:**
Remission    (Stable)    Deteriorating
Schedule:    Office interview    Psychiatry Referral
(Continue weekly monitoring)
Comment:

**E**

J.A. BOISVERT, M.A.                          J. Gardi, Ed. D.
CLINICAL PSYCHOLOGY INTERN    Clinical Psychologist

| MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTES | LEVEL OF CARE: | Last Name: DENNISON |
|---|---|---|
| | D1 | First Name: WILLIAM |
| MH 3 [26 March 2001] | Ad  Seg | Date: 08-04-2004 |
| | CCCMS | CDC # T45105    DOB: 01/04/1956 |
| Confidential Client/Patient Information See W & I Code, Section 5328 | | |

State of California          Department of Corrections          Salinas Valley State Prison
CCCMS  EOP  Ad Seg  CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES  All Staff, Clinicians

| Date: 7/26/04 | Location: _____  Cell Front  Out of Cell  Other: |
| Time: 0930 | |

## Subjective:
Issues Discussed: Pt. was worried that he wasn't getting Wellbutrin anymore — however he is still on it but did not understand what Buproprion was. No charge from incident on "B" yd. — went to ICC 7/8 & is being transferred to PVSP/HDSP. Getting on well c cellie. Also on risperdal + trazadone — sleep good, no s.i. Pt. endorsed for transfer to PVSP — discussed consequences of letter — Pt. pleased c this following "B" yd. incident. No change re: 115 etc.

## Objective:

Taking Medication:      (Yes)  No  N/A

Disciplinary Problems:   Yes  (No)

Suicidal:               Yes  (No)

Mental Status:

Appearance: Appropriate [✓]

Perceptual Disturbance: Denied [✓]

Thought Process: Appropriate [✓]

Thought Content: Appropriate [✓]

Mood: Slight agitation

Affect: Appropriate [ ]

Behavior: Appropriate [ ]

## Assessment:
Pt. relaxed sig. once told he was indeed still receiving Well. Pleased c transfer to another SP.

## Plan/Education:
Continue to follow/monitor.

Signature: _____   J. J. Gardi, Ed. D., Clinical Psychologist

| MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTES MH 3 (26 March 2001) Confidential Client/Patient Information See W & I Code, Section 5328 | LEVEL OF CARE: CCCMS EOP Ad Seg | Last Name: DENNISON, WILLIAM First Name: Date: Time: DOB: 1/4/56 House: CDC #: T 45105 |

| State of California | Department of Corrections | Salinas Valley State Prison | CCCMS/Ad Seg |
|---|---|---|---|

CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES: _All Staff, Clinicians, Treatment Teams._

| Clinical Monitoring | | Date: 1/23/04 | |
|---|---|---|---|
| Location: | Cell Front    Out of Cell | Housing: D1 - 2XT 105 | |

**SUBJECTIVE**

*I/m c/o meds. 3 wks ago took away his Wellbutrin & now gets Buproprie (?)*

**OBJECTIVE**

Presentation
- Appearance    (Adequate) Marginal  Needs Improvement
- Speech    Fast    (Clear/Intelligible)    Slow
- Cooperation    (Cooperative)  Hostile   Refused
- Sleep    (Good)  Fair    Poor
- Appetite    Good    Fair    Poor
- Energy    Good    Fair    Poor

Cognition
- Oriented    1    2    3    4
- Memory    Intact    Marginal    Impaired
- Organization    Well Organized    Adequate    Disorganized
- Reality Contact    Adequate    Marginal    OTL
- Insight    Adequate    Fair    Poor

Emotion
- Mood    WNL    (Depressed) (Irritated)  Anxious    Manic
- Affect    Restricted/Flat    Adequate    Expansive/Euphoric
- Hallucinations    Denies    Auditory    Visual    Tactile
- Delusions    Denies    Persecutory    Grandiose    Religiosity

*Feels dep'd. now Didn't feel dep. W/ Wellbutrin*

*Refer to P MD ✓*

**ASSESSMENT**

Medication Management
- Compliant    Yes    Sometimes    No
- Effectiveness    Yes    Sometimes    No
- Side Effects    Yes    Sometimes    No
- See Psychiatrist?    Yes    No

Violence Risk
- Suicidality    Denies    Ideation    Plan    Suicide Assessment
- Harm Others?    Denies    Ideation    Plan

Stress Management
- Current Stressors:
- Level of Stress    Low 1.......5.......10 High

Program Management
- Makes Use of Counseling    Good    Fair    Poor
- Relations w/ Cellie    Good    Fair    Poor    N/A
- Relations w/ Staff    Good    Fair    Poor

**Overall Presentation**    Improving    Stable    Declining

**PLAN**

Stabilize Mood  Reduce Stress  Reduce Psychotic Symptoms    *Continue Weekly Monitoring*
Refer: Psychiatrist  MD  IDTT

**EDUCATION**

Med Mgmt  Understanding Dx  Stress Mgmt
Substance Abuse/AA/NA    Anger Mgmt
Coping w/ Prison    Success on Parole

*E. Wantuch Pz.D.*
Elizabeth Wantuch, Psy.D.
Psychologist CA License PSY 18779

| MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTES | LEVEL OF CARE: | Name: |
|---|---|---|
| | Ad  Seg | Dennison, W. |
| MH 3 [9 January 2002] | CCCMS | CDC # T45105    DOB 1/04/56 |

Confidential Client/Patient Information
See W & I Code, Section 5328

State of California, Department of Corrections – Institution: ___SVSP_____     Prior Page Number : ___ ___

CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES: Psychiatric Technician Weekly Summary

Ψ : Psychology     Administrative Segregation/CCCMS

| | |
|---|---|
| **MONDAY** | CONTACT MADE: YES [✓] NO [ ]  CONTACT BY: R |
| 7/12/04 | PROBLEMS NOTED : 0 |
| **TUESDAY** | CONTACT MADE: YES [✓] NO [ ]  CONTACT BY: R |
| 7/13/04 | PROBLEMS NOTED : 0 |
| **WEDNESDAY** | CONTACT MADE: YES [✓] NO [ ]  CONTACT BY: R |
| 7/14/04 | PROBLEMS NOTED : 0 |
| **THURSDAY** | CONTACT MADE: YES [✓] NO [ ]  CONTACT BY: R |
| 7/15/04 | PROBLEMS NOTED : 0 |
| **FRIDAY** | CONTACT MADE: YES [✓] NO [ ]  CONTACT BY: R |
| 7/16/04 | PROBLEMS NOTED : 0 |
| **SATURDAY** | CONTACT MADE: YES [✓] NO [ ]  CONTACT BY: R |
| 7/17/04 | PROBLEMS NOTED : 0 |
| **SUNDAY** | CONTACT MADE: YES [✓] NO [ ]  CONTACT BY: R |
| 7/18/04 | PROBLEMS NOTED : 0 |

| Intl | Name/License | Signature | Intl | Name/License | Signature |
|---|---|---|---|---|---|
| ___ | A. Guyot LPT | _____ | R | K. Robinson LPT | *Kevin Robinson LPT* |
| ___ | B. Whitfield LVN | _____ | ___ | C. Turner LVN | _____ |

| MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTES | LEVEL OF CARE | Last, First Name DENNISON, WILLIAM |
|---|---|---|
| MH 3 [09/24/01] | [ ] GP | Housing: FDB1T2000000227U |
| Confidential Client/Patient Information See W & I Code, Section 5328 | [X] CCCMS [ ] EOP [ ] MHCB | CDC #: T45105          'JUL 2 6 2004 |
| | | DOB: 1/4/1956 |

State of California, Department of Corrections -- Institution: ___SVSP_____    Prior Page Number : ___ __

CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES: Psychiatric Technician Weekly Summary

| Ψ : Psychology    Administrative Segregation/CCCMS | |
|---|---|
| **MONDAY**<br><br>7/5/04 | **CONTACT MADE: YES [ / ] NO [ ] CONTACT BY:** K<br><br>**PROBLEMS NOTED :** 0 |
| **TUESDAY**<br><br>7/6/04 | **CONTACT MADE: YES [ / ] NO [ ] CONTACT BY:** K<br><br>**PROBLEMS NOTED :** 0 |
| **WEDNESDAY**<br><br>7/7/04 | **CONTACT MADE: YES [ / ] NO [ ] CONTACT BY:** K<br><br>**PROBLEMS NOTED :** 0 |
| **THURSDAY**<br><br>7/8/04 | **CONTACT MADE: YES [ / ] NO [ ] CONTACT BY:** K<br><br>**PROBLEMS NOTED :** 0 |
| **FRIDAY**<br><br>7/9/04 | **CONTACT MADE: YES [ / ] NO [ ] CONTACT BY:** K<br><br>**PROBLEMS NOTED :** 0 |
| **SATURDAY**<br><br>7/10/04 | **CONTACT MADE: YES [ / ] NO [ ] CONTACT BY:** K<br><br>**PROBLEMS NOTED :** 0 |
| **SUNDAY**<br><br>7/11/04 | **CONTACT MADE: YES [ / ] NO [ ] CONTACT BY:** K<br><br>**PROBLEMS NOTED :** 0 |

Intl    Name/License        Signature            Intl      Name/License      Signature

___ A. Guyot LPT _____      K. Robinson LPT  _Kevin R..._____

___ B. Whitfield LVN _____      ____C. Turner LVN _____

| MENTAL HEALTH<br>INTERDISCIPLINARY PROGRESS<br>NOTES<br><br>MH 3 [09/24/01]<br><br>Confidential Client/Patient Information<br>See W & I Code, Section 5328 | LEVEL OF<br>CARE<br><br>[ ] GP<br>[X] CCCMS<br>[ ] EOP<br>[ ] MHCB | Last, First Name<br>DENNISON, WILLIAM<br><br>Housing: FDB1T2000000227U<br><br>CDC #: T45105<br><br>DOB: 1/4/1956<br><br>JUL 2 6 2004 |

State of California, Department of Corrections -- Institution: ___SVSP_____    Prior Page Number : ___ __

CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES: Psychiatric Technician Weekly Summary

Ψ : Psychology    Administrative Segregation/CCCMS

| | |
|---|---|
| **MONDAY** 6/28/04 | **CONTACT MADE: YES [✓ NO [ ]  CONTACT BY:** R <br> **PROBLEMS NOTED :** Ø |
| **TUESDAY** 6/29/04 | **CONTACT MADE: YES [✓ NO [ ]  CONTACT BY:** R <br> **PROBLEMS NOTED :** O |
| **WEDNESDAY** 6/30/04 | **CONTACT MADE: YES [✓ NO [ ]  CONTACT BY:** R <br> **PROBLEMS NOTED :** O |
| **THURSDAY** 7/1/04 | **CONTACT MADE: YES [✓ NO [ ]  CONTACT BY:** R <br> **PROBLEMS NOTED :** O |
| **FRIDAY** 7/2/04 | **CONTACT MADE: YES [✓ NO [ ]  CONTACT BY:** R <br> **PROBLEMS NOTED :** O |
| **SATURDAY** 7/3/04 | **CONTACT MADE: YES [✓ NO [ ]  CONTACT BY:** R <br> **PROBLEMS NOTED :** O |
| **SUNDAY** 7/4/04 | **CONTACT MADE: YES [✓ NO [ ]  CONTACT BY:** R <br> **PROBLEMS NOTED :** O |

Intl    Name/License    Signature       Intl    Name/License    Signature

___ A. Guyot LPT _____    R K. Robinson LPT   *Kevin Robinson LPT*

___ B. Whitfield LVN _____    ___ C. Turner LVN _____

| MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTES <br><br> MH 3 [09/24/01] <br><br> Confidential Client/Patient Information See W & I Code, Section 5328 | LEVEL OF CARE <br><br> [ ] GP <br> [X] CCCMS <br> [ ] EOP <br> [ ] MHCB | Last, First Name <br> DENNISON, WILLIAM <br><br> Housing: FDB1T2000000227U <br><br> CDC #: T45105     JUL 2 6 2004 <br><br> DOB: 1/4/1956 |

State of California          Department of Corrections          Salinas Valley State Prison          CCCMS/Ad Seg

CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES:          All Staff, Clinicians, Treatment Teams.

**Clinical Monitoring**                                    Date: 7/13/04

| Location: | Cell Front | Out of Cell | Housing: D1-227 |

SUBJECTIVE          OK.

OBJECTIVE
    Presentation
- Appearance    Adequate   Marginal   Needs Improvement
- Speech    Fast   Clear/Intelligible    Slow
- Cooperation    Cooperative   Hostile   Refused
- Sleep    Good   Fair   Poor
- Appetite    Good   Fair   Poor
- Energy    Good   Fair   Poor

[ Dr. Rankin was there to see J/M. ]

Cognition
- Oriented    1   2   3   4
- Memory    Intact   Marginal   Impaired
- Organization    Well Organized   Adequate   Disorganized
- Reality Contact    Adequate   Marginal   OTL
- Insight    Adequate   Fair   Poor

Emotion
- Mood    WNL   Depressed   Irritated   Anxious   Manic
- Affect    Restricted/Flat   Adequate   Expansive/Euphoric
- Hallucinations    Denies   Auditory   Visual   Tactile
- Delusions    Denies   Persecutory   Grandiose   Religiosity

ASSESSMENT
    Medication Management
- Compliant    Yes   Sometimes   No
- Effectiveness    Yes   Sometimes   No
- Side Effects    Yes   Sometimes   No
- See Psychiatrist?    Yes   No

Violence Risk
- Suicidality    Denies   Ideation   Plan   Suicide Assessment
- Harm Others?    Denies   Ideation   Plan

Stress Management
- Current Stressors:
- Level of Stress    Low 1.......5.......10 High

Program Management
- Makes Use of Counseling    Good   Fair   Poor
- Relations w/ Cellie    Good   Fair   Poor   N/A
- Relations w/ Staff    Good   Fair   Poor

**Overall Presentation**    Improving   Stable   Declining

PLAN
    Stabilize Mood   Reduce Stress   Reduce Psychotic Symptoms
    Refer: Psychiatrist   MD   IDTT   Continue Weekly Monitoring

EDUCATION
    Med Mgmt   Understanding Dx   Stress Mgmt
    Substance Abuse/AA/NA    Anger Mgmt
    Coping w/ Prison    Success on Parole

Elizabeth Wantuch, Psy.D.
Psychologist CA License PSY 18779

| MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTES | LEVEL OF CARE: | Name: Dennison, William |
| MH 3 [9 January 2002] | Ad Seg / CCCMS | CDC # T45105    DOB 1/4/56 |

Confidential Client/Patient Information
See W & I Code. Section 5328

| DATE | TIME | |
|------|------|---|
| 7/13/04 | | AD SEG PBT — CCCMS |
| | (S) | Seen by Dr Exam 6/29/04. Was a Risperdol, but Dr Exam d/c via tiger. Wellbutrin continued. Trazodone dose cut in half. IM upset about med Δ. "It took me a year to get these meds just right + then a doc Δ's then p seeing me for 5 minutes." Begging to have original regimen reinstated. |
| | (O) | A +O, relaxed, engaged, linear/spon/pol, ∅ S,I/HI |
| | (A) | Schiz paranoid (by hx) |
| | (P) | As IM c/o p self-talking – AH's + del's re Devil since tiger ·CC Risperdol, will reinstate based on costs/benefits. Also Δ Seroquel back to 300/d, as more effective than 150/d for IM. Seems reasonable to me — RTC 90d — [signature] |

| NSTITUTION | PHYSICIAN | ROOM NO. | CDC NUMBER, NAME (LAST, FIRST, MI) |
|-----------|-----------|----------|-----------------------------------|
| SVSP | | | DENNISON T-45105 |

**PHYSICIAN'S PROGRESS NOTES**

DC 7230 (7/90)
ATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS

State of California, Department of Corrections -- Institution: _____     Prior Page Number : ___ ___

CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES:     All Staff, Clinicians, Treatment Teams.

| Date/Time | ICC Review |
|---|---|
| 7/8/04 | **Mental Health Treatment Review:** |
| | Aware of Treatment Plan? *Yes* |
| 1105 | Aware he can request Weekly Interview? *Yes* |
| | Aware of Diagnosis? *Yes* |
| | Aware of Medication Regimen? ✓ *no needs yet. Has (?)* |
| | *Rx - but needs to review w/ Ψ MD* |
| | **New Mental Health Problems** *∅* |
| | |
| | |
| | |
| | |
| | |
| | **Mental Status Exam:** |
| | Hallucinations *No* |
| | Delusions *No* |
| | Suicidal Ideation/Impulses/Intent *No* |
| | Mood/Affect *WNL* |
| | |
| | Comprehends ICC Proceedings? *Yes* |
| | |
| | |
| | *CCC-MS* |
| | *Pending transfer to P.V.* |
| | |
| | *Elizabeth Wantuch, Psy.D.* |
| | Elizabeth Wantuch, Psy.D. |
| | Clinical Psychologist, PSY 18779 |

| **MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTES** | LEVEL OF CARE | Last Name: First Name: *Dennison, W.* |
|---|---|---|
| **MH 3** [3/26/2001] | Ad Seg | DOB: Date: *T45105* |
| Confidential Client/Patient Information See W & I Code, Section 5328 | EOP (CCCMS) | CDC #: *1-4-56* |
| | | *D1-227* |

227

State of California        Department of Corrections        Salinas Valley State Prison        CCCMS/Ad. Seg

CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES:        All Staff, Clinicians, Treatment Teams.

Weekly Clinical Monitoring

Date: 7/8/04        Location: D1—227        (Cell Front)        Out of Cell        Other:

Time: 1240        Issues Discussed: *Meds*

**S**

Out of Cell Interview :        Offered        Declined        Indicated

Recent Stressors:        None Reported        Reported:

I/M's Perception of Psychological Condition:        Stable        Remitting        Deteriorating
Comment:

*Just saw in ICC. Told I/M I've already talked*
*to Kevin to get his meds.*

**O**

Mental Status Exam:
Appearance:        (Appropriate)        Other:

Hallucinations:        None        Auditory        Visual        Olfactory        Tactile
Content:

Thought Processes:        Organized        Disorganized        Derailment        Pressured
Thought Content:        Appropriate        Obsessions        Delusions        Phobias        Bizarre
Content:

Mood:        Euthymic        Angry        Anxious        Depressed        Other
Affect:        Animated        Reactive        Flat        Agitated
Comment:

**A**

Suicide Evaluation:
Ideation:        Absent        Present
Impulses:        Absent        Present
Intent:        Absent        Present
Potential:        Minimal        Mild        Moderate        Severe
Comment:

Medication Review:
Meds Prescribed:        Yes        No        I/M refusing psych meds
I/M's perception of effectiveness:        None        Partial effect        Fully effective
Adverse Effects:        None
Comment:

**P**

Summary and Plan:
Remission        Stable        Deteriorating
Schedule:        Office interview        Psychiatry Referral
Continue weekly monitoring
Comment:

**E**

*Referred to Kevin for meds dist.*        E. Wantuck Psy.D

E. WANTUCK, Psy.D

Clinical Psychologist

| MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTES | LEVEL OF CARE: | |
|---|---|---|
| MH 3 (26 March 2001) | (Ad  Seg) | Last Name: Dennison |
| | (CCCMS) | First Name: |
| Confidential Client/Patient Information See W & I Code. Section 5328 | | Date: DOB: CDC # T45105  1/4/65 |

CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES.   All Staff, Clinicians, Treatment Teams.

## Ad SEG   IDTT

**DATE AND TIME:**

7/7/04

7 ᵒᵒ
.ᵒᵒ

*Initial*

This inmate was reviewed at IDTT this date.  Committee members included: _____
Case manager: B. Cleary, Psy.D.
Senior Psychologist: J. Scaramozzino, Ph.D.
Psychiatrist:
Counselor:

*In Ad seg for physical altercation on Fac B.*

By team decision based on his symptoms and level of functioning, this inmate's MHSDS LOC is:

- [ ] **No Mental Health Services Needed:**
  Does not require the Mental Health Delivery System and no Mental Health services.
  His current placement is

- [x] **CCCMS Program:**
  Has a major mental illness requiring placement in the CCCMS Program.  He is
  accepted/continued in CCCMS on this date and will have an IDTT annually.

- [ ] **EOP:**
  Has a major mental illness requiring placement in EOP.  His next IDTT will be
  in 90 days.

- [ ] **MHCB:**
  Has a major mental illness requiring placement in the MHCB Program. His next
  IDTT will be:_____.

- [ ] **Medical Necessity:**
  Meets the requirement for Medical Necessity. Current placement is CCCMS and
  prescribing physician will monitor the inmate.

GAF:   61-70,  51-60,  41-50.    *65*    *Admitted  6/21/04.*

DX:

*298.9  Psychotic D/o NoS*

*48 y/o -*

SIGNATURES   *Dienesto CCTM*

PSYCHIATRIST   *H. Khin*

SENIOR PSYCHOLOGIST   *Scaramozzino*

PSYCHOLOGIST – CASE MANAGER   *Cleary, Psy D*

*P. P. Sacred,*

CORRECTIONAL OFFICER

*I/M informed of treatment options*
*and encouraged out of cell.*
*participation*

For the Team: B. CLEARY, PSY.D.
Signature, Name, Title

| MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTES: MH-3 (26 March 2001) Confidential Client/Patient Information See W&I Code: Section 5328 | LEVEL OF CARE: adseg: | Last Name: First name: Date: Time: DOB: CDC#: *Dennison* *T45105  1/4/56* |

State of California - Department of Corrections - Institution: SVSP     Prior Page Number:
CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES: All Staff, Clinicians, Treatment Teams.

| Date/Time | ICC Review/Mental Health Inmates LOC: (CCCMS) EOP MHCB DMH |
|---|---|
| 2004-07-01 | **Mental Health Treatment Review:** |
| | Admitted to Ad Seg:  18 Jun 04 |
| | Aware of Diagnosis/Symptoms?  "Depression" |
| | Aware of Treatment Plan?  Explained |
| | Attending scheduled CM interviews: Yes  No  If not, Why?:  Just placed in Ad Seg |
| | Aware of Medication Regimen  Yes |
| | Receiving prescribed meds regularly: (Yes)  No |
| | **New Mental Health Problems:** |
| | Out of Cell Interview: (Offered)  Requested  (Declined)     Clinically Indicated: Yes  (No) |
| | Adjustment to Ad Seg environment:  "I'm Fine" |
| | |
| | **Mental Status Exam:** |
| | Hallucinations  A-hallucinations of |
| | Delusions  Denied |
| | Suicidal Ideation/Impulses/Intent  Denied |
| | Mood/Affect  "I'm in A decent mood" |
| | |
| | **Staff Assistant:** |
| | Does the inmates mental illness impair his ability to comprehend the ICC roceedings sufficiently to require the |
| | assignment of a staff assistant? |
| | : Yes  (No)  Determination already made   I/M is EOP LOC in MHSDS, staff assistant required. |
| | |
| | Was I/M released from Ad Seg?  Yes  (No)   Yard released to: |
| | Barry Michael Balch, Ph. D., Clinical Psychologist |

MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTES

MH 3 (3/26/2001)

Confidential Client/Patient Information See W. & I Code, Section 5328

LEVEL OF CARE

Ad Seg

EOP/CCCMS

Last Name: DENNISON
First Name:
DOB:
Date: Thursday, July, 01, 2004
CDC #: T45105

State of California, Department of Correct    Institution: S.V.S.P.    Prior Page Number:

CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES:    All Staff, Clinicians, Treatment Teams.

| DATE AND TIME: | AdSeg CCCMS IDTT |
|---|---|

6/30/04
1030

This inmate was reviewed in AdSeg CCCMS IDTT this date. Committee members included:

    J. Scaramozzino, Ph.D.
    J. Gardi, Ph.D./Case Manager
    J. Brkich, M.D.
    B. Binkele, Counselor

By team decision based on his symptoms and level of functioning, this inmate's MHSDS LOC is:

☐  No Mental Health Services Needed:
    Does not require the Mental Health Delivery System and no Mental Health services.
    His current placement is G.P.

☒  CCCMS Program:
    Has a major mental illness requiring placement in the CCCMS Program. He is
    accepted/continued in CCCMS on this date and will have an IDTT every 90 days.

☐  EOP:
    Has a major mental illness requiring placement in EOP. His next IDTT will be
    in 90 days.

☐  MHCB:
    Has a major mental illness requiring placement in the MHCB Program. His next
    IDTT will be:_____

☐  Medical Necessity:
    Meets the requirement for Medical Necessity. Current placement is CCCMS and
    prescribing physician will monitor the inmate.

GAF: 65
DX: 298.9 (Psychotic Dis, Nos)

IDTT held prior to ICC

Refused to attend

INITIALLY
IN ASU:
6/21/04

For the Team:

J. Scaramozzino, Ph.D., Supervising Psychologist

J. Gardi, Ph.D., Clinical Psychologist /Case Manager

J. Brkich, M.D., Psychiatrist    RANKIN    HRankin

B. Binkele, Counselor

S. Woodard    CCII(A)

| MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTES MH-3 (1/30/01) Confidential Client/Patient Information: See W&I Codes Section 5328 | LEVEL OF CARE AdSeg, CCCMS | Last Name: DENNISON, WILLIAM First name: DOB: 1/04/56 CDC#: T45105 |
|---|---|---|

State of California    Department [ ]orrections    Salinas Valley State Pr[ ].[ ]  Ad Seg CCCMS Program
Additional Page and/or update page. Use with Assessments, Data Base, Treatment Plan[ ]
Add to Top as Update:  Original MH2                                    IDTT UPDATE FOR SVSP Ad Seg CCCMS

| **Date:** | CURRENT STATUS Pt. was transferred to ASU from "B" yd |
|---|---|
| 6/30/04 | on 6/21/04. Pt. was involved in a physical altercation resulting |
| **Time:** | in enemy concerns, — so is in ASU for safety issues. |
| 1030 | DIAGNOSIS: |

AXIS 1:    298.9 (Psychotic Dis., NOS)
AXIS 11:
AXIS 111:
GAF: 65

CURRENT COMPLIANCE WITH TREATMENT (INCLUDING MEDICATION COMPLIANCE).

Pt. did not accept initial 1:1 OOC opportunity.
Pt. has hx. of intermittent AH, sleep problems &
depressive Sx's. For most part, pt. remains
stable on his meds.
Presently is taking: Risperdal 1mg. BID — weaned off with
                     Wellbutrin SR 150mg TC in 10 days.
                     Trazodone 150mg q pm BID

CURRENT TREATMENT PLAN/GOALS:
— Continue to offer weekly 1:1 OOC opportunities.
— Stress/depression/anger mgmt.
— Increase coping skills.

IDTT SIGNATURES

Case Manager: J. Gardi, Ph.D.

Psychiatrist: J. ~~Brkich~~, M.D. Rankin

Counselor: ~~B. Binkele~~ Swofford

Senior Psychologist: J. Scaramozzino, Ph.D.

| MENTAL HEALTH ASSESSMENT | LEVEL OF CARE: | Last Name: DENNISON, WILLIAM |
|---|---|---|
| MENTAL HEALTH DATABASE | | First Name: |
| MH 1 [26 March 2001] | | DOB: |
| Addendum: Add-d-Page/Insert-a-Page | ADSEG | CDC #: 1/04/56 |
| Confidential Client/Patient Information | | T45/05 |
| See W & I Code, Section 5328 | CCCMS | |

State of California, Department of Corrections — Institution: _____    Prior Page Number : ____

CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES:    All Staff, Clinicians, Treatment Teams.

| Date/Time: | Use Name & Title Stamp. |
|---|---|
| 6-29-04 1300 | S — 14 yo WM c̄ hx of AH & depression. "Hears 'voices'... hearing whole family, like they were standing right in front of me — don't do this, don't do that, it was flipping me out." Hospitalized x̄ ± 72 hrs 1984 in Middletown, NY. No to outside prison. No significant AH in past few mos. notices that he finds himself "counting." |
| | ⊙ — A & O X 3, NAD. Clean, coherent, rational, euthymic (smiles & jokes sometimes), appropriate. Good eye contact, conversational, appropriate dress & grooming. |
| | A — Probable dysthymic D/o, MDD c̄ 4 features by hx |
| | P — ① Taper/dc Risperdal, ↓ Trazodone |
| | ② F/u 6 wks                          [signature] |

Page # ____

| MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTES MH 3 [3/21/96] Confidential Client/Patient Information: See W & I Code, Section 5328 | LEVEL OF CARE Inpatient Outpatient | Last Name:   First Name:   MI: DENNISON, Wm D1-227 CDC # T-49105   DOB 1-4-56 |

State of California         Department of Corrections         Salinas Valley State Prison         CCCMS:B Facility

CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES:         All Staff, Clinicians, Treatment Teams.

| | |
|---|---|
| **ID Information:** Age: 48   Race: Nat Amer   1st CDC Arrival: 1997  in AC?   2002   Points: 54   EPRD: 2016   DDP: NCF | |
| **Date:** 6/8/04  **Time:** 1311 | **Sleep:** (Good) Fair Poor    **Appetite:** (Good) Fair Poor    **Energy Level:** (Good) Fair Poor<br>**Taking Medications:** (Yes) No No Rx Intermittent Compliance    **Disciplinary Problems:** Yes (No)<br>**Medication Problem:** Yes (No) Not getting I/M requesting change    **Homicidal Ideation:** None noted or stated |

**Location:**
(B Clinic)
B Gym
Building

**S Issues Discussed:** "I try not to be down - the medication helps" Current 4 Rxs: Wellbutrin, Trazodone, & Risperdal. I/m reports getting along w/cellie well. Lockdown doesn't concern I/m & he says he's ok.

**O Mental Status:**

General Appearance: (WNL) Poorly Groomed Odor Apparent Disheveled Bizarre Effeminate

Eye Contact: (Appropriate) Averts gaze Minimal None Glaring/Intense

Speech: (WNL) Excessive Incoherent Mute Rapid Slow Stammer Slurred Disorganized Poverty

Behavior: (Cooperative) Dismissive Evasive Guarded Menacing Withdrawn Enraged Restless Silliness Agitated
Argumentative Passive Resistant Suspicious Intimidating

Mood: (Euthymic) Dysphoric Irritable Anxious Angry Elevated Expansive    Stated: "Ok"

Affect: (Appropriate) Inappropriate Flat Blunted Constricted Labile Sad Angry Anxious Elated

Thought Process: (WNL) Circumstantial Tangential Flight of Ideas Word Salad Slowed Blocking Loosening

Thought Content: (WNL) Compulsions Obsessions Ruminations Phobias Anxieties Distortions Exaggerations

Delusions: (WNL) Withdrawal Insertion Outside Control Paranoid Grandiose Erotic Religious

Perceptual Disturbance: (Denied) AH VH _____  1984 - hanging

Suicidal Ideation: (Absent) Present But No Plan Has Current Plan Recent Attempt History of Attempt Denied History

**A Assessment:** Stable - no acute decompensation or distress noted.

**P Plan/Education:** Awaiting sub abuse & liter groups. Sub abuse completed. Continue w/ current C3ms Tx plan.

**Signature:** _____ M. Williams, Ph.D., Clinical Psychologist    _____ K. Chase, M.A., Psychology Intern

| MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTES<br><br>MH 3 [October 5, 2001]<br><br>Confidential Client/Patient Information See W & I Code, Section 5328 | LEVEL OF CARE:<br><br>(CCCMS) | Last Name, First Name:<br><br>Dennison, William<br><br>CDC #: T45105   DOB: 1/4/56 |
|---|---|---|

JUN 1 6 2004

State of California, Department of Corrections — Institution: SVSP          Prior Page Number:

CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES    All Staff, Clinicians, Treatment Teams

| Date/Time Stamp | Use Name & Title |
|---|---|
| 4/20/04  0830 | 47 y.o. — no med side effects Doing well — "meds are just right" euthymic, affect slightly blunted no hall'ns delusion oriented articulate friendly imp — stable plan — rtn 3 mos renew meds. A Bayer md |

Page

MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTES

MH 3  [3/21/96]

Confidential Client/Patient Information
See W & I Code, Section 5328

LEVEL OF CARE
Inpatient
Outpatient

Last Name: Dennison, W.    First Name:    MI:

CDC # T45105   DOB 1-4-56

State of California    Department of Corrections    Salinas Valley State Prison              CCCMS

CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES:        All Staff, Clinicians, Treatment Teams.

| Date: 3/17/04 | |
|---|---|
| Time: | ID Information:    Age: 48   Race: Ind/W   1st CDC Arrival: 2003   Points: 58   EPRD: 2017   DDP: |

| Location: | Sleep: Good ☐ Fair ☒ Poor ☐    Appetite: Good ☒ Fair ☐ Poor ☐    Energy Level: Good ☒ Fair ☐ Poor ☐ |
|---|---|
| B Clinic ☒ | Taking Medications: Yes ☒ No ☐ N/A ☐ Disciplinary Problems: Yes ☐ No ☐ |
| A Hobby ☐ | Current Suicidality: None noted or stated ☒    Homicidal ☒ None stated/denied |
| AH/U ☐ | Medication Problem: Yes ☐ No ☒ Not getting ☐ Not noted by MTA ☐ I/M requesting change ☐ |

| S | Issues Discussed: h meds working good fine. Keeps me somewhat balanced. Less depressed than used to be.~ |
|---|---|

| O | Mental Status:

General Appearance: WNL ☒ Poorly Groomed ☐ Disheveled ☐ Bizarre ☐ Effeminate ☐ Other_____

Facial Expression: WNL ☒ Angry ☐ Flat ☐ Blunt ☐ Happy ☐ Frightened ☐ Withdrawn ☐

Eye Contact: Appropriate ☒ Averts gaze ☐ Minimal ☐ None ☐ Glaring/Intense ☐

Speech: Understandable ☒ Clear ☐ Excessive ☐ Incoherent ☐ Mute ☐ Rapid ☐ Slow ☐ Stammer ☐
Slurred ☐ Disorganized ☐ Poverty ☐

Behavior: Cooperative ☒ Dismissive ☐ Evasive ☐ Guarded ☐ Withdrawn ☐ Enraged ☐ Restless ☐
Silly ☐ Agitated ☐

Presenting Attitude: WNL ☒ Argumentative ☐ Passive ☐ Resistant ☐ Suspicious ☐ Evasive ☐ Guarded ☐

Mood: Appropriate ☒ Euthymic ☐ Irritable ☐ Anxious ☐ Angry ☐ Euthymic ☐ Elevated ☐ Expansive ☐

Affect: Appropriate ☒ Inappropriate ☐ Blunted ☐ Flat ☐ Constricted ☐ Labile ☐ Sad ☐ Angry ☐

Thought Process: WNL ☒ Circumstantial ☐ Tangential ☐ Flight of Ideas ☐ Word Salad ☐ Slowed ☐
Blocking ☐ Loosening ☐

Thought Content: WNL ☒ Compulsions ☐ Obsessions ☐ Ruminations ☐ Phobias ☐ Anxieties ☐
Distortions ☐ Exaggerations ☐ Delusions (withdrawal insertion outside control) ☐

Perceptual Disturbance: Denied ☒ AH (command ☐ familiar ☐ unfamiliar ☐ threatening ☐ conversing ☐ ) VH ☐

Suicidal Ideation: Denied ☒ Present But No Plan ☐ Has Current Plan ☐ Recent Attempt ☐ Hx of Attempt ☐ |
|---|---|

| A | Assessment: I/M appeared stable at this time. Reported no psyc sxs/ problems, meds work well. Denied AH/VH/SI/HI. |
|---|---|

| P | Plan: Q90d PRN |
|---|---|
| E | Education: Waiting WA for group |

| | Signature: _____ Ph.D.        A. Schenley, Ph.D., Clinical Psychologist |
|---|---|

| MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTES

MH 3 [March, 4, 2004]

Confidential Client/Patient Information
See W & I Code, Section 5328 | LEVEL OF CARE:

CCCMS | Last Name: DENNISON,

CDC #: T45105 | First Name: William

DOB: 1/4/56 |
|---|---|---|---|

State of California

**Department of Corrections**

Institution: Salinas Valley State Prison (SVSP)

**GROUP NAME:**    B-YARD SUBSTANCE ABUSE GROUP THERAPY        Month:  December        Year:  2003

Chronological Weekly Progress Notes: (Check appropriate descriptor)        TERMINATION GROUP THERAPY APPOINTMENT

| | | | CCCMS Treatment Program | | |
|---|---|---|---|---|---|
| Date, Time Case Manager | Group Attendance | Participation Quality | Cognitive Quality | Mood Quality | Functional Quality |
| Date:  12 / 19 /03  Time:  1 : 30  Signature:  *M. Williams*  M. Williams, Ph.D. | <u>Patient Not Attend</u> ☐ Refused ☐ Isolated Lock Dn ☐ Not Released ☐ Other <u>Group Cancelled</u> ☐ Yard Lock Down ☐ Staff Ill or N/A ☐ Other | ☒ Active ☐ Minimal ☐ None ☐ Disruptive ☐ Late ☐ Left Early | <u>Satisfactory</u> ☒ WNLs ☐ Unable to assess <u>Unsatisfactory</u> ☐ Disorganized ☐ Confused ☐ Tangential ☐ Circumstantial ☐ Hallucinations ☐ Delusions ☐ Not oriented | <u>Mood</u> ☒ Euthymic ☐ Labile ☐ Agitated ☐ Anxious ☐ Manic <u>Emotional States</u> ☒ Relaxed ☐ Hostile ☐ Frustrated ☐ Guarded | <u>Judgement</u> ☒ WNLs ☐ Fair ☐ Poor <u>Insight</u> ☒ WNLs ☐ Fair ☐ Poor |
| Last Session of this group therapy. Termination processed on 12-19-03 | | | | | |

| MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTES MH 3 (4/99) Confidential Client/Patient Information See W & I Code, Section 5328 | LEVEL OF CARE CCCMS Outpatient | Dennison,        William  CDC# T45105     DOB:1-4-56 |
|---|---|---|

JAN 2 1 2004

...e of California     Department of Corrections     Salinas Valley State Prison     CCCMS:B

Facility CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES:     All Staff, Clinicians, Treatment Teams.

| | |
|---|---|
| **Date:** 12-22-0_ **Time:** 1010 | ID Information: Age: 47 Race: AMF/__ 1st CDC Arrival: 3-11-02 Points: 58 EPRD: Life DDP: NC_ |
| | Sleep: Good (Fair) Poor     Appetite: (Good) Fair Poor     Energy Level: (Good) Fair Poor |
| | Taking Medications: (Yes) No No Rx Intermittent Compliance     Disciplinary Problems: Yes (No) |
| | Medication Problem: Yes (No) Not getting I/M requesting change     Homicidal Ideation: (None noted) or stated |

**Location:**
(B Clinic)
B Gym
Building

**S** Issues Discussed:   Inm seen for cm 90 day session.
"Cl toss + turn for ½ an hour trying to get to sleep" "then d toss + turn all night"

**O** Mental Status:

General Appearance (WNL) Poorly Groomed Odor Apparent Disheveled Bizarre Effeminate

Eye Contact (Appropriate) Averts gaze Minimal None Glaring/Intense

Speech: (WNL) Excessive Incoherent Mute Rapid Slow Stammer Slurred Disorganized Poverty

Behavior: (Cooperative) Dismissive Evasive Guarded Menacing Withdrawn Enraged Restless Silliness Agitated
Argumentative Passive Resistant Suspicious Intimidating

Mood: (Euthymic) Dysphoric Irritable Anxious Angry Elevated Expansive     Stated: "doing alright"

Affect: (Appropriate) Inappropriate Flat Blunted Constricted Labile Sad Angry Anxious Elated

Thought Process: (WNL) Circumstantial Tangential Flight of Ideas Word Salad Slowed Blocking Loosening

Thought Content: (WNL) Compulsions Obsessions Ruminations Phobias Anxieties Distortions Exaggerations

Delusions: (WNL) Withdrawal Insertion Outside Control Paranoid Grandiose Erotic Religious

Perceptual Disturbance: (Denied) AH VH ____

Suicidal Ideation: (Absent) Present But No Plan Has Current Plan Recent Attempt (History of Attempt)

**A** Assessment:   Stable. No evidence of acute distress or decompensation.

**P** Plan:   On wait list for lifer's group @ Continue current tx plan.

**E** Education of the Patient:   N/A

Signature:   ____   M. Williams, Ph.D.   Clinical Psychologist

| MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTES MH 3 [October 5, 2001] Confidential Client/Patient Information See W & I Code, Section 5328 | LEVEL OF CARE: (CCCMS) | Last Name: Dennison, William CDC #: T45105 | First Name: DOB: 1-4-56 |
|---|---|---|---|

State of California, Department of Corrections – Institution: SVSP

Prior Page Number

CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES    All Staff, Clinicians, Treatment Teams

| Date/Time Stamp | Use Name & Title |
|---|---|
| 10.7.03<br>1010 | Patient was seen recently during IDTT by Dr Johnson that change the Wellbutrin at pt's request. However the patient doesn't benefit from the regular Wellbutrin as well as from the slow release form. He is somewhat more agitated and depressed ⊖ si/HI. ⊖ psychosis<br>A  MDD with 4 features by hx<br>P  Resume Wellbutrin SR<br>E  Discussed issues about substance abuse. Patient states he wasn't and abuser jus an occasional uses<br><br>*[signature]*<br>LILLIAN LUSTMAN MD<br>STAFF PSYCHIATRIST |
| 4 Dec 03<br>0945 | Very anxious, exaggerating, worried about about stoppage of Wellbutrin 2 days. Very insistent on renewal of Wellbutrin "It's the only one that works"<br>all that sounds like an anxiety ridden drug addict what he denies<br>Renew.  Wellbutrin  150 SR<br>        Risperdal  1/2 mg<br>        Trazodone  300<br>    RTC 12 weeks<br>Dx Deferred.<br>E  Concern about drug addiction.<br>disc.  *[signature]* H G Petty MD<br>PREEL |

Page ____

MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTES

MH 3 [3/21/96]

Confidential Client/Patient Information
See W & I Code, Section 5328

LEVEL OF CARE
Inpatient
Outpatient

Last Name: Dennison    First Name: William    MI:

CDC # T45105  DOB 1.4.56

| | |
|---|---|
| State of California, Department of Corrections – Institution: SVSP | Prior Page Number: |

**CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES:** All Staff, Clinicians, Treatment Teams

| Date/Time | |
|---|---|
| 10-1-03 1346 | ## I.D.T.T. MEETING |
| | This inmate was reviewed in I.D.T.T. on this date. Committee members include: |
| | M. Williams, Ph.D.  K. Chase, M.A.  Lustman, M.D.  Hager, CCI |
| | Clinical Psychologist  Psych Intern  Psychiatrist  CCI. |
| | |
| | By team decision, based on his symptoms and level of functioning, this inmate: |
| | ( ) **NO Mental Health Services Needed**: does not require the Mental Health Delivery System And requires no Mental services. His current placement is GP. |
| | (X) **CCCMS Program**: has a major mental illness requiring placement in the CCCMS program. He is accepted/continued in CCCMS on this date and will have an IDTT annually. |
| | ( ) **EOP**: has a major illness requiring placement in EOP on this date. His next IDTT will be In: |
| | ( ) **MHCBU**: has a major mental illness requiring placement in the MHCBU Program. His next IDTT will be: |
| | ( ) **Medical Necessity**: meets the requirement for Medical Necessity. Current placement is CCCMS and prescribing physician will monitor the inmate. |
| | |
| | |
| | |
| | |
| | |
| | |

| MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTES MH 3 (4/99) Confidential Client/Patient Information See W & I Code, Section 5328 | LEVEL OF CARE CCCMS  Outpatient | Last Name,    First Name    MI  Dennison, William  CDC# T45105  DOB 1-4-56  OCT 0 3 2003 |

State of California        Department of Corrections        Salinas Valley State Prison        CCCMS:B

Facility CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES:        All Staff, Clinicians, Treatment Teams.

ID Information: Age: 47  Race: _____ 1st CDC Arrival: 2002  Points: 56 ?  EPRD: Life  DDP/___

**Date:** 9-25-03

**Time:** 1110

Sleep: (Good) Fair Poor        Appetite: (Good) Fair Poor        Energy Level (Good) Fair Poor

Taking Medications: (Yes) No    No Rx    Intermittent Compliance        Disciplinary Problems: Yes (No)

Medication Problem: Yes  No  Not getting  (IM requesting change)    Homicidal Ideation: (None noted or stated)

**Location:**
(B Clinic)
B Gym
Building

**S** Issues Discussed: "I want to change the meds back—my Stomach burns" "I have a girl" "I can't get to group"

**O** Mental Status:

General Appearance: (WNL)  Poorly Groomed  Odor Apparent  Disheveled  Bizarre  Effeminate

Eye Contact: (Appropriate)  Averts gaze  Minimal  None  Glaring/Intense

Speech: (WNL)  Excessive  Incoherent  Mute  Rapid  Slow  Stammer  Slurred  Disorganized  Poverty

Behavior: (Cooperative)  Dismissive  Evasive  Guarded  Menacing  Withdrawn  Enraged  Restless  Silliness  Agitated
Argumentative  Passive  Resistant  Suspicious  Intimidating

Mood: (Euthymic)  Dysphoric  Irritable  Anxious  Angry  Elevated  Expansive    Stated: "everythings fine"

Affect: (Appropriate)  Inappropriate  Flat  Blunted  Constricted  Labile  Sad  Angry  Anxious  Elated

Thought Process: (WNL)  Circumstantial  Tangential  Flight of Ideas  Word Salad  Slowed  Blocking  Loosening

Thought Content: (WNL)  Compulsions  Obsessions  Ruminations  Phobias  Anxieties  Distortions  Exaggerations

Delusions: (WNL)  Withdrawal  Insertion  Outside Control  Paranoid  Grandiose  Erotic  Religious

Perceptual Disturbance: (Denied)  AH  VH  _____

Suicidal Ideation: (Absent)  Present But No Plan  Has Current Plan  Recent Attempt  (History of Attempt)  Denied History

**A** Assessment: Medical MDD w/ psychosis, Psychosis NOS, CPS in remission, Schizoaffect D/o Bipolar, Etoh Abuse, Cocaine Abuse

**P** Plan: ① Enrolled in substance abuse group ② Present before IDTT

**E** Education of the Patient: Discussed the purpose of IDTT.

Signature: _____
M. Williams, Ph.D., Clinical Psychologist        K. Chase, M.A., Psych Intern

| MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTES | LEVEL OF CARE: | Last Name: | First Name: |
|---|---|---|---|
| MH 3 [October 5, 2001] | (CCCMS) | Dennison, CDC #: T45105 | William DOB: 1-4-56 |
| Confidential Client/Patient Information See W & I Code, Section 5328 | | | |

OCT 03 2003

State of California, Department of Corrections — Institution: _____    Prior Page Number : ___ ___

CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES:    All Staff, Clinicians, Treatment Teams.

| Date/Time | Use Name & Title Stamp. |
|---|---|
| 9.15.03 0900 | Here for meds renewal. Doing well. No side effects from meds |
| | Mood euthymic Affect broad ⊖s1/H1 |
| | Thought process is linear & 4 sx's |
| | A MDD with psychotic sx's by hx in remission |
| | P Cont present meds |
| | E How to enroll in Lifer's group |
| | ~~Trista~~ **LILLIAN LUSTMAN MD** **STAFF PSYCHIATRIST** |
| 10-1-03 | Psychiatry |
| | Patient requested to restart lower dosage of wellbutrin — C/o "stomach" |
| | ~~Tremas~~ # SR 200, B.O. |
| | — Will reduce to 150 B10 |
| | Otherwise stable /W Johnson |
| | Page # |

MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTES

MH 3 [3/21/96]

Confidential Client/Patient Information See W & I Code, Section 5328

| LEVEL OF CARE | Last Name: Dennison | First Name: William | MI: |
|---|---|---|---|
| Inpatient | CDC # T-45105 | DOB 1,4,56 | |
| Outpatient | | | |

State of California    Department of Corrections    Salinas Valley State Prison    CCCMS/Ad Seg:

**CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES:**    All Staff, Clinicians, Treatment Teams.

ID Information:  Age: 47  Race: AM1/IND 1st  CDC Arrival: 3-11-02  Points: 56  EPRD: life  DDP: NC1

Date: 7-14-02

Time: 1300

Sleep: (Good) Fair Poor    Appetite: (Good) Fair Poor    Energy Level: (Good) Fair Poor

Taking Medications: (Yes) No  No Rx    Disciplinary Problems: Yes (No)    Homicidal Ideation: (None noted or stated)

Medication Problem: Yes (No)  Not getting    I/M requesting change    Intermittent Compliance

Location: (B Clinic)  B Gym  Building

Issues Discussed: I/m seen due to I/m request. "I get my meds now"

Mental Status: — I/m is from NY Catskills

General Appearance: (WNL) Poorly Groomed  Odor Apparent  Disheveled  Bizarre  Effeminate

Eye Contact: (Appropriate)  Averts gaze  Minimal  None  Glaring/Intense

Speech: (WNL)  Excessive  Incoherent  Mute  Rapid  Slow  Stammer  Slurred  Disorganized  Poverty

Behavior: (Cooperative)  Dismissive  Evasive  Guarded  Menacing  Withdrawn  Enraged  Restless  Silliness  Agitated
Argumentative  Passive  Resistant  Suspicious  Intimidating

Mood: (Euthymic)  Dysphoric  Irritable  Anxious  Angry  Elevated  Expansive    Stated: "I'm alright"

Affect: (Appropriate)  Inappropriate  Flat  Blunted  Constricted  Labile  Sad  Angry  Anxious  Elated

Thought Process: (WNL)  Circumstantial  Tangential  Flight of Ideas  Word Salad  Slowed  Blocking  Loosening

Thought Content: (WNL)  Compulsions  Obsessions  Ruminations  Phobias  Anxieties  Distortions  Exaggerations

Delusions: (WNL)  Withdrawal  Insertion  Outside Control  Paranoid  Grandiose  Erotic  Religious

Perceptual Disturbance: Denied  AH  VH _____  in the 80's I used to hang myself

Suicidal Ideation: (Absent)  Present But No Plan  Has Current Plan  Recent Attempt  (History of Attempt)

Assessment: Stable - No evidence of MMI.

Plan: ① Continue current tx plan  ② Enrolled in Sub abuse group.

Signature: (  )
M. Williams, Ph.D.
Clinical Psychologist, CF

| MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTES | LEVEL OF CARE: | Last Name: Dennison | First Name: William |
|---|---|---|---|
| MH 3 [October 5, 2001] | CCCMS | CDC #: T45105 | DOB: 1-4-56 |
| Confidential Client/Patient Information See W & I Code, Section 5328 | Outpatient | | |

RECD JUL 15 2003

State of California, Department of Corrections – Institution: SVSP          Prior Page Number:

CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES:  All Staff, Clinicians, Treatment Teams

| Date/Time | No show for CCM 1:1 contact session per priority ducat.  He will be |
|---|---|
| 9/5 | reducated when CCM session available. Reason for No Show: |
| 7-8-03 | Refused |
| | 1st Watch Status |
| | Already Seen |
| | Clinician Not Available |
| | Cancelled by: |
| | Cell Searches |
| | Custody Ref to Bring |
| | Custody Ref to Release |
| | Moved |
| | Did not come – Unknown |
| | Discharged |
| | Double Ducated |
| | Emergency on Yard |
| | Emergency Count |
| | Excused |
| | Out on Yard |
| | Clinician Called to UCC/ICC |
| | Clinician Called to Crisis Call |
| | Clinician Out to Training/Required Meeting |
| | |
| | |
| | M. Williams, Ph.D. |
| | Clinical Psychologist |

| MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTES MH 3 (4/99) Confidential Client/Patient Information See W & I Code, Section 5328 | LEVEL OF CARE Outpatient | Last Name          First Name Dennison, William CDC# T45105  DOB |
|---|---|---|

RECD JUL 11 2003

State of California, Department of Corrections – Institution: SVSP          Prior Page Number:

CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES: All Staff, Clinicians, Treatment Teams

| Date/Time | |
|---|---|
| 4-29-03 1120 | **U.C.C.** |
| | Inmate-patient was seen by the institutional classification committee for review on this date for the purpose of:     initial  /  annual  /  disciplinary  /  other. |
| | |
| | Primary concerns included the following: 3cm8  298.30 |
| | Past Psych History: Schizophrenia |
| | Psych meds: Yes |
| | Suicidal or Homicidal Ideation or intent: No SI or HI |
| | ideation or intent   no SI☺ unr, stable, |
| | Course of action taken: Double cell approved |
| | soc. w/L |
| | |
| | |
| | |
| | |
| | |
| | _D. Hamlin, Ph.D._ |
| | Clinical Psychologist |

| MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTES MH 3 (4/99) Confidential Client/Patient Information See W & I Code, Section 5328 | LEVEL OF CARE  Outpatient | Last Name: DENNISON  First Name: William  CDC# T45105  DOB: 1-4-56 |
|---|---|---|

REC'D MAY 0 1 2003

State of California, Department of Corrections – Institution: _____    Prior Page Number : _____

CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES:    All Staff, Clinicians, Treatment Teams.

| Date/Time: | Use Name & Title Stamp. |
|---|---|
| 6·26·03 1025 | Patient here for meds renewal. Doing ok. Client would like to P Wellbutrin because his depression responds well to it. No side effects fron medication. Mood euthymic, affect broad ⊖ SI/HI. Thought process is linear s̄ psychotic features. MDD with ⊕ features in remission. Advised to keep taking meds on regular basis. *Lustic* LILLIAN LUSTMAN MD STAFF PSYCHIATRIST |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | Page # _____ |

| MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTES MH 3 [3/21/96] Confidential Client/Patient Information See W & I Code, Section 5328 | LEVEL OF CARE Inpatient Outpatient | Last Name: Dennison    First Name: William    MI: CDC # T-45105  DOB 1/4/52 |

State of California, Department of Corrections — Institution: _____    Prior Page Number : _____

CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES:    All Staff, Clinicians, Treatment Teams.

| Date/Time: | Use Name & Title Stamp. |
|---|---|
| 4.10.03 | Here for meds renewal. Doing very well. Good |
| 0940 | sleep/appetite. No side effects from meds |
| | Mood euthymic, affect broad. ⊘ SI/HI - attempted |
| | in 84 by hanging. Thought process is linear |
| | $\bar{s}$ psychotic sxs. |
| | T MDD with psychotic features |
| | P Cont present meds. |
| | E Discussed mental disease - heredity (very strong |
| | fam hx of mental dis. |
| | [signature]     LILLIAN LUSTMAN MD STAFF PSYCHIATRIST |
| 4.24.04 | Dictated by mistake - however the patient |
| 0950 | c/o of voices that he thought were his thoughts |
| | but sometimes he attributes to "devils" |
| | In addition he thinks that Trazodone |
| | dose has been ↓ however the pharmacy |
| | states that he is getting 2 x 150mg (before |
| | was 3 x 100.) |
| | No other c/o about meds side effects - |
| | A No change in dx |
| | P ↑ Risperdal to 1 + 2 |
| | E Discussed indication for ↑ in Risperdal |
| | [signature]     LILLIAN LUSTMAN MD STAFF PSYCHIATRIST     Page # _____ |

| MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTES MH 3 [3/21/96] Confidential Client/Patient Information See W & I Code, Section 5328 | LEVEL OF CARE Inpatient Outpatient | Last Name: Dennison    First Name: William    MI: CDC # T.45105  DOB __/__/__ |

State of California      Department of Corrections      Salinas Valley State Prison      CCCMS:B

Facility CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES:      All Staff, Clinicians, Treatment Teams.

ID Information: Age: 47  Race: (Cau)  1st CDC Arrival: 9-2002  Points: 56  EPRD: 2017  DDP:

**Date:** 3-5-03  11:17  **Time:**

Sleep (Good) Fair Poor          Appetite Good Fair Poor          Energy Level: Good (Fair) Poor

Taking Medications: (Yes) No  No Rx    Disciplinary Problems: Yes (No)  Homicidal Ideation: (None) noted or stated

Medication Problem: Yes  No  Not getting  I/M requesting change  Intermittent Compliance

**Location:**
(B Clinic)
B Hobby

**S** Issues Discussed: I/m stable

→ cellie – ok

**O** Mental Status:

General Appearance: (WNL) Poorly Groomed  Odor Apparent  Disheveled  Bizarre  Effeminate

Eye Contact: (Appropriate) Averts gaze  Minimal  None  Glaring/Intense

Speech: (WNL) Excessive  Incoherent  Mute  Rapid  Slow  Stammer  Slurred  Disorganized  Poverty

Behavior: (Cooperative) Dismissive  Evasive  Guarded  Menacing  Withdrawn  Enraged  Restless  Silliness  Agitated
          Argumentative  Passive  Resistant  Suspicious  Intimidating

Mood: (Euthymic) Dysphoric  Irritable  Anxious  Angry  Elevated  Expansive.  Stated:

Affect: (Appropriate) Inappropriate  Flat  Blunted  Constricted  Labile  Sad  Angry  Anxious  Elated

Thought Process: (WNL) Circumstantial  Tangential  Flight of Ideas  Word Salad  Slowed  Blocking  Loosening

Thought Content: (WNL) Compulsions  Obsessions  Ruminations  Phobias  Anxieties  Distortions  Exaggerations

Delusions: (WNL) Withdrawal  Insertion  Outside Control  Paranoid  Grandiose  Erotic  Religious

Perceptual Disturbance: (Denied) AH  VH _____

Suicidal Ideation: (Absent) Present But No Plan  Has Current Plan  Recent Attempt  History of Attempt

**A** Assessment: I/m stable

**P** Plan: See in 90 days + PRN I/m request

**E** Education of the Patient: Explained I/m's system

Signature: D. Hamlin, PhD    D. Hamlin, Ph.D.   Clinical Psychologist

| MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTES | LEVEL OF CARE: | Last Name: DENNISON |
|---|---|---|
| MH 3 [October 5, 2001] | (CCCMS) | First Name: William        MAR 07 2003 |
| Confidential Client/Patient Information See W & I Code, Section 5328 | | CDC #: T45105    DOB: 1-4-56 |

**CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES** • All Staff, Clinicians, Treatment Teams

| Date/Time: | (S) | Use Name & Title Stamp. |
|---|---|---|
| 1.27.03 1000 | Patient here for meds renewal. Doing well on meds. Some difficulty sleeping. No side effects fair meds. Feels stressed because long lock down. | |

(O) Mood and affect are dysphoric. ⊖ SI / HI – (attempted in 93). Thought process is linear

(±) AH no other psychotic Sx's.

(A) Psychosis NOS.

   Cocaine abuse

(P) ↑ Trazodone –

(E) Discussed side effects of trazodone –

                              Christie  LUSTMAN

Page # _____

MENTAL HEALTH
INTERDISCIPLINARY PROGRESS NOTES
MH 3 12/96

Confidential Client/Patient Information
See W&I Code Section 5328

| LEVEL OF CARE | Last Name: | First Name: | MI: |
|---|---|---|---|
| | DENNISON | WILLIAM | |
| Inpatient | | | |
| Outpatient | CDC# T.45105 | DOB 1.14.56 | |

CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES — All Staff Clinicians Treatment Teams

| Date/Time: | | Use Name & Title Stamp. |
|---|---|---|
| 11.7.02 1015 | New arrival. 46 yo states that he had 2 episodes of "break down" — The first one in 1983 when he was in jail for 2nd degree assault. Then in 90. had a second episode during which he was agitated, delusional and paranoid for several days and at the end he killed his wife — Some cocaine use — but denies being on drugs at the time — ⊕ fam hx. for schizophrenia — The last episode lasted about 2 ms and has been in remission since — House painter — 6 children. Has been with present wife (second) ∼ 20 yrs Mood and affect all euthymic. ⊖ SI/HI — tried in 83 by hanging (under psychosis) Thought process is linear — occ. hears voices but not as severe as during the ~~first~~ episode. sometimes VH. In fact states that he was always been able to see "things on the wall" but lately they are scary things. ⊕ delusions at present ⊕ paranoia (very severe during the episodes). No c/o about meds and effect. Paranoid schizophrenia — in remission Cont. present meds | |
| | *(signature)* LILLIAN FUSTMAN, M.D. STAFF PSYCHIATRIST | |
| | | Page # _____ |

MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTES MH 3 (01/00) Confidential Client/Patient Information W&I Code - Section 5328

| LEVEL OF CARE | Last Name: Dennison | First Name: William | MI: |
|---|---|---|---|
| Inpatient | | | |
| Outpatient | CDC # T-45105 | DOB 1/4/56 | |

State of California, Department of Corrections – Institution: SVSP          Prior Page Number:

CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES: All Staff, Clinicians, Treatment Teams

| Date/Time | |
|---|---|
| 10/30/02 1302 | **I.D.T.T. MEETING** |
| | This inmate was reviewed in I.D.T.T. on this date. Committee members include: |
| | M. Tomeo, Ph.D. |
| | Clinical Psychologist          Psychiatrist          CCI |
| | By team decision, based on his symptoms and level of functioning, this inmate: |
| | ( ) **NO Mental Health Services Needed**: does not require the Mental Health Delivery System And requires no Mental services. His current placement is GP. |
| | (X) **CCCMS Program**: has a major mental illness requiring placement in the CCCMS program. He is accepted/continued in CCCMS on this date and will have an IDTT annually. |
| | ( ) **EOP**: has a major illness requiring placement in EOP on this date. His next IDTT will be In: |
| | ( ) **MHCBU**: has a major mental illness requiring placement in the MHCBU Program. His next IDTT will be: |
| | ( ) **Medical Necessity**: meets the requirement for Medical Necessity. Current placement is CCCMS and prescribing physician will monitor the inmate. |
| | |
| | |
| | |
| | |
| | |

| MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTES | LEVEL OF CARE | Last Name, | First Name | MI |
|---|---|---|---|---|
| MH 3 (4/99) | | Dennison | William | |
| Confidential Client/Patient Information See W & I Code, Section 5328 | Outpatient | | | |
| | NOV 0 1 2002 | T 45105 | | |
| | | CDC# | DOB | |

State of California    Department of Corrections    Salinas Valley State Prison    CCCMS:

**CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES:**    All Staff, Clinicians, Treatment Teams.

Date: _____ ID Information:

Time: 9~

Housing:

Sleep: (Good) Fair Poor    Appetite: (Good) Fair Poor    Energy Level: Good Fair (Poor)

Taking Medications: (Yes) No N/A    Disciplinary Problems: Yes (No) Current Suicidality: (None noted or stated)

Medication Problem: Yes (No) Not getting   Not noted by MTA   I/M requesting change

Trazedone, Risperidone, Wellbutin

Location:

Issues Discussed: Completed MH4 & MH2

**Mental Status:**

General Appearance: (WNL)  Poorly Groomed   Disheveled   Bizarre   Effeminate   Other_____

Facial Expression: WNL   Angry   (Flat)   Blunt   Happy   Frightened   Withdrawn   Other_____

Eye Contact: (Appropriate)   Averts gaze   Minimal   None   Glaring/Intense

Speech: (Understandable)   Clear   Excessive   Incoherent   Mute   Rapid   Slow   Stammer   Slurred   Disorganized   Poverty

Behavior: (Cooperative)   Dismissive   Evasive   Guarded   Menacing   Withdrawn   Enraged   Restless   Silliness   Agitation

Presenting Attitude: (WNL)   Argumentative   Passive   Resistant   Suspicious   Evasive   Guarded   Intimidating

Mood: Dysphoric   Irritable   Anxious   Angry   Euthymic   Elevated   Expansive       Stated: "Depressed"

Affect: Appropriate   Inappropriate   (Blunted)   Flat   Constricted   Labile   Sad   Angry   Anxious   Elated

Thought Process: (WNL)   Circumstantial   Tangential   Flight of Ideas   Word Salad   Slowed   Blocking   Loosening

Thought Content: (WNL)   Compulsions   Obsessions   Ruminations   Phobias   Anxieties   Distortions   Exaggerations

   Delusions(withdrawal insertion outside control) None noted currently.  Hx of paranoid delusions during acute psychosis.

Perceptual Disturbance: Denied (AH) familiar unfamiliar threatening conversing) (VH) Minimal   Minimal

Suicidal Ideation: (Absent)   Present But No Plan   Has Current Plan   Recent Attempt   History of Attempt

Assessment: MSE stable c̄ meds

Plan: Present @ IDTT

Signature: C. Sanders Psych Intn       M. Tomeo, PhD, Clinical Psychologist

| MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTES | LEVEL OF CARE: | Last Name: Dennison | First Name: W. |
|---|---|---|---|
| MH 3 [October 5, 2001] | | CDC #: | DOB: |
| Confidential Client/Patient Information See W & I Code, Section 5328 | CCCMS | T45105 | |

NOV 0 1 2002

State of California, Department of Corrections – Institution: SVSP          Prior Page Number: _____

CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES:     All Staff, Clinicians, Treatment Teams

| Date/Time Stamp | Use Name & Title |
|---|---|
| 10.17.02 | |
| 1500 | Meds renewed x 30 days F/U x 7 days |
| | Scott Wisman |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Page _____

| MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTES<br><br>MH 3 [3/21/96]<br><br>Confidential Client/Patient Information<br>See W & I Code, Section 5328 | LEVEL OF CARE<br>Inpatient<br><br>Outpatient | Last Name:<br><br>Dennison<br><br><br>CDC # T 45105  DOB | First Name:<br><br><br> | MI: |

State of California, Department of Corrections – Institution:  SVSP | Prior Page Number:

## CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES: All Staff, Clinicians, Treatment Teams

| Date/Time | |
|---|---|
| 10/1/02 10:5h | **U.C.C.** |
| B3-145U | Inmate-patient was seen by the unit classification committee for review on this date for the |
| | Purpose of:  (initial) /  annual  /  disciplinary  /  other. |
| | RJD→SVSP  9/22/02:        CCCMS |
| | |
| | Primary concerns included the following: |
| | Responded / well button    tx of depression |
| | |
| | |
| | Course of action taken:  Needs MH eval (new arrival) |
| | |
| | |
| | M. Tomeo, Ph.D. |
| | Clinical Psychologist |
| | M.L. Crooker, LCSW MBA |
| | Psychiatric Social Worker |
| | S.V.S.P. |

| MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTES MH 3 (4/99) Confidential Client/Patient Information See W & I Code, Section 5328 | LEVEL OF CARE Outpatient | Last Name DENNISON CDC# T45183 | First Name OCT 0 8 2002 DOB |

State of California, Department of Corrections – Institution: _____  Prior Page Number: _____

## CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES:    All Staff, Clinicians, Treatment Teams.

| Date/Time: | Use Name & Title Stamp. |
|---|---|
| 8/5/2 | X RC |
| 10:07 | (S) Reports still depressed but only reas things a couple x per week. Blocked out work, pulled his info his told → depression.<br>(O) A/A, speech WNL, affect euthymic. Ø SI, oec MH. Dress, neat/clean. Friendly attitude.<br>(A) Stable from depression Sx, psychosis well controlled.<br>(P) ① Continue Wellbutrin, Trazodone, Benadryl, Risperidone ③ RTC ~ 4 wks. _JMW_  JOHN SAUNDERS, M.D. Staff Psychiatrist |
| 9/4/02 | (S) "I'm day better a week so I still get depressed." Pt is still ruling on his appeal for re-trial, stating "it look good"! (O) Pt is reasonably comfortable with his situation given that he has hopes of overturning the initial court case.<br>(A) Fairly settle a week. No major psychiatric/psychological issues noted at this time. (P) Follow-up on our same meds. _D_ Ø GARY PESAVENTO, Ph.D. Staff Psychologist |
| 9/5/:-  | X RC |
| 10:10 | (S) Reports doing fair, not in a hurry to get to a level 4, still feeling scary things, not as depressed, more tired.<br>(O) A/A, speech WNL, affect WNL, Ø SI, Ø HI, I & J good.<br>(A) Stabilizing. Hopes appeal of his case will go well.<br>(P) ① Increase risperidone slightly, decrease trazodone, continue Benadryl and wellbutrin. ② RTC ~ 3 wks. _JMW_  JOHN SAUNDERS, M.D. Staff Psychiatrist |

| MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTES | LEVEL OF CARE | Last Name: | First Name: | MI: |
|---|---|---|---|---|
| MH 3 [3/21/96] | | Dennison, William | | |
| Confidential Client/Patient Information See W & I Code, Section 5328 | Inpatient | | | |
| | (Outpatient) | CDC # T.45105  DOB _/_/_ | | |

State of California, Department of Corrections — Institution: _R.J.R.F._    Prior Page Number : _____

CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES:   All Staff, Clinicians, Treatment Teams.

| Date/Time: | Use Name & Title Stamp. |
|---|---|
| 6/18/02 0954 | QRC |
| | _[handwritten clinical note, largely illegible]_ ...It is hopeful that he might be able to prevail in his appeals. Depression + anxiety ... He is compatible with his new cellmate ... |
| | _[continued handwritten note]_ ... thoughts are logical ... |
| | Imp: Schizoaffective Dis; bipolar |
| | Plan: Continue current meds. |
| | RTC in 4 wks. |
| | Donald W. Ferris md _[stamp]_ R.J.D.C.F. |
| 7/15/2 10:50 | QMC |
| | No show for 0900 appt. Med adherence good. Renew meds and reschedule. (No collateral reports of problems.) _[signature]_ |
| | JOHN SAUNDERS, M.D. Staff Psychiatrist |
| | Page # _____ |

**MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTES**

MH 3 [3/21/96]

Confidential Client/Patient Information
See W & I Code, Section 5328

LEVEL OF CARE

Inpatient

Outpatient

Last Name: Dennison    First Name: William    MI:

CDC # I-45105    DOB _/_/_

State of California, Department of Corrections – Institution: R.J.D.C.F.          Prior Page Number: _____

**CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES:**    All Staff, Clinicians, Treatment Teams.

| Date/Time: | Use Name & Title Stamp. |
|---|---|

5/21/02 — URC

He expresses concerns that he might be sent to a desert prison as he cannot deal c the heat. He denies anxiety. Depression is mild. He sleeps soundly, appetite is good. He gets along well c his cellmate. He remains religious.

Obese white man c normal affect. Thought disorder is absent. He denies S.I. + H.I. He continues to hear voices + sees faces. He denies severe paranoia. W/O x 3, memory is intact.

Dx: Schizoaffective disorder, bipolar

Plan: ↑ Risperdone to 2mg po bid
       ↓ Trazodone to 300mg po qHS
       Cont Bupropion + Benadryl.
       RTC in 3 wks.

                    Donald W. Ferris
                    **Donald W. Ferris M.D.**
                    **Staff Psychiatrist**
                    **R.J.D.C.F.**

6/12/02 ① "I'm fucked, defective person... I'm going to commit... Try to turn self promoting dismissed... I informed ito I can't believe I killed my wife." ② Pt in restraints, sloppily clad, verbally expresses remorse for the death of his wife. ③ Affect and moderately dysphoric. Not suicidal or homicidal. Thoughts organized. Dx a/c/w MDD. No delusion. ④ Decline groups. Scheduled to be seen per per program policy.

                                        PESAVENTO, PHD.
                                        **Staff Psychologist**

| **MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTES** | **LEVEL OF CARE** | Last Name: | First Name: |
|---|---|---|---|
| MH 3 [3/21/96] | | Pennison, | William |
| Confidential Client/Patient Information See W & I Code, Section 5328 | Inpatient | | |
| | Outpatient | CDC # T-45105 | DOB _/_/_ |

State of California, Depart___ | Corrections – Institution: R.J.D.C.F.     Prior Page Number : ___

**CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES:     All Staff, Clinicians, Treatment Teams.**

| Date/Time: | Use Name & Title Stamp. |
|---|---|
| 4/3/02 0955 | ΨRC

Pt is pressuring to get Wellbutrin. He reports depression + anxiety. He denies SI. He sleeps 7½ hrs. Appetite is fine. He gets plenty of food. He reads the Bible to understanding.

MSE: alert, neat, good range of mood. He reports depression + anxiety. He denies SI + HI. Once in a while he hears voices. He sees "forms" in the walls. He reports mild paranoia w/o SI; memory is intact.

Pt reports red breast engorgement.

↑ Schizoaffective disorder, bipolar also. ↑ Risperdal to 2mg po bid

∆ + DC Zoloft

Wellbutrin SR 75 mg bid × 3 days then ↑ Wellbutrin SR to 150 mg po bid

RTC in 2-3 wks

*Donald W. Ferris*
**Donald W. Ferris M.D.**
**Staff Psychiatrist**
**R.J.D.C.F.**

Page # ___ ___ |

| MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTES

MH 3 [3/21/96]

Confidential Client/Patient Information
See W. & I. Code, Section 5328 | LEVEL OF CARE

Inpatient

Outpatient | Last Name: Dennison     First Name: William     MI:

CDC # T 45105     DOB / / |

State of California, Department of Corrections — Institution: __RJDCF__     Prior Page Number : ___

CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES:     All Staff Clinicians

Date/Time: _____  Reason for contact: ☐ Weekly Visit  ☐ I/M Request  ☐ Staff Referral  ☐ Follow-up
☐ Quarterly visit

(S) Presenting Problem: _____

_____

GARY PESAVENTO, Ph.D.
Staff Psychologist

(O) Mental Status Exam:  Appearance: ☐ WNL  ☐ discheveled  ☐ malodorous  ☐ inappropriate

Orientation: ☐ fully-oriented  ☐ disoriented:  time  place  person

Behavior: ☐ cooperative  ☐ calm  ☐ restless  ☐ agitated  ☐ hostile  ☐ tremors/tics  ☐ withdrawn

Energy: ☐ normal  ☐ ↑  ☐ ↓   Sleep: ☐ normal  ☐ ↑  ☐ ↓   Appetite: ☐ normal  ☐ ↑  ☐ ↓

Speech: ☐ normal  ☐ soft  ☐ loud  ☐ pressured  ☐ slowed  ☐ poverty  ☐ mute  ☐ slurred/stammer  ☐ bizarre

Mood: (self-report) ☐ good  ☐ depressed  ☐ ↑↓  ☐ anxious  ☐ angry  ☐ "OK"

Affect: (observation) ☐ congruent  ☐ pleasant  ☐ expansive  ☐ labile  ☐ intense  ☐ flat  ☐ decreased range

Thought Process: ☐ intact (logical & linear)  ☐ loose  ☐ circumstantial  ☐ tangential  ☐ perseveration  ☐ concrete

Thought Content: ☐ appropriate  ☐ paranoid  ☐ self-critical  ☐ religiosity  ☐ somatic  ☐ violence  ☐ bizarre

Hallucinations: ☐ denies  ☐ auditory command/critical  ☐ visual  ☐ tactile  ☐ attending to internal stimuli

Delusions: ☐ none  ☐ persecutory  ☐ grandiose  ☐ somatic  ☐ religious  ☐ ideas-of-reference

Cognition: ☐ general knowledge intact  ☐ limited  ☐ DD   Memory: ☐ intact  ☐ impaired  recent/remote

Insight: ☐ good  ☐ fair  ☐ poor  Judgement: ☐ good  ☐ fair  ☐ poor  Violence Risk: ☐ low  ☐ impulsivity  ☐ history

Suicide Risk: ☐ low risk  ☐ ideation  ☐ intent  ☐ plan  ☐ means  ☐ high risk  ☐ history

(A/P) Comments:  Group attendance: ☐ no  ☐ yes  ☐ occasional  ☐ refuses  ☐ not appropriate

Psych Meds: ☐ no  ☐ yes  ☐ keyhea   Pt. reports: ☐ compliant  ☐ non-compliant  ☐ refuses  ☐ side-effects  ☐ med referral

Clinician Name/Title    **G. Pesavento, Ph.D.**    Signature: _____
Psychologist
**R.J. Donovan Correctional Facility**

| MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTES | LEVEL OF CARE | Last Name:            First Name:            MI: |
|---|---|---|
| MH 3 [Rev. 11-01] | ASU | Dennison |
| | EOP | |
| Confidential Client/Patient Information See W & I Code, Section 5328 | CCCMS | CDC # T-45705  DOB 1/4/56 |

State of California, Department of Corrections – Institution: RSDCF    Prior Page Number: _____

CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES:    All Staff, Clinicians, Treatment Teams.

| Date/Time: | Use Name & Title Stamp. |
|---|---|
| 2/11/02 | YRC |
| 1325 | 46 yr old white 2x married widowed for ap 7 incarcerated for 2nd degree murder |
| P Psych Hx | Pt reports psych illness going back to 1983 when he started hearing voices + attempted suicide x 2. He reports a Hx of deep depression going back to age 9. He also reports episodes of mania. He has been on psych meds for mood swings + aud hallue. |
| Habits | smoke: none in 1½ yrs   EtOH: heavily from age 25 → 44   Drugs: Cocaine - age 21 → 44 murderous. |
| allergic | none |
| Past Med Hx | Child: none  surg: stabbed in side → exploratory  Med: back pain, HBP  An I: hit in head x 2 (no concussion) |
| Fam Hx | sister has Hx of depression |
| Past Hx | born in Suffern, N.Y. He grew up in N.J. He has 2 bros + 1 sister. He has GED. He has married x 2 + was convicted of murdering his 2nd wife. He is a househusband |
| MSE | obese white man c blunted affect. Thought processes say loose. He reports depression + anxiety. ⊖ SI or HI. he reports aud + vis hallue, i/t ⊖ ref + ins of mood contrl. W/OK3 |
| | Dx: I Shizoaffective Dis, bipolar; Hx EtOH abuse. Hx cocaine abuse II none  AA Low back syndrome/HBP/obesity IV-3  II: GAF 53  Plan: continue benadryl, Zoloft, resperdol + trazodone  RTC in 1wk   Donald W. Ferris |

Donald W. Ferris M.D.
Staff Psychiatrist
R.J.D.C.F.

| MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTES  MH 3 [3/21/96]  Confidential Client/Patient Information  See W & I Code, Section 5328 | LEVEL OF CARE | Last Name: Dennison | First Name: William | MI: |
|---|---|---|---|---|
| | Inpatient | CDC # F 4 5 1 0 5 | DOB 1/14/56 | |
| | Outpatient | | | |

State of California,  Department of Corrections: N / C / S Region,  Service Area = B , Institution = HDSP

**MENTAL HEALTH TREATMENT PLAN:** Sequential Part One Identifier Number: _____    Page 1 of 2

| [X]Original | ☐Update | ☐Rejustification | | ☐ CCCMS Annual Case Review |

### I. General Information:
Arrival Date This Treatment Setting: 8/4/04
[X]CCCMS  ☐ EOP  ☐ MHCB/Infirmary
☐ PSU -- ☐ _____ week observation.
Anticipated Date of Transfer to GP:    /   /
Custody Level:  I / II (III) IV / AdS / SHU

By: [X]Team  ☐Individual Clinician
☐ MH 6  ☐ C File  ☐ Health Record
☐ Unit Health Record  ☐ MH 1
☐ MH 4  ☐ Prior MH 2  _/_/_

Today Date 9/24/04
Next Up Date 9/24/05

### II. Print Treatment Team Members

| | Position | Telephone & Extension |
|---|---|---|
| W. Killion LCSW | Case Manager | 6789 |
| D. Dennis, Ph. D. | Sr. Psychologist | 6784 |
| K. Battey | CCT | |

### III. Present Mental Status   Date 9/24/04  By W. Killion LCSW Title Case Manager

A) Appearance ☐WNL

B) Behavior [X]WNL                                      Speech [X]WNL

C) Mood ☐WNL          Sleep [X]WNL          Appetite [X]WNL          Affect ☐WNL
   depressed                                                          Blunted

D) Cognition:
   1) Fund of Information ☐WNL
   2) Intellectual Functions ☐WNL
   3) Organization of Thought ☐WNL
   4) Association of Thought ☐WNL
   5) Reality Contact ☐WNL
   6) Thought Quality ☐WNL                  Risperdal          Level III out Date 2017
E) Perception Disturbances (Hallucinations) ☐ None  Hx of AH + VH - meds control-now minimal
F) Thought Content (Delusions) ☐ None   Hx Paranoid c religious content
G) Sensorium (Orientation, Memory, Attention, Concentration) [X]WNL

H) Insight & Judgment ☐WNL  limited

I) Interview Attitude [X]WNL

J) Current Suicidality [X]None noted or stated.

K) Current Violence Risk [X]None noted or stated.

Signature(s) W. Killion LCSW    D. Dennis PhD    K Battey CCl

| MENTAL HEALTH TREATMENT PLANS, UPDATES, REJUSTIFICATION MH 2 [3/29/96] Part One:  General, Team, MSE Diagnosis, Problems, Inmate Strengths Part Two: Problem Pages -- Results Use Insert-a-Page of MH 1 Confidential Client/Patient Information See W & I Code, Section 5328 | LEVEL OF CARE C3MS Inpatient (Outpatient) | Last Name: Dennison   First Name: William   MI: CDC # T45105  DOB _/_/_ |

Mental Health Treatment Plan Part One:          Page 2 of 2

IV. DSM IV  Numerical ☐Last MSE __/__/__  ☐Last TP __/__/__  MH 1☐ __/__/__  Last MH 4 ☒ 10/10/02

| Axis I | 298.9 | Psychosis NOS |
|---|---|---|
| | 303.90 | Etoh Dep — Inst Rem |
| | 304.20 | Cocaine Dep — Inst Rem |
| Axis II | 301.7 | ASPD |
| Axis III | | |
| Axis IV | | (current) Incarceration |
| Axis V | | GAF = 60  Describe basis. |

**V. Problem / Symptom List**

#1 Depression + A/H

#2 Hx of Sub abuse

#3

**VI. Inmate's Strength and Weakness, Goals**     Inmate's Treatment Goals, ☐ MH 6 Input

(S) Cooperative

(W) extensive drug abuse Hx & problems c law since age 16

Treatment Readiness: ☐ Amenable ☐ Motivated ☐ Resistant

(G) Stabilize Mood; med compliance

**VII. Discharge Plan To:** ☐GP ☒CCCMS ☐EOP ☐MHCB ☐DMH

retain C3MS

**Signature(s)**

W. Killian Paw

| MENTAL HEALTH TREATMENT PLANS, UPDATES, REJUSTIFICATION MH 2 [3/29/96] Part One: General, Team, MSE Diagnosis, Problems, Inmate Strengths Part Two: Problem Pages -- Results Use Insert-a-Page of MH 1 Confidential Client/Patient Information See W & I Code, Section 5328 | LEVEL OF CARE C3MS Inpatient (Outpatient) | Last Name: Dennison, First Name: William  MI: <br><br> CDC # T·45105  DOB __/__/__ |
|---|---|---|

State of California, Department of Corrections: (N) C / S Region, Service Area = S̶, Institution, HDSP

| TREATMENT PLAN PART TWO: PROBLEM → # _____ pg. | | Today Date: 9 24 04 |
|---|---|---|
| ☐Initial Treatment Plan  ☐Update because | ☐Re-justify, | weeks |

| Prob. # | Describe Problem: _Depression_ , AA+ , Hx do not abuse | Possible Completion | Date 9/24/04 |
|---|---|---|---|
| | | Next Review | Date |
| | Target Behavior(s): _Lack of interest in programming_ | | |
| | Target Objective(s): _establish, maintain positive adjustment to HDSP, ↑(+) coping & problem solving skills, ↓ Depression Med Compliance_ | | |

| Date | Intervention (s) & Staff Assigned. | Frequency and Duration. | Results. |
|---|---|---|---|
| 9/24/04 | Case Management 1:1 Cognitive Behavioral Model | 90 D rPRN | |
| 9/24/04 | Med Eval by M.D. Psychiatrist | 90 D r PRN | |
| 9/24/04 | Group Therapy | | |
| | | | |
| | | | |
| | | | |
| | | | |

Signature(s): W. Killian, LCSW

| MENTAL HEALTH TREATMENT PLANS, UPDATES, REJUSTIFICATION MH 2 [3/29/96] Part One: General, Team, MSE Diagnosis, Problems, Inmate Strengths Part Two: Problem Pages -- Results Use Insert-a-Page of MH 1 Confidential Client/Patient Information See W & I Code, Section 5328 | LEVEL OF CARE C3MS Inpatient (Outpatient) | Last Name: _Dennison_    First Name: _William_    MI: CDC # T-45105   DOB _/_/_ |
|---|---|---|

State of California, Department of Corrections: Region: C  Service Area: L  Institution: SVSP      Page 1 of 3

## MENTAL HEALTH TREATMENT PLAN: Sequential Part One Identifier Number ___   Page 1 of 3

☐ Original  ☒ Update   ☐ Rejustification                    ☐ CCCMS Annual Case Review

**I. General Information:**

| | | |
|---|---|---|
| Arrival Date This Treatment Setting: | By: ☒ Team  ☐ Individual Clinician | Today Date |
| ☒ CCCMS ☐ EOP ☐ MHCB/Infirmary | ☐ MH 6 ☐ C File ☒ Health Record | 9-25-03 |
| ☐ PSU -- ☐ _____ week observation. | ☐ Unit Health Record ☐ MH 1 | Next Up Date |
| Anticipated Date of Transfer to GP: | ☒ MH 4 ☐ Prior MH 2 _/_/_ | 9-25-04 |

Custody Level: I / II / III / IV / AdS / SHU

**II. Print Treatment Team Members**

| Name | Position | Telephone & Extension |
|---|---|---|
| M. Williams, Ph.D. | Psychologist CCM | 4013 |
| D. Hamlin, Ph.D. | Psychologist CCM | 4031 |
| Lustman, MD | Psychiatrist | 6393 |
| Hager, CC1 | CC1 | 6342 |
| K. Chase, M.A. | Psych Intern | 4032 |

**III. Present Mental Status**  Date :  By  M. Williams, Ph.D.  K. Chase, M.A.
Title  Clinical Psychologist  Psych Intern

A) Appearance ☒WNL

B) Behavior ☒WNL   Speech ☒WNL   Sleep ☒WNL

C) Mood ☒WNL   Appetite ☒WNL   Affect ☒WNL

D) Cognition
  1) Fund of Information ☐WNL
  2) Intellectual Functions ☐WNL   GeD
  3) Organization of Thought ☐WNL
  4) Association of Thought ☐WNL
  5) Reality Contact ☐WNL   WNL
  6) Thought Quality ☐WNL

E) Perception Disturbances (Hallucinations) ☒None

F) Thought Content (Delusions) ☒None

G) Sensorium (Orientation, Memory, Attention, Concentration) ☒WNL

H) Insight & Judgment ☒WNL

I) Interview Attitude ☒WNL

J) Current Suicidality ☒None noted or stated.

K) Current Violence Risk ☒None noted or stated.

| | | |
|---|---|---|
| **MENTAL HEALTH TREATMENT PLANS, UPDATES, REJUSTIFICATION** MH 2 [3/29/96] | **LEVEL OF CARE** **CCCMS** Outpatient | Last Name:   First Name: Dennison, William |
| Use Insert-a-Page of MH 1 Confidential Client/Patient Information See W & I Code, Section 5328 | | CDC # T45105  DOB: 1-4-5k |

OCT 03 2003

State of California, Department of Corrections: Region: **C** Service Area: **L** Institution: **SVSP**    Page 2 of 3

## MENTAL HEALTH TREATMENT PLAN    PART ONE:

IV. DSM IV Numerical ☐Last MSE _/_/_ ☐Last TP _/_/_ MH 1☐_/_/_ Last MH 4 ☐ _/_/_

| Axis I | | R/o Psychosis NOS |
| | | Etoh Dep Inst Rem |
| | | Cocaine Dep Inst Rem |
| Axis II | | ASPD |
| | | |
| Axis III | Defer to Medical | |
| Axis IV | (current) Incarceration | |
| Axis V | GAF = 65 Describe basis. | |

### V. Problem-Symptom List

1. Hx of subj abuse
2. depression
3.

### VI. Inmate's Strength and Weakness, Goals     Inmate's Treatment Goals, ☐ MH 6 Input

hx of trouble w/ the law since age 16 - extensive
drug abuse hx

Treatment Readiness: ☐ Amenable    ☐ Motivated    ☐ Resistant

VII. Discharge Plan To: ☐GP    ☐CCCMS    ☐EOP    ☐MHCB    ☐DMH

| M. Williams, Ph.D. | K. Chase, M.A. | Lustman, M.D. | Hager, CC1 |
| Psychologist | Psych Intern | Psychiatrist | CC1 |

| MENTAL HEALTH TREATMENT PLANS, UPDATES, REJUSTIFICATION MH 2 [3/29/96]  Use Insert-a-Page of MH 1 Confidential Client/Patient Information See W & I Code, Section 5328 | LEVEL OF CARE **CCCMS** Outpatient | Last Name: Dennison,    First Name: William  CDC # T45105 DOB: 1-4-50 |

OCT 0 3 2003

State of California, Department of Corrections: Region: C  Service Area: L  Institution: SVSP     Page 3 of 3

## MENTAL HEALTH TREATMENT PLAN   PART TWO:

☐ Initial Treatment Plan   ☒ Update because   ☐ Re-justify,   weeks

| Prob # | Describe Problem: | Possible Completion Date | 9-25-04 |
|--------|-------------------|--------------------------|---------|
| ① | hx of drug abuse | Next Review Date | 9-25-04 |
| ② | depression | | |

| | | | |
|--------|-------------------|--------------------------|---------|
| | Target Behavior(s): | ① Develop relapse prevention | |
| | Target Objective(s): | plan, identify relapse triggers | |

| Date | Intervention (s) & Staff Assigned. | Frequency and Duration. | Results. |
|------|-----------------------------------|-------------------------|----------|
| 9-25-03 | Evaluation by Staff Psychiatrist | Quarterly, 30 days, PRN | |
| | Case/IDTT Review | Quarterly, 30 days, PRN | |
| | Psychological Follow-up | 1x wk indiv/2x month indiv | |
| | Group Assignments: (Recommended)/Not | ____ groups/week | ① Enrolled in client |
| | Recreational Groups : Recommended/(Not) | | substance abuse |
| | Work Assignment: Recommended/Not | Job Name/Hours: | group |
| | Education Assignment: Recommended/(Not) | HS/GED?/TABE | |
| | AA/NA Groups (Recommended)/Not | | ② Hm is interested |
| | Other: | | in the defens groups |
| | ② K ⊕ comp ① problem | therapy | |
| | solving ↑ enjoyment of activities | | |
| | ↓ reports of depression | | |
| | | | |
| | | | |

| MENTAL HEALTH TREATMENT PLANS, UPDATES, REJUSTIFICATION MH 2 [3/29/96] Use Insert-a-Page of MH 1 Confidential Client/Patient Information See W & I Code, Section 5328 | LEVEL OF CARE **CCCMS** Outpatient | Last Name: Devmson, CDC # 745105 | First Name: William DOB: 1-4-56 |
|---|---|---|---|

OCT 03 2003

State of California, Department of Corrections:  Region: C  Service Area: L  Institution: SVSP    Page 1 of 3

# MENTAL HEALTH TREATMENT PLAN: Sequential Part One Identifier Number    Page 1 of 3

☐ Original   ☐ Update   ☐ Rejustification                    ☐ CCCMS Annual Case Review

**I. General Information:**

Arrival Date This Treatment Setting:
☒ CCCMS  ☐ EOP  ☐ MHCB/Infirmary
☐ PSU – ☐ _____ week observation.
Anticipated Date of Transfer to GP:

By: ☒ Team  ☐ Individual Clinician
☐ MH 6  ☐ C File  ☒ Health Record
☐ Unit Health Record  ☐ MH 1
☒ MH 4  ☐ Prior MH 2 __/__/__

Today Date 10/10/02
Next Up Date 10/10/03

Custody Level:  I / II / III / IV / AdS / SHU

**II. Print Treatment Team Members**

| Name | Position | Telephone & Extension |
|---|---|---|
| M. Tomeo, Ph.D. | Psychologist CCM | 4013 |
| | Psychiatrist | |
| | CCI | |
| | | |
| | | |
| | | |

**III. Present Mental Status  Date :     By    M. Tomeo, Ph.D.**
Title    Clinical Psychologist

A) Appearance ☒ WNL

B) Behavior ☒ WNL    Speech ☒ WNL    Sleep ☒ WNL

C) Mood ☐ WNL "Depressed"    Appetite ☒ WNL    Affect ☐ WNL Blunted

D) Cognition
1) Fund of Information ☐ WNL  GED
2) Intellectual Functions ☒ WNL
3) Organization of Thought ☒ WNL
4) Association of Thought ☒ WNL
5) Reality Contact ☒ WNL
6) Thought Quality ☒ WNL    → Religious themes

E) Perception Disturbances (Hallucinations) ☐ None  Continued Minimal AH + VH

F) Thought Content (Delusions) ☐ None  Hx of Paranoid Delusions, Currently none noted.

G) Sensorium (Orientation, Memory, Attention, Concentration) ☒ WNL

H) Insight & Judgment ☒ WNL

I) Interview Attitude ☒ WNL

J) Current Suicidality ☒ None noted or stated.

K) Current Violence Risk ☒ None noted or stated.

---

MENTAL HEALTH
TREATMENT PLANS,
UPDATES, REJUSTIFICATION
MH 2 [3/29/96]

Use Insert-a-Page of MH 1
Confidential Client/Patient Information
See W & I Code, Section 5328

| LEVEL OF CARE | Last Name: Dennison | First Name: William |
|---|---|---|
| Outpatient | T 45105 | |
| NOV 0 1 2002 | CDC # | DOB: |

State of California, Department of Corrections:  Region: C  Service Area: L  Institution:  SVSP    Page 2 of 3

# MENTAL HEALTH TREATMENT PLAN   PART ONE:

IV. DSM IV Numerical ☐Last MSE _/_/_  ☐Last TP _/_/_  MH 1☐_/_/_  Last MH 4 ☐_/_/_

| Axis I | 295.30 | Schizophrenia, Paranoid Type |
| | 303.90 | Alcohol Dependence |
| | 304.20 | Cocaine Dependence |
| Axis II | 799.9 | Deferred |
| Axis III | None reported @ Hx of multiple head trauma as reported by I/m |
| Axis IV (current) | Incarceration |
| Axis V | GAF = 60   Describe basis: Moderate Sx - Blunted affect, minimal AH & VH |

## V. Problem-Symptom List

1. Psychosis
2. Hx of Alcohol Dependence
3. Hx of Cocaine Dependence

## VI. Inmate's Strength and Weakness, Goals      Inmate's Treatment Goals, ☐ MH 6 Input

Treatment Readiness:  ☐ Amenable  ☐ Motivated  ☐ Resistant

## VII. Discharge Plan To: ☐GP  ☐CCCMS  ☐EOP  ☐MHCB  ☐DMH

M. Tomeo, Ph.D.

Psychologist                  Psychiatrist                  CC1

| MENTAL HEALTH TREATMENT PLANS, UPDATES, REJUSTIFICATION MH 2 [3/29/96]  Use Insert-a-Page of MH 1 Confidential Client/Patient Information See W & I Code, Section 5328 | LEVEL OF CARE  Outpatient | Last Name: Dennison  T 45105  CDC # | First Name: William  DOB: |

State of California, Department of Corrections:  Region: C  Service Area: L  Institution:  SVSP  Page 3 of 3

## MENTAL HEALTH TREATMENT PLAN    PART TWO:

☐ Initial Treatment Plan  ☐ Update because  ☐ Re-justify,  weeks

| Prob # | Describe Problem: | | |
|---|---|---|---|
| | ① Psychosis ② Hx of etoh dependence ③ Hx of Cocaine Dependence | Possible Completion Date | 10/10/03 |
| | | Next Review Date | 10/10/03 |
| | Target Behavior(s): ① AH + VH ② Alcohol Use in past ③ Cocaine Use in past | | |
| | Target Objective(s): ① Maintain med compliance ② Maintain abstinence from alcohol & ③ abstain from cocaine | | |

| Date | Intervention (s) & Staff Assigned. | Frequency and Duration. | Results. |
|---|---|---|---|
| 10/10/02 | Evaluation by Staff Psychiatrist | Quarterly, 30 days, PRN | |
| | Case/IDTT Review | Quarterly, 30 days, PRN | |
| | Psychological Follow-up | 1x wk indiv/2x month indiv | |
| | Group Assignments:  Recommended/Not | _____ groups/week  Substance Abuse | |
| | Recreational Groups : Recommended/Not | | |
| | Work Assignment: Recommended/Not | Job Name/Hours: | |
| | Education Assignment: Recommended/Not | HS/GED/TABE | |
| ✓ | AA/NA Groups: Recommended/Not | Not interested | |
| | Other: | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | LEVEL OF CARE | Last Name: | First Name: |
|---|---|---|---|
| MENTAL HEALTH TREATMENT PLANS, UPDATES, REJUSTIFICATION MH 2 [3/29/96] | | Dennison | William |
| Use Insert-a-Page of MH 1 | Outpatient | | |
| Confidential Client/Patient Information See W & I Code, Section 5328 | NOV 0 1 2002 | T45105 | |
| | | CDC # | DOB: |

*(file as Original)*

## AIMS: ABNORMAL INVOLUNTARY MOVEMENT SCALE    AIMS Prior Page Number: ☐☐

INSTRUCTIONS: To be completed at initiation of antipsychotic treatment and every six months thereafter. Complete when antipsychotics are discontinued and two months later. Assessment done with patient at rest, extending tongue or limbs or performing activities such as finger tapping, standing or walking. Check for rigidity. Do not rate tremor. Detailed examination Procedure on back of this scale.

### Antipsychotic Medication History

| | |
|---|---|
| Present: | Risperidal |
| Past: | Seroquel |
| Tardive History: | ∅ Known |

| CODE: 0= None, 1= Minimal, Extreme Normal 2 = Mild, 3 = Moderate, 4= Severe, Incapacitating | | | | | | | |
|---|---|---|---|---|---|---|---|
| | **YEAR:** | 2004 | | | | | |
| | **DATE:** | 10/14 | / | / | / | / | / |
| **Facial and Oral Movements** | Muscles of facial expression e.g. forehead eyebrow area, cheeks, frowning, blinking, smiling, grimacing. | ∅ | | | | | |
| | Lips and peri-oral area: e.g. puckering, pouting, smacking | | | | | | |
| | Jaw: e.g. biting, clenching, chewing, mouth opening, lateral movement | | | | | | |
| | Tongue: Rate movement increases in and out of mouth. NOT inability to sustain movement, vermicular. | | | | | | |
| **Extremity Movements** | Arm: Choratic, rapid, purposeless, irregular, spontaneous, athetoid, repetitive, serpentine, NOT tremor. | | | | | | |
| | Leg: Lateral knee movement, foot tapping, heel dropping, foot squirming, inversion and eversion of foot. | | | | | | |
| **Trunk Movement** | Neck, shoulders, hips: rocking, twisting, squirming, pelvic gyrations. | | | | | | |
| Total Scores of five (5) or above needs validation by a second opinion and assessment by the IDTT. | | ∅ | | | | | |
| Clinicians Signature: *(signature)* | | Clinicians Name and Title: Lows Keath, MD | | | | AIMS Initial date: 10/14/04 | |
| Institution: | Inmate Bed No. | | | | | | |

MENTAL HEALTH
AIMS EXAMINATION FOR TARDIVE DYSKINESIA
CDC MH 1295 (RELATED)
Confidential Client/Patient Information
See W & I Code, Section 5328

| LEVEL OF CARE | |
|---|---|
| ☐ EOP | Last Name: Dennison    First Name: William    MI: |
| ☐ CCCMS | |
| ☐ MHCB/INF | CDC # T-45105    DOB _/_/_ |
| (Over) | AIMS, This Page Number: ☐☐ |

State of California, Department of Corrections – TSC/HCSD

*Phone Confidential*

CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES:    INITIAL PSYCHIATRIC EVAL

TELEMEDICINE Mental Health Clinic with HCSD    ERD: *Board date, 2016.*

| Date/Time: | | |
|---|---|---|
| 12/14/04 | | Age: 48 (W)(A)(H)(N)(A) (M)/F From: Middletown, NY, Allergies: (NKDA) |
| 1335 | | IM currently located at: (HDSP)(PVSP)(SATF)(CCC)(CCI)(ASP) |
| Information from IM interview and chart review. | **S:** Chief C/O: | "I'm doing allright but blasey – have a bad nerv for 3 weeks. I need MB track to help w/ the depression. No access now. Seed increase in writer pain of Riverside. Some pains in the wrist + some paranoia. No MS. first MB depend quite a bit. My chest jar bruises on the R. shoulder. Let me try abbr. for a month – maybe I can do it w/ meds down the road." |
| | **Current:** | IM C/O: Ø (depressed)(MS) (AH)(VH) paranoia (↓sleep) (↓appetite) (anx) (SI) (HI) (anger) (agitation) _____ |
| | | Sleep: (OK)(↓)(↑) ___ hrs (Naps: Y N) Appetite: (OK)(↓)(↑)-IM claims wt ∆ ___ # in ___ wks Energy: (OK)(↓)(↑) |
| | **HPI:** | ▶Depression: Ø (depressed mood)(hopeless)(helpless)(worthless)(anhedonia)(energy)(cognitive↓)(SI)(crying spells) (Sleep ↑↓)(Appetite ↑↓ - wt ↑↓ ___)(social isolation)(refusal to leave room/program) |
| | | ▶Anxiety ② (excessive worry)(fatigue)(restless)(irrit)(↓conc)(↓sleep) ("racing thoughts at nite"**) (non-PTSD based NM) Panic: (SOB)(CP)(hot-cold)(N/V)(tunnel vis)(sweats)(tingles)(THR/palp)(presync aura)(going crazy/out of control/going to die) Dur PA: ___ Freq PA: ___ Last PA: ___ Agor: (crowds/grps/yard/dining hall)(cell) |
| | | ▶PTSD Sx: Ⓝ(NM) (FB) (↑startle response) (avoidance) (↓memory of event) Event: (abuse trauma)(victm/perp interaction)(rape)(combat exposure)(MVA)(GSW/stabbing)(gang activities) _____ |
| | | ▶Anger and Impulse Control: Ø (chron irrit)(inapprop anger)(explosive anger) (frequent)(fights)(agitated) (property destruction) (impulsivity) (hyperactivity) |
| | | (Hx of Violence) (AWDW) (domestic violence) (rape) (use of weapons)(murder) (manslaughter)(assaults/batteries) |
| | | ▶Cyclic Mood: (mood swings)(manic/hypomanic episode)(press speech)(distract)(FOI/racing thts**)(grandiosity)  *Chart notes Bipolar*  *IM denies MS hx* |
| | | ▶Psychotic Sx: (AH) Ø: *frequity*    Command AH: Ø, (harm self/harm others) ___ (VH) Ø (peripheral shadows) *faces on the wall* Specific del: Ø (Persec) (TB) (H/TW) (Ref) (Bizarre) (Grand) _____ (Paranoid ideation) Ø: Everyone (looking at..) (talking about..) (out to harm..) IM Behavioral Ø: (tangential/rambling) (bizarre behav) (↓grooming/hygiene) (muttering to self/RIS) (observed confusional state) |
| | **Past ψ Hx:** | ψHospitalizations: Ø: '83 or '84 X '72°    Last Hosp: '83 or '84. |
| | | SA/SG: Ø: '83-hanging attempt    Last SA: '93. |
| | | Drugs Use: (Meth/speed)(Coke)(Etoh)(Her)(PCP/sherm)(glue/paint)(MJ)(LSD)(X)(Rx)(shroom)(mescaline) ___ *"mixed w/ it"* Prev Meds: Ø: AD (Pax)(Prozac)(Zoloft)(Celexa)(Serzone)(WB)(Effex)(Traz)(Luvox)(Rem)(Elavil)(Sinequan) Antiψ (Seroquel)(Risp)(Zyp)(Haldol)(Mell)(Thor)(Stel)(Nav)(Prolix)(Geodon)(Abilify)(Cloz)(Lox)(Trilafon) MS: (VPA)(lith)(Teg)(Lamict)(Neur)(Trilep)(Topamax) (Keppra) Other: (IM "can't remember") Anx: (Klon)(Val)(Ativ) (Xan)(Busp)(Hydroxyzine)(Ben) Stim: (Rit)(Cylert)(Strattera) |
| | **Fam ψ Hx:** | Ø: Sister schip, taken WB/Risp/Traz. Hx completed SA: Ø |
| | **PMHx:** | Seizures: Ø Dso Type: (GrandMal)(Petit Mal)(Part-Comp)(Temp)(drug/Etoh related only) ___ Last Sz: ___ Freq Sz: ___ Current Sz Meds: Ø, (∅barb) (Dilantin) (VPA) (Teg) _____ |
| | | (CHI/TBI) Ø: Lights, physical abuse from Ⓕ - hit c hammer - ↓LOC Known Resid Neurodeficits: Ⓝ, (∆ Dso)(∆ memory/conc/learning)(∆ behav)(mood sx)(psychotic sx)(anger/impulsivity) |

Louis Kraft, MD (staff psychiatrist)

| PAGE 1 OF 3 | | | |
|---|---|---|---|
| **MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTES** MH 3 [3/21/96]-modified 10/5/04 Initial Eval by Louis Kraft, MD *Confidential Client/Patient Information* See W & I code, Section 5328 | LEVEL OF CARE  Outpatient | Last Name: *Dennison, William* T45105 | First Name:   MI: |

*"don't know if ct. off j—*
*never had meds Px*   Prior Page Number: 1

⌐tment of Corrections – TSC/HCSD

⌐NTERDISCIPLINARY PROGRESS NOTES:                    INITIAL PSYCH EVAL

---

**TELEMEDICINE Mental Health Clinic with HCSD**

Oth Med Probs: ∅. (HTN) CAD/angina)(Hx MI) (Hx CVA) (Asthm/COPD) (Hep A B C ) (HIV) (cirrhosis) (DM – ID/NID) (DJD) Arth-OA) (mig HA/chron HA) (GERD/GI upset)(Thyroid ↑ ↓) (↑chol) (Anem) (chronpain back/neck) (sciatica) (Preg) (↓sight ) (↓hearing) (GSW to _____ ) (Cancer: _____; (Mult Scler) (Sickle-cell dso/tx) (renal) (derm) (Hx Syphilis) (Hx PPD+) (hemorrhoids) (allergies/sinusitis)

Surg: ∅.  *exploratory surg c̄ stabbed in side*

Nonw Rx: *Motrin prn*

FamMedHx:  Hx of (DM) (HTN)∅ (CAD/MI/CVA) (Cancer)(thyroid) _____ (IM denies hx)
                                      (M)              (F) died

*Resp ↑ mg AM + π mg PM -off × 3 ahr.*

SE: ∅ (sed)(constip) (dry mouth) (blurry vis) (dizzy/orthostat) (EPS) (wt gain) _____ .() (tolerable/intolerable) to IM

Compliance: () IM (claims)(denies) comp w/wmeds () staff reports noncomp w/wmeds (single/mult _____)(∅)no Rx current

Rx effect: (N/A) good effect) (moderate effect) (mild effect ) (no/minimal effect) (worsens ψsx )

| | | | | |
|---|---|---|---|---|
| _/_/_ | Chem (w/LFT's): (WNL)(not forwarded): Aba: glc____, ALT____, AST____, GGT____ BUN/Cr____ | | | |
| _/_/_ | CBC: (WNL)(not forwarded) : Abn: WBC____, RBC____, H/H____, Neutrophil:____, plts____ | | | |
| 3/12/02 | RPR: (N/A)(not forwarded) (Reactive w/titer 1:___) _____ If Reactive, Hx of Tx for Syphillis: Y N | | | |
| _/_/_ | TSH: (WNL) (not forwarded): Abn: TSH____, T4____, FTI____, T3uptake____ On Thyroid replacement: Y N | | | |
| _/_/_ | HgA1C (N/A/WNL) (not forwarded): Aba: HgA1C____ Diabetic: Y N | | | |
| _/_/_ | Prolactin: (N/A) WNL/(not forwarded): Abn: _____ | | | |
| _/_/_ | EKG: (N/A)(NSR w/o arrhytm)(not forwarded); Abn:_____ Hx Cardiac Problems: Y N | | | |
| _/_/_ | Lith: (N/A)(not forwarded)(ther/nonther ____ on ____ mg lith/day); abn: (subther)(toxic) | | | |
| _/_/_ | VPA: (N/A)(not forwarded)(ther/onother ____ on ____ mg VPAday); abn: (subther)(toxic) For Sz's only: Y N | | | |
| _/_/_ | Teg: (N/A)(not forwarded)(ther/nonther ____ on ____ mg Teg/day); abn: (subther)(toxic) For Sz's only: Y N | | | |

Prev: (∅) _/_/_ Dr. _____ NEG POS: _____
Today: N/A NEG POS: _____

Behavior: (Calm) Personable Agitated Disinterested Argumentative Belligerent Intimidating  Hypervig/Guarded (∅)Yes
Grooming: (approp) dishev bizarre malodorous(per onsite presenter) Co-operativity: (Co-op) Unco-op Demanding
EyeContact: (approp) ↓  Psychomotor: (WNL) ↓ ↑ fidget/tremor Abn Mvt (∅)
Speech- rate/rhythm: (RR) Pressured Monotone Vol: (nl )nc dec- Amt (approp )nc dec one-word-responses
Mood: "*depressed*_____" Appears: euthymic (depressed) irritable anxious manic hypomanic
Affect – range: full (constrict) restrict Type: smiling tearful anxious angry labile (dysphoric) neutral Reactivity (reactive) NR
Thought Process: (goal-directed/linear) LOA FOI tangential circumstantial
Thought Content: Hallucs: ∅ (AH) VH TH OH Command: (∅) Harm Self Harm Others  Feels able to ignore: Yes (No)
                                      RIS: (∅) Yes No
Delusions: ∅ (idea paranoia) specific delusion:_____
SI: (∅) passive SI active SI Intent: Yes No Plan: Yes No _____ Contracts NoSelfHarm: (Yes) No
HI: (∅) passive HI active HI Intent: Yes No Plan: Yes No _____ Contracts NoHarmToOthers (Yes) No
Insght: good (limited) poor Judgment: good (limited) poor Cog: (Alert) Sedated Lethargic Orientation: (Oriented) Disoriented

Louis Kraft, MD (Staff psychiatrist)

---

| ⌐L HEALTH | LEVEL OF | Last Name: | First Name: | MI: |
|---|---|---|---|---|
| ⌐RY PROGRESS NOTES | CARE | | | |
| ⌐]-modified 10/5/04 | | *Dennison, W* | | |
| ⌐ Louis Kraft, MD | | *T45105* | | |
| ⌐at/Patient Information | | | | |
| ⌐de, Section 5328 | Outpatient | | | |

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

William Michael Dennison

2254  1983

**DEFENDANTS**

Ben Curry, et al

2007 NOV -8  PM 4: 25

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY ___ DEPUTY

**FILING FEE PAID**

| Yes | No |
|-----|-----|

**IFP MOTION FILED**

| Yes | No |

**COPIES SENT TO**

Court ___ ProSe ___

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** Monterey
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

William Michael Dennison
PO Box 686, Hwy 101
Soledad, CA 93960
T-45105

**ATTORNEYS (IF KNOWN)**

'07 CV 2153     LAB JMA

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT** (For Diversity Cases Only)

| | PT | DEF | | PT | DEF |
|---|----|-----|---|----|-----|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).**

## 28 U.S.C. 2254

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|----------|-------|---|--------------------|-----------|----------------|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 310 Airplane | ☐ 362 Personal Injury- Medical Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 640 RR & Truck | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| | | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities Exchange |
| ☐ 153Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710Fair Labor Standards Act | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☒ 530 General | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. | | ☐ 950 Constitutionality of State |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 540 Mandamus & Other | ☐ Security Act | | ☐ 890 Other Statutory Actions |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 550 Civil Rights | | | |
| ☐ 290 All Other Real Property | | | | | |

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

- ☒ 1 Original Proceeding
- ☐ 2 Removal from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23

DEMAND $

Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY (See Instructions):**  JUDGE

Docket Number

| DATE | November 8, 2007 | SIGNATURE OF ATTORNEY OF RECORD |
|------|------------------|--------------------------------|
| | | R. Miller |