# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM MICHAEL DENNISON,<br><br>                      Petitioner,<br><br>       v.<br><br>BEN CURRY, Warden, et al.,<br><br>                      Respondents. | Civil No.   07cv2153-LAB (JMA)<br><br>**ORDER DENYING IN FORMA PAUPERIS APPLICATION AND DISMISSING CASE WITHOUT PREJUDICE** |

Petitioner, a state prisoner proceeding pro se, has not paid the $5.00 filing fee and has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a).

The request to proceed in forma pauperis is denied because Petitioner has not provided the Court with sufficient information to determine Petitioner's financial status. A request to proceed in forma pauperis made by a state prisoner must include a certificate signed by the warden or other appropriate officer showing the amount of money or securities Petitioner has on account in the institution. Rule 3(a)(2), 28 U.S.C. foll. § 2254; Local Rule 3.2. Petitioner has provided the Court with an unsigned Prison Certificate, which is insufficient to satisfy the in forma pauperis application requirement. Id.

Accordingly, the Court **DENIES** the request to proceed in forma pauperis, and **DISMISSES** the case without prejudice. To have the case reopened, Petitioner must, no later

1 than **January 14, 2008**, provide the Court with: (1) a copy of this Order together with the $5.00
2 filing fee; or (2) a copy of this Order together with adequate proof that Petitioner cannot pay the
3 $5.00 filing fee. The Clerk of Court shall send Petitioner a blank Southern District of California
4 in forma pauperis application along with a copy of this Order.

5     **IT IS SO ORDERED.**

7 DATED: November 16, 2007

*[signature: Larry A. Burns]*

9 **HONORABLE LARRY ALAN BURNS**
United States District Judge