Hi My Name is William M Dennison I'm writing this Note to the clerk of the U.S. District court of Ca. Southern District, I sent a writ to the court in Nov-07 and I was transferred the next day to 5150 O'Bryanes Ferry Road Jamestown Ca 95327 and I am requesting that you send my confermation that the court recieved my writ 3 copies (1 original) and when the results are established I'll also be at this address hopefully anyway thank you and God Bless america, I'll be waiting for a reply.

Sincerily William Dennison
11-14-07

07CV2153 LAB (JMA)



FILED
NOV 19 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY              DEPUTY

William M. Dennison #745105
3T-244L
5150 O'Byrnes Ferry Road
Jamestown Ca
95327

STOCKTON/STKN
CA 952 3 T
15 NOV 2007
SIERRA CONSERVATION CENTER
STATE PRISON

MAILED FROM ZIP CODE 95327

United States District Court
Southern District of California
San Diego 880 Front St. Rm 4290
San Diego, CA 92101-8900