PLAINTIFF/PETITIONER/MOVANT'S NAME  William M. Dennison

PRISON NUMBER  T 45105

PLACE OF CONFINEMENT  Jamestown

ADDRESS  5150 O'Byrnes Ferry Road

FILED
DEC 1 0 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# United States District Court
## Southern District Of California

William M Dennison,
    Plaintiff/Petitioner/Movant

v.

Ben Curry, Defendant/Respondent

Civil No. 07CV2153 LAB (JMA)
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS

I, _____ declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated? ☑ Yes ☐ No  (If "No" go to question 2)
    If "Yes," state the place of your incarceration  5150 O'Byrnes Ferry Road
    Are you employed at the institution?  ☐ Yes ☑ No  Jamestown CA. 95327
    Do you receive any payment from the institution? ☐ Yes ☑ No
    [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

CIV-67 (Rev. 9/97)                                                                    ::ODMA\PCDOCS\WORDPERFECT\22835\1

2. Are you currently employed? ☐ Yes ☒ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   _____

   _____

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   ___SELF EMPLOYED___

   _____

   _____

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment   ☐ Yes ☒ No
   b. Rent payments, royalties interest or dividends  ☐ Yes ☒ No
   c. Pensions, annuities or life insurance           ☐ Yes ☒ No
   d. Disability or workers compensation              ☐ Yes ☒ No
   e. Social Security, disability or other welfare    ☐ Yes ☒ No
   e. Gifts or inheritances                           ☐ Yes ☒ No
   f. Spousal or child support                        ☐ Yes ☒ No
   g. Any other sources                               ☐ Yes ☒ No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month.

   _____

   _____

4. Do you have any checking account(s)? ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s):_____
   b. Present balance in account(s):_____

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts? ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s):
   b. Present balance in account(s):

6. Do you own an automobile or other motor vehicle? ☐ Yes ☒ No
   a. Make:                Year:            Model:
   b. Is it financed? ☐ Yes ☐ No
   c. If so, what is the amount owed?

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   ☐ Yes   ☑ No
   If "Yes" describe the property and state its value._____

   _____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.   *NONE*

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable):

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]):   *NONE*

11. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you <u>must</u> explain the sources of funds for your day-to-day expenses.

**I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.**

DATE  *11-28-07*        *William M. Vennise*
                         SIGNATURE OF APPLICANT

If you are a **prisoner** you must have an officer from your institution provide this official certificate as to the amount of money in your prison account. There are no exceptions to this requirement.

## PRISON CERTIFICATE
(**Incarcerated applicants only**)
(To be completed by the institution of incarceration)

I certify that the applicant __William Dennison__,
(NAME OF INMATE)

__T45105__,
(INMATE'S CDC NUMBER)

has the sum of $ __¢__ on account to his/her credit at __Sierra Conservation Center__

(NAME OF INSTITUTION)

I further certify that the applicant has the following securities __—__

to his/her credit according to the records of the aforementioned institution. I further certify that **during the past six months** the applicant's *average monthly balance* was $ __¢__,

and the *average monthly deposits* to the applicant's account was $ __¢__.

ALL PRISONERS *MUST* ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).

__12/3/07__
DATE

__Dan Rahn__
SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

__DAN RAHN__
OFFICER'S FULL NAME (PRINTED)

__Accounting Technician__
OFFICER'S TITLE/RANK

## TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
### (Incarcerated applicants only)

(This form **MUST** be completed by the <u>prisoner</u> requesting to proceed <u>in forma pauperis</u>. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed <u>in forma pauperis</u>.)

I, _William M. Vennison_, request and authorize the agency holding me in
(Name of Prisoner/ CDC No.)
custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either ☐ $350 (civil complaint) or ☐ $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

_____     _William M Vennison_____
DATE                                                         SIGNATURE OF PRISONER

CIV-67 (Rev. 9/97)                              -5-                      ::ODMA\PCDOCS\WORDPERFECT\22835\1

Plaintiff's Name: William Dennison
CDC No: T-45105
Address: 5150 O'Byrnes Ferry Road
Jamestown, CA. 95327

UNITED STATES DISTRICT COURT

William M. Dennis, Plaintiff,

vs.

Ben Curry                         Defendant(s).

APPLICATION TO PROCEED
IN FORMA PAUPERIS
BY A PRISONER

CASE NUMBER: _____

I, William M Dennis, declare that I am the plaintiff in the above-entitled proceeding; that, in support of my request to proceed without prepayment of fees under 28 U.S.C. section 1915, I declare that I am unable to pay the fees for these proceedings or give security therefor and that I am entitled to the relief sought in the complaint.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ✓ Yes  ___ No  (If "no" DO NOT USE THIS FORM)

   If "yes" state the place of your incarceration. 5150 O'Byrnes Ferry Road Jamestown CA 95327

   Have the institution fill out the Certificate portion of this application and attach a certified copy of your prison trust account statement showing transactions for the past six months.

2. Are you currently employed (includes prison employment)? ___ Yes  ✓ No

   a. If the answer is "yes" state the amount of your pay. _____

   b. If the answer is "no" state the date of your last employment, the amount of your take-home salary or wages and pay period, and the name and address of your last employer.

   1997 Self Employed

3. Have you received any money from the following sources over the last twelve months?

   a. Business, profession, or other self-employment:   ___ Yes   ✓ No

   b. Rent payments, interest or dividends:             ___ Yes   ✓ No

   c. Pensions, annuities or life insurance payments:   ___ Yes   ✓ No

    d.    Disability or workers compensation payments:    __ Yes    ✓ No

    e.    Gifts or inheritances:    __ Yes    ✓ No

    f.    Any other sources:    __ Yes    ✓ No

If the answer to any of the above is "yes," describe by that item each source of money. Also state the amount received and what you expect you will continue to receive. Please attach an additional sheet if necessary.

4. Do you have cash (includes balance of checking or savings accounts)?    __ Yes    ✓ No

    If "yes" state the total amount: _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?    __ Yes    ✓ No

    If "yes" describe the property and state its value: _____

6. Do you have any other assets?    __ Yes    ✓ No

    If "yes," list the asset(s) and state the value of each asset listed:

7. List all persons dependent on you for support, stating your relationship to each person listed and how much you contribute to their support.

I hereby authorize the agency having custody of me to collect from my trust account and forward to the Clerk of the United States District Court payments in accordance with 28 U.S.C. section 1915(b)(2).

11-28-07                                    Williams M Vennison
DATE                                             SIGNATURE OF APPLICANT

## CERTIFICATE
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ __0__ on account to his/her credit at Sierra Conservation Center (name of institution). I further certify that during the past six months, the applicant's average monthly balance was $ __0__. I further certify that during the past six months, the average of monthly deposits to the applicant's account was $ __0__.

(Please attach a certified copy of the applicant's trust account statement showing transactions for the past six months).

12/3/07                                     Dan Rahn, Accounting Technician
DATE                                         SIGNATURE OF AUTHORIZED OFFICER

```
REPORT ID: TS3030 .701                                              REPORT DATE: 12/03/07
                                                                    PAGE NO:           1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                         CENTINELA STATE PRISON
                       INMATE TRUST ACCOUNTING SYSTEM
                       INMATE TRUST ACCOUNT STATEMENT

                   FOR THE PERIOD: JUNE 01, 2007 THRU DECEMBER 03, 2007

ACCOUNT NUMBER : T45165                    BED/CELL NUMBER: 3T2 000000000244L
ACCOUNT NAME   : DENNISON, WILLIAM                 ACCOUNT TYPE: I
PRIVILEGE GROUP: B

                          TRUST ACCOUNT ACTIVITY

              << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                          TRUST ACCOUNT SUMMARY

BEGINNING      TOTAL         TOTAL           CURRENT       HOLDS      TRANSACTIONS
BALANCE        DEPOSITS      WITHDRAWALS     BALANCE       BALANCE    TO BE POSTED
---------      --------      -----------     -------       -------    ------------
  0.00           0.00           0.00           0.00         0.00          0.00

                                                           CURRENT
                                                           AVAILABLE
                                                           BALANCE
                                                           ---------
                                                             0.00
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
        TRUST OFFICE  SCC 12/3/07

```
                                                         00001000
                                            PAGE NO:       1
             CALIFORNIA DEPARTMENT OF CORRECTIONS
```

```
              INMATE TRUST ACCOUNTING SYSTEM
              INMATE TRUST ACCOUNT STATEMENT
```


```
ACCOUNT NUMBER : T45105           BED/CELL NUMBER:
ACCOUNT NAME   : DENNISON, WILLIAM  ACCOUNT TYPE: T
PRIVILEGE GROUP:
                     TRUST ACCOUNT ACTIVITY

<<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>>

                     TRUST ACCOUNT SUMMARY

BEGINNING    TOTAL       TOTAL        CURRENT    HOLDS      TRANSACTIONS
BALANCE      DEPOSITS    WITHDRAWALS  BALANCE    BALANCE    TO BE POSTED
---------    --------    -----------  --------   --------   ------------
  0.00         0.00         0.00        0.00       0.00         0.00
```

                                                    CURRENT
                                                    AVAILABLE
THE WITHIN INSTRUMENT IS A CORRECT                  BALANCE
COPY OF THE TRUST ACCOUNT MAINTAINED                -----------
BY THIS OFFICE.                                        0.00
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
         TRUST OFFICE    SCC 12/3/07

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM MICHAEL DENNISON,<br><br>                         Petitioner,<br><br>      v.<br><br>BEN CURRY, Warden, et al.,<br><br>                       Respondents. | Civil No.   07cv2153-LAB (JMA)<br><br>**ORDER DENYING IN FORMA PAUPERIS APPLICATION AND DISMISSING CASE WITHOUT PREJUDICE** |

     Petitioner, a state prisoner proceeding pro se, has not paid the $5.00 filing fee and has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a).

     The request to proceed in forma pauperis is denied because Petitioner has not provided the Court with sufficient information to determine Petitioner's financial status. A request to proceed in forma pauperis made by a state prisoner must include a certificate signed by the warden or other appropriate officer showing the amount of money or securities Petitioner has on account in the institution. Rule 3(a)(2), 28 U.S.C. foll. § 2254; Local Rule 3.2. Petitioner has provided the Court with an unsigned Prison Certificate, which is insufficient to satisfy the in forma pauperis application requirement. Id.

     Accordingly, the Court **DENIES** the request to proceed in forma pauperis, and **DISMISSES** the case without prejudice. To have the case reopened, Petitioner must, no later

1 | than **January 14, 2008**, provide the Court with: (1) a copy of this Order together with the $5.00
2 | filing fee; or (2) a copy of this Order together with adequate proof that Petitioner cannot pay the
3 | $5.00 filing fee. The Clerk of Court shall send Petitioner a blank Southern District of California
4 | in forma pauperis application along with a copy of this Order.
5 | **IT IS SO ORDERED.**

7 | DATED: November 16, 2007

*Larry A. Burns*
**HONORABLE LARRY ALAN BURNS**
United States District Judge