I William Vennison, am requesting a Stay and abeyance procedure on 2 of my federal writ claims. I'm asking to have implied malice and misconduct by the witnesses concerning speaking out about matters that the court told the DA to stop them from doing, prejudicing my case before the jury, that's 2 of the 3 issues in my writ. I would like to have them exhausted until I take them through the State Courts, thank you.

Sincerely William Vennison
12-06-07

07CV 2153 LAB (JMA)

FILED
DEC 1 0 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY