1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GARY W. SCHONS
   Senior Assistant Attorney General
4  KEVIN VIENNA
   Supervising Deputy Attorney General
5  MARILYN L. GEORGE, State Bar No. 119232
   Deputy Attorney General
6   110 West A Street, Suite 1100
    San Diego, CA 92101
7   P.O. Box 85266
    San Diego, CA 92186-5266
8   Telephone: (619) 645-3038
    Fax: (619) 645-2191
9   Email: Marilyn.George@doj.ca.gov

10 Attorneys for Respondent

11              IN THE UNITED STATES DISTRICT COURT

12              FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM MICHAEL DENNISON,<br><br>                              Petitioner,<br><br>    v.<br><br>BEN CURRY, Warden, Correctional Training Facility, Soledad,<br><br>                              Respondent. | 07cv2153 LAB (JMA)<br><br>**MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS**<br><br>*Oral Argument Not Requested* |

```
 1 │ EDMUND G. BROWN JR.
   │ Attorney General of the State of California
 2 │ DANE R. GILLETTE
   │ Chief Assistant Attorney General
 3 │ GARY W. SCHONS
   │ Senior Assistant Attorney General
 4 │ KEVIN VIENNA
   │ Supervising Deputy Attorney General
 5 │ MARILYN L. GEORGE, State Bar No. 119232
   │ Deputy Attorney General
 6 │   110 West A Street, Suite 1100
   │   San Diego, CA 92101
 7 │   P.O. Box 85266
   │   San Diego, CA 92186-5266
 8 │   Telephone: (619) 645-3038
   │   Fax: (619) 645-2191
 9 │   Email: Marilyn.George@doj.ca.gov
10 │ Attorneys for Respondent
```

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIAM MICHAEL DENNISON,**<br><br>                                    Petitioner,<br><br>    v.<br><br>**BEN CURRY, Warden, Correctional Training Facility, Soledad,**<br><br>                                    Respondent. | 07cv2153 LAB (JMA)<br><br>**MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS**<br><br>*Oral Argument Not Requested* |

   PLEASE TAKE NOTICE THAT Respondent, Ben Curry,[1/] Warden, Correctional Training Facility, Soledad, California, by and through his counsel, Edmund G. Brown Jr., Attorney General for the State of California, and Marilyn L. George, Deputy Attorney General, hereby moves this

---

   1. On November 8, 2007, Petitioner was transferred from the Correctional Training Facility in Soledad, California, to the Sierra Conservation Center in Jamestown, California. Accordingly, Ben Curry, Warden of the Correctional Training Facility, is no longer an appropriate respondent in the instant matter. Respondent therefore requests James E. Tilton, Secretary of the Department of Corrections and Rehabilitation, be substituted as the named respondent in this matter.

1  Court to dismiss the Petition for Writ of Habeas Corpus in the above-entitled matter on the grounds
2  that the Petition is time-barred.
3      This motion is based on the records and files lodged with this Court in this matter, as well
4  as on the Memorandum of Points and Authorities.
5      WHEREFORE, Respondent moves that the Petition for Writ of Habeas Corpus be
6  dismissed with prejudice and that any request for a certificate of appealability be denied.
7      Dated: February 21, 2008
8      Respectfully submitted,
9      EDMUND G. BROWN JR.
       Attorney General of the State of California
10     DANE R. GILLETTE
       Chief Assistant Attorney General
11
       GARY W. SCHONS
12     Senior Assistant Attorney General
       KEVIN VIENNA
13     Supervising Deputy Attorney General
14
15     s/Marilyn L. George
16     MARILYN L. GEORGE
       Deputy Attorney General
17     Attorneys for Respondent
18 MLG:dp
19 70115156.wpd
   SD2007701198
20
21
22
23
24
25
26
27
28

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:  **William Michael Dennison v. Ben Curry, Warden, Correctional Training Facility, Soledad**

No.:  **07cv2153 LAB (JMA)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266.

On February 22, 2008, I served the attached **MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Diego, California, addressed as follows:

William Michael Dennison
T45105
Sierra Conservation Center
5100 O'Byrnes Ferry Road
Jamestown, CA 95327

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on February 22, 2008, at San Diego, California.

| D. Perez | _[signature]_ |
|---|---|
| Declarant | Signature |

70115159.wpd