1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GARY W. SCHONS
   Senior Assistant Attorney General
4  KEVIN VIENNA
   Supervising Deputy Attorney General
5  MARILYN L. GEORGE, State Bar No. 119232
   Deputy Attorney General
6   110 West A Street, Suite 1100
    San Diego, CA 92101
7   P.O. Box 85266
    San Diego, CA 92186-5266
8   Telephone: (619) 645-3038
    Fax: (619) 645-2191
9   Email: Marilyn.George@doj.ca.gov

10 Attorneys for Respondent

11              IN THE UNITED STATES DISTRICT COURT

12              FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIAM MICHAEL DENNISON,**<br><br>                    Petitioner,<br><br>v.<br><br>**BEN CURRY, Warden, Correctional Training Facility, Soledad,**<br><br>                    Respondent. | 07cv2153 LAB (JMA)<br><br>**NOTICE OF LODGMENT 28 U.S.C. § 2254 HABEAS CORPUS CASE - TO BE SENT TO CLERK'S OFFICE** |

1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | DANE R. GILLETTE
Chief Assistant Attorney General
3 | GARY W. SCHONS
Senior Assistant Attorney General
4 | KEVIN VIENNA
Supervising Deputy Attorney General
5 | MARILYN L. GEORGE, State Bar No. 119232
Deputy Attorney General
6 | 110 West A Street, Suite 1100
San Diego, CA 92101
7 | P.O. Box 85266
San Diego, CA 92186-5266
8 | Telephone: (619) 645-3038
Fax: (619) 645-2191
9 | Email: Marilyn.George@doj.ca.gov

10 | Attorneys for Respondent

11 | IN THE UNITED STATES DISTRICT COURT

12 | FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIAM MICHAEL DENNISON,**<br><br>                                         Petitioner,<br><br>v.<br><br>**BEN CURRY, Warden, Correctional Training Facility, Soledad,**<br><br>                                         Respondent. | 07cv2153 LAB (JMA)<br><br>**NOTICE OF LODGMENT 28 U.S.C. § 2254 HABEAS CORPUS CASE - TO BE SENT TO CLERK'S OFFICE** |

Pursuant to the order by United States District Judge Larry Alan Burns, filed on December 14, 2007, Respondent respectfully requests the following items concerning San Diego Superior Court Case No. SCD156350, <u>People v. William Michael Dennison, Jr.</u>, be lodged with this Court for this Court's consideration:

1.  Order filed by the California Supreme Court on December 13, 2006, denying Petition for Writ of Habeas Corpus in Case No. S143785, <u>In re William Dennison on Habeas Corpus</u>;

2.  Petition for Writ of Habeas Corpus filed on May 30, 2006, with the California Supreme Court in Case No. S143785, <u>In re William Dennison on Habeas Corpus</u>;

07cv2153 LAB (JMA)

1

3. Order filed by the California Supreme Court on December 13, 2006, denying Petition for Writ of Habeas Corpus in Case No. S143382, In re William Dennison on Habeas Corpus;

4. Petition for Writ of Habeas Corpus filed on May 15, 2006, with the California Supreme Court in Case No. S143382, In re William Dennison on Habeas Corpus;

5. Order filed on January 5, 2006, by the California Court of Appeal, Fourth Appellate District, Division One, denying Petition for Writ of Habeas Corpus in Case No. D047425, In re William M. Dennison on Habeas Corpus;

6. Petition for Writ of Habeas Corpus filed on November 1, 2005, with the California Court of Appeal, Fourth Appellate District, Division One, in Case No. D047425, In re William M. Dennison on Habeas Corpus;

7. Order filed on March 2, 2005, by the San Diego County Superior Court denying Petition for Writ of Habeas Corpus in Case No. HC 17973, In The Matter Of The Application of William Michael Dennison on Habeas Corpus;

8. Petition for Writ of Habeas Corpus filed on January 3, 2005, with the San Diego County Superior Court in Case No. HC 17973, William Michael Dennison on Habeas Corpus;

9. Order filed by the California Supreme Court on December 23, 2003, denying Petition for Review in Case No. S120466, People v. William Michael Dennison;

10. Petition for Review filed with the California Supreme Court on November 13, 2003, in Case No. S120466, People v. William Dennison;

///
///
///
///
///
///
///
///
///

11. Unpublished opinion filed on October 3, 2003, by the California Court of Appeal, Fourth Appellate District, Division One, in Case No. D039664, <u>People v. William Michael Dennison, Jr.</u>

Dated: February 21, 2008

      Respectfully submitted,

      EDMUND G. BROWN JR.
      Attorney General of the State of California

      DANE R. GILLETTE
      Chief Assistant Attorney General

      GARY W. SCHONS
      Senior Assistant Attorney General

      KEVIN VIENNA
      Supervising Deputy Attorney General


      s/Marilyn L. George

      MARILYN L. GEORGE
      Deputy Attorney General

      Attorneys for Respondent

MLG:dp
70115223.wpd
SD2007701198

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:  **William Michael Dennison v. Ben Curry, Warden, Correctional Training Facility, Soledad**

No.:  **07cv2153 LAB (JMA)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266.

On February 22, 2008, I served the attached **NOTICE OF LODGMENT 28 U.S.C. § 2254 HABEAS CORPUS CASE - TO BE SENT TO CLERK'S OFFICE** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Diego, California, addressed as follows:

William Michael Dennison
T45105
Sierra Conservation Center
5100 O'Byrnes Ferry Road
Jamestown, CA 95327

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on February 22, 2008, at San Diego, California.

| D. Perez | [Signature] |
|---|---|
| Declarant | Signature |

70115225.wpd